IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, TERESA ADAMS, PAMELA MILLER, and ZONDRA SHIPMON<br><br>Plaintiffs,<br><br>v.<br><br>WAYNE FARMS LLC.,<br><br>Defendant. | ) **Summons**<br>)<br>)(Issued pursuant to Rule 4 of the Federal Rules<br>) of Civil Procedure or other appropriate law.)<br>)<br>)<br>)<br>) CIVIL ACTION CASE NO:<br>)<br>) 1:06 cv 950-MEF<br>) |

TO DEFENDANT:

THE CORPORATION COMPANY
o/b/o WAYNE FARMS LLC –Jack Facility
2000 Interstate Park Drive Ste 204
Montgomery, AL  36109


**YOU ARE HEREBY SUMMONED** and required to serve upon plaintiffs attorney(s):

Joseph D. Lane, Esquire
Samuel A. Cherry, Esqurie
Lance Swanner, Esquire
**The Cochran Firm**
163 West Main Street
Dothan, Alabama 36301

---

a response to the complaint which is herewith served upon you, within twenty (20) days after service of the summons upon you, exclusive of the day of service.  **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**  A signed copy of your response MUST also be filed with the court.

DATE: 10/23/06

SEE REVERSE SIDE FOR RETURN

*Debra P. Hackett*  CLERK

By: _____
Deputy Clerk

(SEAL OF COURT)