A. Signature

X _Jackson_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery  10/24/06

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

The Corporation Co. o/b/o Wayne Farms
(Jack Plant)
2000 Interstate Park Dr.
Suite 204
Montgomery, AL 36109

1:06CV 950
S & C

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

# 4817

7005 1160 0000 5939 9119

102595-02-M-1540

January 2004                Domestic Return Receipt