IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, TERESA ADAMS, PAMELA MILLER, AND ZONDRA SHIPMON, | PLAINTIFFS, |
| VS. | CASE NO. 1:06-CV-00950-MEF |
| WAYNE FARMS LLC, A DELAWARE CORPORATION, DOING BUSINESS IN ALABAMA, | DEFENDANT. |

## NOTICE OF APPEARANCE

Comes now Lisa J. Sharp of the firm of Balch & Bingham LLP and enters this appearance for the Counsel listed below in this action on behalf of Defendant, Wayne Farms, LLC. The undersigned requests that copies of all pleadings, notices, discovery, documents, correspondence and other things pertaining to this action be served upon the undersigned and the listed counsel.

/s/  Lisa J. Sharp
Lisa J. Sharp (ASB-1061-H53L)
One of the attorneys for the
Defendant Wayne Farms, LLC

OF COUNSEL:
Lisa J. Sharp (lsharp@balch.com)
Wendy Madden (wmadden@balch.com)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100

Facsimile: (205) 488-5708

Dorman Walker (dwalker@balch.com)
BALCH & BINGHAM LLP
105 Tallapoosa Street
Suite 200
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon the following counsel of record via the CM/ECF Electronic Filing System on this 4th day of December, 2006:

Joseph D. Lane
Lance H. Swanner
Samuel A. Cherry, Jr.
COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.
163 West Main Street
P. O. Box 927
Dothan, AL 36302

/s/ Lisa J. Sharp
Of Counsel