IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, TERESA ADAMS, PAMELA MILLER, AND ZONDRA SHIPMON, | PLAINTIFFS, |
| VS. | CASE NO. 1:06-CV-00950-MEF |
| WAYNE FARMS LLC, A DELAWARE CORPORATION, DOING BUSINESS IN ALABAMA, | DEFENDANT. |

## NOTICE OF APPEARANCE

Dorman Walker hereby gives notice of his appearance as additional counsel for the defendant Wayne Farms, LLC.

Respectfully submitted this 4th day of December, 2006.

By: /s/ Dorman Walker
Dorman Walker (dwalker@balch.com)
BALCH & BINGHAM LLP
105 Tallapoosa Street
Suite 200
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

174594.1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon the following counsel of record via the CM/ECF Electronic Filing System on this 4th day of December, 2006:

Joseph D. Lane
Lance H. Swanner
Samuel A. Cherry, Jr.
COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.
163 West Main Street
P. O. Box 927
Dothan, AL 36302

/s/ Dorman Walker

174594.1