IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, TERESA ADAMS, PAMELA MILLER, AND ZONDRA SHIPMON, | PLAINTIFFS, |
| VS. | CASE NO. 1:06-CV-00950-MEF |
| WAYNE FARMS LLC, A DELAWARE CORPORATION, DOING BUSINESS IN ALABAMA, | DEFENDANT. |

### MOTION FOR ADMISSION *PRO HAC VICE* OF R. PEPPER CRUTCHER, JR.

Pursuant to Local Rule 83.1(b), Dorman Walker, a member in good standing of the bar of the Court and one of the attorneys for defendant Wayne Farms, LLC., ("Wayne Farms"), moves the Court to admit **R. Pepper Crutcher, Jr.** *pro hac vice* as additional counsel for Wayne Farms.

1. **R. Pepper Crutcher, Jr.** of the law firm of Balch & Bingham, LLP located at 401 East Capitol, Suite 200 Jackson, Mississippi 39201, is a member in good standing of the Mississippi Bar and the United States District Court for the Districts of Mississippi.

Respectfully submitted this 4th day of December, 2006.

By: /s/ Dorman Walker
Dorman Walker (dwalker@balch.com)
BALCH & BINGHAM LLP
105 Tallapoosa Street
Suite 200
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon the following counsel of record via the CM/ECF Electronic Filing System on this 4th day of December, 2006:

Joseph D. Lane
Lance H. Swanner
Samuel A. Cherry, Jr.
COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.
163 West Main Street
P. O. Box 927
Dothan, AL 36302

/s/ Dorman Walker

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   MISSISSIPPI

**CERTIFICATE OF GOOD STANDING**

I, __J. T. NOBLIN__, *Clerk of this Court,*

*certify that* __R. Pepper Crutcher, Jr.__, *Bar #* __7921__,

*was duly admitted to practice in this Court on*

__May 1, 1986__, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at __Jackson, Mississippi__ on __November 8, 2006__.
LOCATION                                          DATE

J. T. NOBLIN
CLERK

*Katherine H. Alexander*
DEPUTY CLERK