IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, *et al.*,   )<br>   )<br>   Plaintiffs,   )<br>v.   )<br>   )<br>WAYNE FARMS, LLC,   )<br>   )<br>   Defendant.   )  | CASE NO. 1:06-cv-950-MEF |

# **O R D E R**

Upon consideration of the Motion for Admission *Pro Hac Vice* of R. Pepper Crutcher, Jr. (Doc. #7) filed on December 4, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 15th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE