IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:06-cv-950-MEF |
| ) | |
| WAYNE FARMS LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Attorney Joseph D. Lane's Motion for and Notice of Withdrawal (Doc. # 10) filed on December 20, 2006, it is hereby ORDERED that the Motion for and Notice of Withdrawal (Doc. # 10) is DENIED with leave to refile because no reason was given for the requested relief.

DONE this the 21st day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE