IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WAYNE FARMS, LLC, )<br>)<br>Defendant. ) | CASE NO. 1:06-cv-950-MEF |

## **O R D E R**

Upon consideration of the plaintiffs' Motion for Leave to File Amended Complaint (Doc. #14) filed on January 3, 2007, it is hereby

ORDERED that the defendant show cause in writing on or before January 12, 2007 as to why the motion should not be granted.

DONE this the 5th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE