IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL ADAMS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 1:06-cv-950-MEF |
| | ) | |
| WAYNE FARMS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the defendants Motion to Stay (Doc. #18) filed on January 16, 2007, it is hereby

ORDERED that the plaintiffs show cause in writing on or before January 26, 2007 as to why the motion should not be granted.

DONE this the 17th day of January, 2007.

          /s/ Mark E. Fuller
          CHIEF UNITED STATES DISTRICT JUDGE