IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, *et al.*,           ) | |
|                                   ) | |
|    Plaintiffs,     ) | |
| v.                                ) | CASE NO. 1:06-cv-950-MEF |
|                                   ) | |
| WAYNE FARMS LLC,                  ) | |
|                                   ) | |
|    Defendant.      ) | |

## **ORDER**

Upon consideration of Plaintiffs' Motion for Leave to File Amended Complaint (Doc. # 14) filed on January 3, 2007, it is hereby ORDERED as follows.

(1) The Motion for Leave to File Amended Complaint (Doc. # 14) is GRANTED IN PART as it relates to restyling this action on behalf of others "similarly situated."

(2) The Motion for Leave to File Amended Complaint (Doc. # 14) is DENIED IN PART as it relates to Paragraph 9 of the proposed amended complaint because this amendment seeks to add claims that are time barred under the Fair Labor Standards Act. *See* 29 U.S.C. § 255(a) (setting a statute of limitations of three years where a cause of action arises out of a willful violation).

(3) The Plaintiffs shall file an amended complaint complying with this Order by **January 19, 2007**.

(4) The Defendant shall file a responsive pleading to this amended complaint on or before **February 8, 2007**.

DONE this the 17th day of January, 2007.

                                                /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE