IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:06-cv-950-MEF |
| ) | |
| WAYNE FARMS LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Consent Motion for Extension of Time (Doc. # 25) filed on January 22, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 26th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE