**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**DOTHAN DIVISION**

| | | |
|---|---|---|
| **SAMUEL ADAMS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **1:06-cv-00950-MEF-WC** |
| | ) | |
| **WAYNE FARMS, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S DISCOVERY**

Defendant Wayne Farms, LLC ("Defendant") respectfully requests that this Court grant it an extension of time to respond to Plaintiff Samuel Adams' ("Plaintiff") First Set of Interrogatories, First Request for Production of Documents, and First Request for Admissions ("Plaintiff's discovery requests"). Defendant's Motion to Stay, or Alternatively, Motion to Apply the First-Filed Rule ("Motion to Stay") was filed January 16, 2007 and is currently pending before this Court. Defendant seeks an extension of time until this Court rules on the pending Motion to Stay, or in the alternative, an additional fourteen (14) days, up to and including Monday, February 19, 2006, to respond to Plaintiff's discovery requests. In support of this motion, Defendant states the following:

1.     Defendant's Motion to Stay that was filed on January 16, 2007 is currently pending before this Court.

2.     The deadline for Defendant's response to Plaintiff's discovery requests is currently scheduled for February 5, 2007.

3.      Counsel for Defendant has made a good faith effort to confer with Plaintiff's counsel regarding this request for an extension; however, Plaintiff's counsel is uncertain whether they will oppose the motion at this time.

4.      Extending the deadline for discovery response will not prejudice any party.

5.      In light of the foregoing, Defendant requests an extension of time until this Court rules on the pending Motion to Stay or, alternatively, an additional fourteen (14) days, up to and including February 19, 2007, to respond to Plaintiff's discovery requests.  The additional time should provide Defendant with sufficient time to respond.

Respectfully submitted this the 5th day of February, 2007.

/s/ Lisa J. Sharp
One of the Attorneys for Defendant

**OF COUNSEL:**
Lisa J. Sharp, Esq.
Wendy A. Madden, Esq.
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5708
E-mail: lsharp@balch.com
          wmadden@balch.com

Dorman Walker, Esq.
BALCH & BINGHAM, LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
E-mail: dwalker@balch.com
Telephone: (334)269-3138
Facsimile: (866)736-3854

Pepper Crutcher, Jr., Esq.
BALCH & BINGHAM, LLP
401 E. Capitol Street, Suite 200
Jackson, MS 39201
Telephone: (601)965-8158
Facsimile: (888)254-2607
E-mail: pcrutcher@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2007, I electronically filed the foregoing

with the Clerk of the Court using CM/ECF system which will send electronic notification of such

filing to the following:


Lance H. Swanner
Samuel A. Cherry, Jr.
163 West Main Street
Post Office Box 927
Dothan, Alabama 36302

Bernard D. Nomberg
THE COCHRAN FIRM-BIRMINGHAM
505 North 20th Street, Suite 825
Birmingham, Alabama 35203

                                              /s/ Lisa J. Sharp
                                              OF COUNSEL