IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, et. al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv950-MEF |
| | ) |
| WAYNE FARMS, LLC., | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTIONS**

On 5 February 2007, Defendant filed four Motions for Extension to Time to File Response/Reply to Plaintiffs Pamela Miller's, Teresa Adams', Zhondra Shipmon's, and Samuel Adams' Discovery requests. (Doc. #32, #33, #34, #35). Defendant's motions request an extension of time to respond to Plaintiffs' requests until the Court rules on its pending Motion to Stay. (See Doc. #18, #32, #33, #34, #35). The Court has reviewed Defendant's motion and observes that Defendant is asking the Court to act before it has decided its pending Motion to Stay. Accordingly, it is

ORDERED that Defendant's Motions are DENIED. Defendant is obligated to comply with discovery requests in accordance with the Federal Rules of Civil Procedure while its Motion to Stay is pending before the Court.

Done this 6th day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE