IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:06-cv-950-MEF |
| ) | |
| WAYNE FARMS, LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Joseph Lane's Amended Motion to Withdraw as Attorney (Doc. #38) filed on February 6, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 9th day of February, 2007.

　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE