IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, *et al.,* | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | )   CASE NO. 1:06-cv-950-MEF |
| | ) |
| WAYNE FARMS, LLC, | ) |
| | ) |
|    Defendant. | ) |

# **O R D E R**

Upon consideration of the Consent Motion for Extension of Time for Plaintiffs to Respond to Defendant's Motion to Stay Proceedings or Alternative Motion to Apply The First-Filed rule (Doc. #36) filed on February 5, 2007, it is hereby

ORDERED that the motion is GRANTED to and including February 19, 2007.

DONE this the 9th day of February, 2007.

                                               /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE