IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, et al., § § § Plaintiffs, § § v. § § WAYNE FARMS, LLC, § § Defendant. § § | CIVIL ACTION NO. 1:06-cv-00950-MEF-WC |

## NOTICE OF FILING ADDITIONAL NOTICES OF CONSENT TO JOIN

Plaintiff, SAMUEL ADAMS,et.,al., gives notice of filing the attached Notices of Consent to Join executed by, LINDA BOOKER, MISTY BENSON and CHARLIE ROBERT HAWKINS, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above-captioned lawsuit.

Dated: February 20, 2007

Respectfully submitted,

THE COCHRAN FIRM, P.C.

/s/ Robert J. Camp
**ROBERT J. CAMP**
**BERNARD NOMBERG**
505 North 20th Street, Suite 825
Birmingham, AL 35203

(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

– and –

Richard Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, Florida 33324
Toll Free: 1-877-435-9243 (WAGE)
Facsimile: (954) 333-3515

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2007, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Dorman Walker
dwalker@balch.com

Lisa J. Sharp
lsharp@balch.com

Wendy A. Madden
wmadden@balch.com

Pepper Crutcher, Jr.
pcrutcher@balch.com


/s/ Robert J. Camp
**ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Linda Booker__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Waynes Farm__ at [Name of plant] the facility located in __Jack, AL__ . I worked at this location from [City/State] __11/96__ to __present__ . [Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Waynes Farm__ plant in __Jack, AL__, and [Name of Plant] [City/State] possibly other plants owned by __Waynes Farm__ If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __30__ day of __Oct.__, 2006.

__Linda B. Booker__                __Linda B. Booker__
[PRINT NAME]                       [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

__Misty Benson__ [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Wayne Farms__ [Name of plant] at the facility located in __Jack, AL__ [City/State]. I worked at this location from __09/04__ [Date] to __present__ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ [Name of Plant] plant in __Jack, AL__ [City/State], and possibly other plants owned by __Wayne Farms__ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __7__ day of __November__, 2006.

__Misty Benson__  
[PRINT NAME]

__Misty Benson__  
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Charlie Robert Hawkins_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Wayne Farms_ at
   [Name of plant]
   the facility located in _Jack, AL_. I worked at this location from
   [City/State]
   _11 Jan 98_ to _31 Oct 06_.
   [Date]     [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Jack, AL_, and
   [Name of Plant]                    [City/State]
   possibly other plants owned by _Wayne Farms_. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _2_ day of _November_, 2006.


_Charlie Robert Hawkins_                _Charlie Robert Hawkins_
[PRINT NAME]                            [SIGN NAME]