IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

SAMUEL ADAMS, ET AL.                              PLAINTIFFS

VS.                                               CASE NO. 1:06-CV-00950-MEF

WAYNE FARMS LLC                                   DEFENDANT

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Wayne Farms LLC hereby discloses that it is a Delaware Limited Liability Company, and that only ContiGroup Companies, Inc. owns more than ten percent (10%) of its membership interest.

Respectfully submitted this 28th day of February, 2007.

> WAYNE FARMS LLC
>
> BY: BALCH & BINGHAM LLP
>
> s/R. Pepper Crutcher, Jr.
> R. Pepper Crutcher, Jr. (MSB7921)
> Attorney for Defendant
> Balch & Bingham LLP
> Telephone (601) 965-8158
> pcrutcher@balch.com

55663.1

OF COUNSEL:
Dorman Walker (WAL086)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101
334/269-3138
334/269-3115 (fax)

R. Pepper Crutcher
Balch & Bingham LLP
401 East Capitol Street
Suite 200
Jackson, MS  39201
601/961-9900
601/961-4466 (fax)

Lisa J. Sharp
Wendy Madden
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL  35201
205/251-8100
205/488-5708 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**Richard Celler**
Morgan & Morgan PA
284 South University Drive
Fort Lauderdale, AL 3324
877-435-9243
Fax: 954-333-3515

**Samuel A. Cherry, Jr.**
**Lance Harrison Swanner**
Cochran, Cherry, Givens, Smith, Lane & Taylor, P.C.
163 W. Main Street
P. O. Box 927
Dothan, AL 36302
334-793-1555
Fax: 334-836-2500

**Robert J. Camp**
**Bernard D Nomberg**
The Cochran Firm
505 North 20th Street
Suite 825
Birmingham, AL 35203
205-930-6900
Fax: 205-930-6910

s/R. Pepper Crutcher, Jr.\_\_\_
Of Counsel