IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-950-MEF |
| ) | |
| WAYNE FARMS, LLC, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

This cause is before the Court on Defendant's Motion to Stay, or Alternatively, Motion to Apply the First-Filed Rule (Doc. # 18) filed January 16, 2007. Upon consideration, it is hereby ORDERED that:

1. The motion is GRANTED IN PART and DENIED IN PART.

2. By March 26, 2007, Defendant shall provide Plaintiffs with the following information regarding Defendant's hourly-paid, non-exempt processing employees at the Enterprise, Alabama plant from March 1, 2004 to the date of this Order: name, hire date, termination date, rehire date (if applicable), last known address, department, and job title. Plaintiffs shall not use this information to solicit any new plaintiffs until after this Court's ruling on certification.

3. The named Plaintiffs shall respond to Defendant's pending interrogatories, requests for production, and requests for admissions.

    4.  The portion of the motion seeking application of the first-filed rule is DENIED with leave to refile.

    5.  The motion is GRANTED in all other respects.

DONE this the 7th day of March, 2007.

                                               /s/ Mark E. Fuller  
                                    CHIEF UNITED STATES DISTRICT JUDGE