# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. MARK E. FULLER, PRESIDING      AT DOTHAN, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | 3/6/07 | AT: | 9:05 a.m. |
| DATE COMPLETED: | 3/6/07 | AT: | 11:05 a.m. |

Samuel Adams, et al. §
§
vs. §    CV. NO. 1:06CV950-MEF
§
Wayne Farms, L.L.C. §

Darren Anderson, et al.

vs.                                                  CV. NO. 2:06CV951-MEF

Wayne Farms, L.L.C.

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Bernard D. Nomberg | | Dorman Walker |
| Robert Joseph Camp | | Robert P. Crutcher, Jr. |

COURT OFFICIALS PRESENT:

David Housholder, Law Clerk
Josh Shapiro, Law Clerk
Kelli Gregg, Courtroom Clerk

COURTROOM PROCEEDINGS:

( X ) **Status Conference**
    9:05 a.m. -    Court convenes.
                          Court discusses some of the issues pending within the two cases with parties.
                          Court will GRANT Motion for Leave to File Amended Complaint by All Parties (doc #32) in 2:06cv951. Court will allow discovery to go forward on a limited basis. Court will CONDITIONALLY GRANT the Motion to Stay (doc. #17).
                          Defense counsel will turn over names of employees with Wayne Farms to plaintiff's counsel by the 26th of March.
    11:05 a.m. -    Court is in recess.