IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SAMUEL ADAMS, et., al.,** § | | |
| § | | |
| **Plaintiffs,** § | | |
| § | **CIVIL ACTION NO.** | |
| -vs- § | **1:06-cv-00950-MEF-WC** | |
| § | | |
| **WAYNE FARMS, LLC,** § | | |
| § | | |
| **Defendant.** § | | |

## NOTICE OF APPEARANCE

COMES NOW Roman A. Shaul of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., 218 Commerce Street, Montgomery, Alabama 36103, and enters his appearance as additional counsel of record for the Plaintiffs in the above-styled cause.

Dated: <u>March 12, 2007</u>                     Respectfully submitted,

                                                                **BEASLEY, ALLEN, CROW,
                                                                METHVIN, PORTIS & MILES, P.C.**


                                                                 /s/ Roman A. Shaul
                                                                _____
                                                                 Roman A. Shaul (ASB#5043-S58R)
                                                                 One of the Attorneys for Plaintiff

OF COUNSEL:

**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone No.        (334) 269-2343
Facsimile No.         (334) 954-7555
roman.shaul@beasleyallen.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following Dorman Walker; Lisa J Sharp; Pepper Crutcher, Jr. and Wendy A Madden.

      /s/ Roman A. Shaul
      _____
      OF COUNSEL