# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SAMUEL ADAMS, et., al.,** | § | |
| | § | |
| | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **1:06-cv-00950-MEF-WC** |
| | § | |
| **WAYNE FARMS, LLC.,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF FILING ADDITIONAL NOTICES OF CONSENT TO JOIN

Plaintiff, SAMUEL ADAMS, et al., gives notice of filing the attached Notices of Consent to Join executed by, SONYA ADAMS, IRENE HODGES, VERNITA L. SMITH and RENESHA CAREY, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above-captioned lawsuit.

Dated: <u>March 12, 2007</u>          Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT J. CAMP**

505 North 20th Street, Suite 825
Birmingham, AL 35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Bernard D. Nomberg
**THE COCHRAN FIRM, P.C.**
505 North 20th Street, Suite 825
Birmingham, AL 35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

–  and –

Richard Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, Florida 33324
Toll Free: 1-877-435-9243 (WAGE)
Facsimile: (954) 333-3515

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on <u>March 12, 2007</u>, I electronically filed the

foregoing with the Clerk of the District Court using the CM/ECF system,

which sent notification of such filing to:

Dorman Walker
dwalker@balch.com

Lisa Sharp
lsharp@balch.com

Wendy A. Madden
wmadden@balch.com

Pepper Crutcher, Jr.
pcrutcher@balch.com

//s/ Robert J. Camp
**ROBERT J. CAMP**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Sonya Adams_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Jack, AL_. I worked at this location from [City/State] _8/1991_ to _Present_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Jack, AL_, and [Name of Plant]                         [City/State] possibly other plants owned by _Wayne Farms_ If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _3_ day of _March_, 2007.

_Sonya P. Adams_                         _Sonya P. Adams_
[PRINT NAME]                            [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Irene Hodges_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by __Wayne Farms__ at
     [Name of Plant]
     the facility located in __Jack, AL__. I worked at this location from
     [City/State]
     __06 1991__ to __05 2005__ .
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre-
     and post-production time activities from my employer. I also understand that
     the lawsuit may seek recovery for unpaid production time. I understand that
     the suit is brought pursuant to both federal law and applicable state statutes,
     if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
     including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
     settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     employees at the __Wayne Farms__ plant in __Jack, AL__, and
     [Name of Plant]                [City/State]
     possibly other plants owned by __Wayne Farms__ If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such
     class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __3__ day of __March__, 2007.

__Irene Hodges__                    __Irene Hodges__
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Vernita L. Smith_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at [Name of plant] the facility located in _Jack, AL_. I worked at this location from [City/State] _03/20/01_ to _present_. [Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Jack, AL_, and [Name of Plant]    [City/State] possibly other plants owned by _Wayne Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _October_, 2006.

_Vernita L. Smith_ _____        _Vernita L. Sm_ _____
PRINT NAME                               SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Renesha Carey_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Wayne Farms_ at
[Name of plant]
the facility located in _Jack Al_. I worked at this location from
[City/State]
_10/28/02_ to _Present_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Wayne Farms_ plant in _Jack Al_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Wayne Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _Oct_, 2006.

_Renesha Carey_                    _Renesha Carey_
**PRINT NAME**                    **SIGN NAME**