IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, et., al., § § | |
| Plaintiffs, § § | |
| -vs- § § | CIVIL ACTION NO. 1:06-cv-00950-MEF-WC |
| WAYNE FARMS, LLC, § § | |
| Defendant. § | |

**AMENDED NOTICE OF APPEARANCE**

COMES NOW Roman A. Shaul, of the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and files this amended notice of appearance as additional counsel of record for all Plaintiffs in the above-styled cause. The correct physical address for the undersigned counsel's office is 272 Commerce Street, Montgomery, Alabama 36104.

Dated: March 13, 2007

                                                                      Respectfully submitted,

                                                                    /s/ Roman A. Shaul
                                                                    _____
                                                                    Roman A. Shaul (SHA056)
                                                                    One of the Attorneys for Plaintiffs

OF COUNSEL:

**BEASLEY, ALLEN CROW,
METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street (36104)
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone:    (334) 269-2343
Facsimile:    (334) 954-7555
roman.shaul@beasleyallen.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following ECF participants:  Robert J. Camp; Richard B. Celler; Samuel A. Cherry, Jr.; Pepper Crutcher, Jr.; Wendy A. Madden; Bernard D. Nomberg; Lisa J. Sharp; Lance H. Swanner and Dorman Walker.

      /s/ Roman A. Shaul
      _____
      OF COUNSEL