IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
DOTHAN DIVISION

| | | |
|---|---|---|
| SAMUEL ADAMS, et al., | § § | |
| Plaintiffs, | § § | |
| | § | CIVIL ACTION NO. |
| v. | § § | 1:06-cv-00950-MEF-WC |
| | § | |
| WAYNE FARMS, LLC, | § § | |
| | § | |
| Defendant. | § | |

## MOTION FOR AND NOTICE OF WITHDRAWAL

**COMES NOW** Richard Celler, one of the attorneys for Plaintiffs in the above-styled cause, and submits his Motion for and Notice of Withdrawal as attorney for Plaintiffs, and as grounds therefore states as follows:

1. Because of the complexities involved in litigating a case of this nature, combined with the undersigned's current case load, the undersigned is incapable of devoting the necessary time required to adequately represent Plaintiffs in this matter.

2. Plaintiffs will not be prejudiced by the withdrawal of the undersigned, as they will continue to be represented by attorneys Samuel A. Cherry, Jr., Lance H. Swanner, Bernard D. Nomberg and Robert J. Camp of

The Cochran Firm, P.C., and Roman A. Shaul of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

Dated: March 28, 2007

Respectfully submitted,

/s/ Richard B. Celler
Richard B. Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, FL 33324
(954) 318-0268 (Phone)
(954) 333-3515 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2007, I electronically filed the Motion for and Notice of Withdrawal with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Robert Joseph Camp
rcamp@cochranfirm.com

Richard Bernard Celler
Richard@cellerlegal.com
Marina@cellerlegal.com

Samuel A. Cherry, Jr.
scherry@cochranfirm.com
samcherry@cochranfirm.com

Lisa Johnson Sharp
lsharp@balch.com
bwashington@balch.com

Robert Pepper Crutcher, Jr.
pcrutcher@balch.com
barb.mistarz@waynedqh.com
gbarnes@balch.com
sseal@balch.com

Wendy Ann Madden
wmadden@balch.com

Dorman Walker
dwalker@balch.com
dharris@balch.com

Roman Ashley Shaul
roman.shaul@beasleyallen.com
beth.warren@beasleyallen.com
tina.wilson@beasleyallen.com

Lance Harrison Swanner
lswanner@cochranfirm.com

/s/ Richard B. Celler
**RICHARD B. CELLER**