IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>WAYNE FARMS LLC, etc., )<br>)<br>Defendant. ) | CASE NO. 1:06-CV-00950-MEF |

## NOTICE OF SCHEDULING ORDER

Comes now defendant Wayne Farms LLC and give notice to the Court of the attached joint scheduling order entered in *Belue v. Wayne Farms*, Case No. 4:06-CV-2095 (N.D. Ala. Mar. 30, 2007) and *Bolden v. Wayne Farms*, Case No. 5:06-CV-2096 (N.D. Ala. March 30, 2007).

Respectfully submitted on April 2, 2007.

s/Dorman Walker
One of the attorneys for defendant

OF COUNSEL:
Dorman Walker (WAL086)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101
334/269-3138
334/269-3115 (fax)

Lisa J. Sharp
Wendy Madden
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201
205/251-8100
205/488-5708 (fax)

178658.1

R. Pepper Crutcher
Balch & Bingham LLP
401 East Capitol Street
Suite 200
Jackson, MS 39201
601/961-9900
601/961-4466 (fax)

## CERTIFICATE OF SERVICE

I certify that on April 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Lance H. Swanner
Samuel A. Cherry, Jr.
Cochran, Cherry, Givens, Smith, Lane & Taylor, P.C.
Post Office Box 927
Dothan, Alabama 36301

Robert J. Camp
Bernard D. Nomberg
The Cochran Firm, P.C.
505 North 20th Street, Suite 825
Birmingham, AL 35203

Roman A. Shaul
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

s/Dorman Walker<br>
Of Counsel

178658.1

2

FILED
2007 Mar-30 AM 09:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES E. BOLDEN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.: 5:06-CV-2096-IPJ |
| ) | |
| WAYNE FARMS, LLC, ) | |
| ) | |
| Defendant. ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JIMMY BELUE, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.: 4:06-CV-2095-RDP |
| ) | |
| WAYNE FARMS, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

A status conference was held on March 29, 2007, in the above numbered and styled cases. Appearing on behalf of the plaintiffs were William Hommel, Jr., and Roman Shaul. Appearing on behalf of the defendant were Dorman Walker, Lisa Sharp, Pepper Crutcher, Jr., and Barbara S. Mistarz (corporate counsel for the defendant).

The parties informed the court that the Alabama plaintiffs in *Agee v. Wayne Farms, LLC* (2:06-CV-268), an action filed in the Southern District of Mississippi, have been ordered severed from the *Agee* action. Specifically, the parties informed

the court that 84 of the Alabama plaintiffs in *Agee* have been ordered severed from the *Agee* action and transferred to *Bolden* (5:06-CV-2096) and that two of the Alabama plaintiffs in *Agee* have been ordered severed from the *Agee* action and transferred to *Belue* (4:06-CV-2095).

It is therefore **ORDERED** that the plaintiffs file notice with the court of the identity of the new plaintiffs that have been severed from the *Agee* action and transferred to the above numbered and styled cases. The plaintiffs are also hereby **ORDERED** to file with the court in the above numbered and styled cases a copy of the order in the *Agee* action that severed the Alabama plaintiffs.

It is further **ORDERED** that William Hommel, Jr., counsel for the additional new plaintiffs, shall have until April 3, 2007, to file any additional pleadings regarding the pending motions for conditional class certification. If Hommel chooses to file additional pleadings, the defendant shall have until April 10, 2007 to file a response. This will not affect the current briefing schedule issued by Judge Proctor in *Belue v. Wayne Farms, LLC*, (4:06-CV-2095-RDP).

It is further **ORDERED** that a status conference in both cases will be held on Wednesday, May 23, 2007, at 10:00 a.m. in Judge Inge Johnson's chambers in Birmingham, Alabama.

It is finally **ORDERED** that the parties continue discussions regarding the appointment of a mutually agreeable special master and the scope of his or her work.

2

**DONE** and **ORDERED** this ___30th___ day of March, 2007.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE


_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE