IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
DOTHAN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, et al., § § | |
| Plaintiffs, § § § | CIVIL ACTION NO. |
| v. § § | 1:06-cv-00950-MEF-WC |
| WAYNE FARMS, LLC, § § | |
| Defendant. § | |

### NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, DARLENE BRYANT and NADINE B. HARRELL, similarly situated employee to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: April 17, 2007

Respectfully submitted,

THE COCHRAN FIRM, P.C.

/s/ Robert J. Camp
**ROBERT JOSEPH CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, Alabama 35203
(205) 930-6900-Telephone

(205) 930-6910- Facsimile

*Attorneys for Plaintiffs*

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

-and-

Roman A. Shaul
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street (36104)
P.O. Box 4160
Montgomery, Alabama 36103-410
(334) 269-2343 (Telephone)
(334) 954-7555 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2007, I electronically filed the above Notice with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Lisa Sharp
Attorney for Defendant
lsharp@balch.com

Wendy Madden
Attorney for Defendant
wmadden@balch.com

Pepper Crutcher, Jr.
Attorney for Defendant
Pcrutcher@balch.com

Roman A. Shaul
Attorney for Plaintiffs
Roman.shaul@beasleyallen.com


/s/ Robert J. Camp
**ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Darlene Bryant__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Wayne Farms__ at
   [Name of plant]
   the facility located in __Jack, AL__. I worked at this location from
   [City/State]
   __2/1996__ to __2/2005__.
   [Date]         [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Wayne Farms__ plant in __Jack, AL__, and
   [Name of Plant]              [City/State]
   possibly other plants owned by __Wayne Farms__. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __3__ day of __March__, 2007.

__Darlene Bryant__                __Darlene Bryant__
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

NAdine B. Harrell [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by Wayne Farm LLc [Name of plant] at the facility located in Jack, Alabama [City/State]. I worked at this location from 5-9-2001 [Date] to 1-25-2007 [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the Wayne Farm LLc [Name of Plant] plant in Jack, Alabama [City/State], and possibly other plants owned by Wayne Farm [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 2 day of April, 2007.

NAdine B. Harrell  
PRINT NAME

Nadine B. Harrell  
SIGN NAME