IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WAYNE FARMS, LLC, )<br>)<br>Defendant. ) | CASE NO. 1:06-cv-950-MEF |

## **O R D E R**

Upon consideration of the Motion for and Notice of Withdrawal (Doc. #54) filed on March 28, 2007,, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 24th day of April, 2007.

                                          /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE