IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL ADAMS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 1:06-cv-950-MEF |
| | ) | |
| WAYNE FARMS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of the Motion for Status Conference (Doc. #57) filed on April 2, 2007, it is hereby

ORDERED that the motion is GRANTED. This case is set for a status conference on May 15, 2007 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 25th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE