IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CASE NO. 1:06-cv-950-MEF |
| | ) |
| WAYNE FARMS, LLC., | ) |
| | ) |
| Defendant. | ) |

### MOTION LEAVE TO ATTEND BY TELEPHONE

Defendant Wayne Farms, LLC moves the Court to allow one of Wayne Farms' counsel, Pepper Crutcher, to attend by telephone the status conference set for May 15, 2007 at 9:00 a.m. *Doc. no. 62.* As grounds for this motion, the undersigned states that he will be present physically at the status conference, and that while Mr. Crutcher is unable to appear physically, his participation by telephone would be helpful to the Court.

Respectfully submitted on April 30, 2007.

s/Dorman Walker
One of counsel for Wayne Farms, LLC

OF COUNSEL:
Dorman Walker (WAL086)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101
334/269-3138
334/269-3115 (fax)

179484.1

Lisa J. Sharp (SHA035)
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201
205/251-8100
205/488-5708 (fax)

R. Pepper Crutcher
Balch & Bingham LLP
401 East Capitol Street
Suite 200
Jackson, MS 39201
601/961-9900
601/961-4466 (fax)

## CERTIFICATE OF SERVICE

I certify that on April 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Lance H. Swanner
Samuel A. Cherry, Jr.
Cochran, Cherry, Givens, Smith, Lane & Taylor, P.C.
Post Office Box 927
Dothan, Alabama 36301

Robert J. Camp
Bernard D. Nomberg
The Cochran Firm, P.C.
505 North 20th Street, Suite 825
Birmingham, AL 35203

Roman A. Shaul
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

s/Dorman Walker
Of Counsel