# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

SAMUEL ADAMS, et al.,

  Plaintiffs,

vs.

WAYNE FARMS LLC, etc.,

  Defendant.

)
)
)
)
)
)
)
)
)

CASE NO. 1:06-CV-00950-MEF

## RESPONSE TO PLAINTIFFS' MOTION FOR
## AN ORDER PERMITTING COURT SUPERVISED NOTICE
## TO EMPLOYEES OF THEIR OPT-IN RIGHTS (Doc. 50-1)

Succinctly put, Wayne Farms' position is <u>not yet</u>,[1] <u>not all</u>,[2] but <u>some</u>,[3] <u>soon</u>,[4]

<u>neutrally</u>.[5] Following factual introduction and discussion of the standard of

review, this Response explains those positions in that order.

---

[1] The Court should entertain class notice arguments only after all present Enterprise claimants are before this court, with their chosen counsel.

[2] Some Plaintiffs have no FLSA claim and the proposed class notice pins participation to some facts that do not support FLSA recovery – *e.g.* driving past a security guard. Others make claims based on very dissimilar facts.

[3] There is a subset of Plaintiffs whose hours worked are recorded by use of a "master card," as a proxy for the individual badge of each employee on the same line. For the entire limitations period, Wayne Farms has paid them six extra minutes per day for their disputed, non-excludable, donning, doffing and walking time. Seen reasonably, this case should be about the adequacy of that payment and no others should be Plaintiffs here.

[4] What Wayne Farms proposes here can be done by June 2007, and so doing would keep this case on track with the near identical suits brought against Wayne Farms' other Alabama plants, thus facilitating consolidated pretrial proceedings.

[5] The proposed class scope reads remarkably like a judicially endorsed solicitation handbill for one of the two competing lawyer groups, rather than a description of job classes paid

## I.    INTRODUCTION

Plaintiffs claim a wide variety of present or former employment at Wayne Farms' live chicken processing plant in Enterprise, Alabama.[6] They assert claims, some of which belong to their bankruptcy trustees,[7] arising under the Fair Labor Standards Act (29 U.S.C. § 201, *et seq.*), as amended by the Portal-to-Portal Act of 1947 (collectively the "FLSA"), as recently interpreted in *IBP, Inc. v. Alvarez*, 546 U.S. 21, 126 S.Ct. 514, 163 L.Ed.2d 288 (2005).  At last count, 17 of them, joined by more than 100 alleged co-workers, had asserted the same claims through other counsel in *Agee v. Wayne Farms LLC*, S.D. Miss. 2:06-CV-0268, filed December 13, 2006.[8]

Wayne Farms' Enterprise non-exempt, hourly-paid processing employees are and have been at all relevant times represented by the Retail, Wholesale and Department Store Union ("RWDSU") and covered by a collective bargaining

---

by a contested timekeeping method.  Wayne Farms provides a sample of a neutral notice in Exhibit 1 to this Response.  Any notice should identify all counsel (or court-designated lead counsel) and the claimants' union representative.

[6] A/k/a Jack, Alabama.

[7] See these bankruptcy case records, for example: *In re Cornelia Henderson* (M.D. Ala. 04-11863); *In re Irene Hodges* (M.D. Ala. 02-12447); *In re Vernita Smith* (M.D. Ala. 02-32322; *In re Lavinia a/k/a Lovinia Tarver* (M.D. Ala. 05-12151); *In re Lavinia L. Tarver* (M.D. Ala. 02-10978); and *In re Melissa Vaughn* (M.D. Ala. 03-12649).

[8] On March 23, 2007, the *Agee* Court entered an order severing and transferring the Alabama *Agee* plaintiffs to the U.S. District Courts for the districts and divisions in Alabama encompassing the respective facilities in which they work(ed).  See in this case doc. no. 57 (providing a copy of the *Agee* order).  The order severs and transfers 17 plaintiffs employed at Wayne Farms' Enterprise facility to this District and Division.

agreement that sets their work hours, breaks and pay. They also are covered by many customs and practices that exist under that agreement and that are mandatory subjects of bargaining at the end of each contract term. Most relevant among them is Wayne Farms' practice, between April 2000 and February 2005, of paying an extra six minutes per day[9] (known as "personal time") as compensation for the non-excludable[10] donning, doffing and walking time of employees whose hours worked are measured by use of a "master card" and who have significant requirements to wear job-specific clothing and personal protective equipment ("PPE") that must be put on and taken off at work. In November 2006, the policy was expanded, detailed, and included in the RWDSU/Wayne Farms 2006-2009 collective bargaining agreement. In relevant part, it reads:[11]

> Section 5.6. Pursuant to prior discussions which did not result in an agreement on the subject, the Company adopted a custom and practice, effective April 10, 2000, of paying certain employees six minutes per work day for "personal time" and including that time in weekly overtime calculations, even though the pay was recognized to be for hours not worked. Desiring now to formalize this compromise, the parties agree as follows:

---

[9] The Amended Complaint ignores this practice, though it is well known to most Plaintiffs, who see it on each paycheck stub.

[10] As allowed by 29 U.S.C. § 203(o), this practice excludes from daily hours worked the time that these employees spend changing clothes and washing up at the beginning and at the end of the shift. The six minutes are compensation for any such time, including walking time, that is not excludable under § 203(o), arguably including time before and after unpaid breaks.

[11] *See* Declaration of Bert Willingham, Exhibit 2 (including 2006-2009 Collective Bargaining Agreement).

(a) Each employee who works in a job classification listed in section 5(b) and who performs work on a particular day shall receive additional pay for hours not worked on that workday, equal to six minutes at his or her regular hourly rate of pay. This time, which is recognized to include time normally spent donning and doffing smocks, hair nets, walking time to and from the line and other garments and equipment, need not be separately recorded. However, solely for purposes of this Agreement, the Company will calculate weekly overtime by treating the personal time paid as if it had been pay for hours worked.

(b) Based on the parties' analyses of time required for walking to and from the line, donning and doffing work clothes and PPE, and ancillary tasks, only employees in these classifications are eligible for personal time pay: All employees who are paid from a master card either at the start of the shift, end of the shift or both are paid six (6) minutes per shift. The Company at its sole discretion may terminate this section with thirty (30) days written notice to the Union.

The point of "personal time" was to eliminate disputes about arguable daily minutes of FLSA "work" that the master card system misses. To its competitive disadvantage, Wayne Farms implemented and retained this policy while most competitors were refusing to pay anything for these daily minutes, arguing here and elsewhere that the FLSA requires no such payment.[12]

---

[12] *Anderson, et al. v. Perdue Farms, Inc.*, M.D. Ala. No 1:06-CV-01000-MEF-WC; *Bonds v. Gold Kist*, N.D. Ala. No. 3:06-CV-1981-IPJ; *Carlisle v. Gold Kist*, N.D. Ala. No. 4:06-CV-1982-CLS; *Atchison v. Gold Kist*, N.D. Ala. No. 4:06-CV-1983-PWG; *Ackles v. Tyson Foods*, N.D. Ala. No. 1:06-CV-2249-KOB; *Benford v. Pilgrim's Pride*, N.D. Ala. No. 5:06-CV-2337-TMP; *Dobbins v. Tyson Foods*, N.D. Ala. No. 4:06-CV-4912-RDP; *Buchanan v. Tyson Chicken*, N.D. Ala. No. 1:06-CV-4930-KOB; *Potter v. Tyson Chicken*, N.D. Ala. No. 4:06-CV-4931-TMP; *Burtram v. Tyson Chicken*, N.D. Ala. No. 2:06-CV-4932-LSC. Wayne Farms does not contend that its competitors have FLSA liability. The point is that Wayne Farms decided to resolve the uncertainty in employees' favor, in order to avoid just such a suit as this.

Plaintiffs say, clearly and wrongly, that Wayne Farms pays all its Enterprise 1st and 2nd processing[13] employees only the daily minutes captured by use of a master time card[14] and say implicitly that, if Wayne Farms had recorded additional daily minutes the Plaintiffs worked, the total time worked would have exceeded the FLSA's 40-hour weekly threshold for overtime compensation, thus triggering FLSA liability.[15] They ask the Court to find those missing daily minutes in these spots:

1. Time between an allegedly intrusive security check near the property entrance and the swipe of the master card used to record the employee's work hours;[16]

2. Alternatively, time beginning with the donning of job-specific, required clothing and PPE before the start of the shift and the swipe of the master card used to record the employee's work hours;[17]

3. Time between release from work at the beginning of unpaid breaks during the shift and the moment when all job-specific clothing and PPE required to be removed is doffed;[18]

4. Time spent re-donning job-specific clothing and PPE on the way back to the work station at the end of each unpaid break;[19]

---

[13] The Amended Complaint seems to assume, wrongly, that 1st and 2nd processing jobs are identical across all poultry producers. In fact, they differ somewhat from plant to plant.

[14] Amended Complaint, Doc. 44, ¶ 19 at 12. In fact, some processing workers' hours are recorded by master card swipes; others' are not.

[15] Amended Complaint, Doc. 44, ¶ 25, at 15.

[16] Amended Complaint, Doc. 44, ¶ 15, at 10-11.

[17] Amended Complaint, Doc. 44, ¶ 16, at 11.

[18] Amended Complaint, Doc. 44, ¶ 20, at 13.

[19] Amended Complaint, Doc. 44, ¶ 20, at 13.

5.    The entire time of the unpaid break, if the donning and doffing just mentioned consume so much of the break that the time remaining is less than the FLSA requires for a lawful unpaid break;[20] and

6.    Time between release from work at the end of a shift and the doffing of job-specific clothing and PPE that must be removed before leaving the plant.[21]

Wayne Farms believes that (1) is untenable as a matter of settled law,[22] that (2) and (6) are unavailable due to § 203(o),[23] that (5) cannot be supported by a preponderance of credible evidence, and that (3) and (4), as well as any error of exclusion of (1) and (6) minutes, are fully compensated by its personal time pay practice. Consequently, Wayne Farms believes that it has no FLSA liability and that the few cases successfully brought against other poultry processors are not analogous. Wayne Farms produced the union contracts, personnel files; and payroll information for all who have joined this action to the date of its gathering in March 2007, so there should be no dispute about the jobs each of those Plaintiffs held, the daily and weekly hours paid, at what rates, and the daily arrival and

---

[20] Amended Complaint, Doc. 44, ¶ 20, at 13.

[21] Amended Complaint, Doc. 44, ¶ 17, at 11.

[22] 29 U.S.C. § 254; 29 C.F.R. §§ 785.34, 790.7 (e), (f); *Powell v. Northwestern Resources Co.*, 104 Fed. Appx. 964 (5th Cir. 2004); *Carter v. Panama Canal Co.*, 463 F.2d 1289 (D.C. Cir. 1972), *cert. denied*, 409 U.S. 1012, 93 S.Ct. 441, 34 L.Ed.2d 306 (1972); *IBP, Inc. v. Alvarez*, 546 U.S. 21, 126 S.Ct. 514, 524, 527, 163 L.Ed.2d 288 (2005). *See also McIntyre v. Seagram & Sons Co., Inc.*, 72 F.Supp. 356 (D. Ky. 1947).

[23] Section 203(o) excludes from the definition of "hours worked" "any time spent in changing clothes or washing at the beginning or end of each workday which was excluded from measured working time . . . by the express terms of or by custom or practice under a bona fide collective bargaining agreement applicable to the particular employee." 29 U.S.C. § 203(o).

178488.1

departure badge swipes of those Plaintiffs versus the master card swipes made for them.

On March 9, 2007, Plaintiffs filed the instant motion (Doc. 50-1) asking the Court to supervise notice to prospective plaintiffs as authorized by 29 U.S.C. § 216(b). Plaintiffs ask this Court for permission to solicit a broad, amorphous class of "similarly situated" current and former Enterprise employees, apparently not excepting those who are already represented by Mississippi counsel.

Wayne Farms will not oppose issuance of class notice at the right time, to the right individuals, and in an appropriately neutral manner. For the reasons discussed below, however, Wayne Farms does oppose the immediate "shotgun" solicitation of additional claimants advocated in Plaintiffs' filings.

## II.    PLAINTIFFS' BURDEN: IS EARLY, BROAD CLASS NOTICE PRUDENT JUDICIAL MANAGEMENT?

### A.    A Matter of Discretion

Like other judicial management questions, the decision to supervise an opt-in notice under 29 U.S.C. § 216(b) and the drafting of that notice are committed to courts' sound discretion. *Hoffmann-LaRoche, Inc. v. Sperling*, 493 U.S. 165, 169, 110 S. Ct. 482, 486 (1989); *see Reed v. Mobile County School Sys.*, 246 F. Supp. 2d 1227, 1230-31 (S.D. Ala. 2003). Exercising this discretion, courts typically require the movants to demonstrate first that they are part of a larger group of people who have the same FLSA claims. *See, e.g., Dybach v. State of Florida*

178488.1

*Dept. of Corrections*, 942 F.2d 1562, 1567-68 (11th Cir. 1991); *Grayson v. K-Mart Corp.*, 79 F.3d 1086, 1096 (11th Cir. 1996). This requires that "a plaintiff must make some rudimentary showing of commonality between the basis for his claims and that of the potential claims of the proposed class, beyond the mere facts of job duties and pay provisions." *Marsh v. Butler County School Sys.*, 242 F. Supp. 2d 1086, 1093 (M.D. Ala. 2003); *accord Holt v. Rite Aid Corp.*, 333 F. Supp. 2d 1265, 1270 (M.D. Ala. 2004).

B.    A Two-Step Process

The Eleventh Circuit Court of Appeals has "suggest[ed]," but has not necessarily required, that district courts evaluate the appropriateness of § 216(b) class certification in two stages—a notice stage and a decertification stage. *Hipp v. Liberty Nat'l Life Ins. Co.*, 252 F.3d 1208, 1218-19 (11th Cir. 2001). At the notice stage, which is applicable here, Plaintiffs' burden, while not heavy, is not minimal, either. *See Reed*, 246 F. Supp. 2d at 1236 ("the burden on the plaintiffs is described as 'not heavy,' a relaxed burden but not a 'minimal' one."). Even at this stage of the litigation, courts scrutinize the proposed class and notice for several practical reasons. First, "[i]t would be a waste of the Court's and the litigants' time and resources to notify a large and diverse class only later to determine that the matter should not proceed as a collective action . . . ." *Freeman v. Wal-Mart Stores, Inc.*, 256 F. Supp. 2d 941, 945 (W.D. Ark. 2003). *See also West v. Border*

*Foods, Inc.*, 2006 WL 1892527, at *7 (D. Minn. July 10, 2006) ("[N]either the remedial purposes of the FLSA, nor the interests of judicial economy, would be advanced if we were to overlook facts which generally suggest that a collective action is improper."). Second, "[t]he courts, as well as practicing attorneys, have a responsibility to avoid the 'stirring up' of litigation through unwarranted solicitation." *D'Anna v. M/A-COM, Inc.*, 903 F. Supp. 889, 894 (D. Md. 1995) (citation omitted); *see also Holt v. Rite Aid Corp.*, 333 F. Supp. 2d 1265, 1275 (M.D. Ala. 2004). Finally, "an employer should not be unduly burdened by a frivolous fishing expedition conducted by plaintiff at the employer's expense." *D'Anna*, 903 F. Supp. at 894.

Even at the notice stage, courts have applied a higher standard—akin to that normally used in the decertification stage—when, as here, a significant amount of discovery has occurred. *See Davis v. Charoen Pokphand (USA), Inc.*, 303 F.Supp. 2d 1272, 1276 (M.D. Ala. 2004) (rationale for "lenient" standard "disappears once plaintiffs have had an opportunity to conduct discovery"); *see also Brooks v. BellSouth Telecommunications, Inc.*, 164 F.R.D. 561, 566 (N.D. Ala. 1995) (analyzing class certification in light of extensive discovery by plaintiff); *Fox v. Tyson Foods, Inc.*, No. 4:99-CV-01612-VEH, *slip op.* at 10-12 (N.D. Ala., Nov. 15, 2006) (after substantial discovery, "certification of the Plaintiffs' class under the more lenient standard of the first-tier in *Hipp* would be unjust . . . [and]

contrary to the interests of judicial economy."); *accord White v. Osmose, Inc.*, 204 F.Supp. 2d 1309, 1313 n.2 (M.D. Ala. 2002). Such is the case here. When this motion is argued before the Court, Plaintiffs will have obtained a great deal of relevant discovery showing who are and who are not similarly situated. Wayne Farms already has responded to hundreds of Plaintiffs' written discovery requests.

Should the Court consider present discovery insufficient to justify application of the higher standard of review, Wayne Farms asks the Court to direct further discovery on the issue of whether the plaintiffs and the co-workers they would solicit are similarly situated. This is within the court's authority pursuant to FED. R. CIV. P. 26. *See Amey v. Gulf Abstract & Title, Inc.*, 758 F. 2d 1486, 1505 (11th Cir. 1985) (Trial courts have wide discretion to determine discovery scope.).[24]

## III.   **WAYNE FARMS' ARGUMENTS**

Plaintiffs' present attempt at class notice is premature and overbroad. The Court should not assist or permit solicitation of people already represented by other counsel, and neither Wayne Farms nor the Court should be required to slog through months of discovery and motions on legally untenable or factually unsupportable claims and claimants, simply because Plaintiffs are unwilling to wait even a few weeks so that this case can be coordinated with other identical litigation

---

[24] Moreover, limiting discovery in such a manner is not unheard of in the context of Fed. R. Civ. P. 23 class actions. *See Smith v. Lowe's Home Centers, Inc.*, 236 F.R.D. 354, 358 (S.D. Ohio 2006) (limiting discovery in de-certification and class certification proceedings to statistically significant sample).

against Wayne Farms, a workable class definition can be tailored, and a fair class notice can be drafted and approved.

Nonetheless, some prospective Plaintiffs, described below, while wrong on the merits, are in the same position to argue about those merits as some already here and as some about to arrive, and thus may soon be entitled to receive a truly neutral and factual notice of opt-in rights.

A.    Not Yet

The Court should not entertain class notice arguments until all Enterprise plaintiffs who have consented to sue are before one Court, in one proceeding.  That is not the case today, but it very soon will be.  On March 23, 2007, an order was entered in the *Agee* litigation, transferring 17 Enterprise claimants (some of whom are represented by other counsel, and some of whom are purportedly represented by two separate groups of counsel) to this Court.  *See doc. no. 57.*  The Court should not authorize distribution of class notice until the Alabama *Agee* plaintiffs and their chosen counsel have been afforded a full and fair opportunity to participate in class notice arguments.  This will come at the cost of a very short, if any, delay in these proceedings.[25]

---

[25] Ironically, Plaintiffs argue that immediate class notice will "avoid[] a multiplicity of duplicative suits." (Doc. 50-1 at 13.)  That is exactly what solicitation of Enterprise employees who have already sued in *Agee* will create.

Plaintiffs argue that every day that passes without court-authorized notice causes Enterprise employees who are unaware of their rights, and who would sue if they had notice, to lose claims due to the applicable two or three year time bar. (Doc. 50-1 at 11.) But Plaintiffs' concern is more theoretical than real. Wayne Farms' Enterprise employees have been solicited <u>at least three times in the last three years</u>[26] to file FLSA claims, and they are represented by a Union which addressed the issue for them in collective bargaining in early 2005. More than 500 are current claimants here and/or in the *Agee* case. At least one plaintiff is a plaintiff in this case and *Agee*. Some sued Wayne Farms in *Scott*, in *Agee* <u>and</u> in this case. It is unlikely that any significant number of prospective plaintiffs have failed to join one or more of these suits for lack of notice.

Given the small risk of claim preclusion, the Court should allow Wayne Farms to brief the class notice issues with the benefit of some discovery of the Plaintiffs. As of yet, they have not responded to the written discovery served on them in early March and their initial disclosures, served in mid-March, named no witness and neither served nor identified a single document. This puts Wayne Farms at a significant and unfair disadvantage in arguing this motion. Plaintiffs have reams of records disclosed by Wayne Farms. Wayne Farms has identified its

---

[26] By the plaintiffs' counsel in *Scott v. Wayne Farms*, by the plaintiffs counsel in *Agee v. Wayne Farms* and by Plaintiffs' counsel here. Indeed, our Plaintiffs' counsel told the Court at our March 6 status conference in Dothan that TV ads were run to solicit plaintiffs.

payroll and personnel witnesses and has described its relevant systems in sworn interrogatory answers. Plaintiffs have given Wayne Farms nothing.

Issuing class notice now, based on a record devoid even of meaningful initial disclosures by Plaintiffs, may lead the Court to invite joinder by many people who have no arguable FLSA claim or whose circumstances so differ from others' that they must be dismissed or severed, after much wasteful discovery and motion expense. It would give preference to one plaintiff counsel group to another, prompting the other, perhaps, to demand separate notice in a separate, duplicate case before the Court. It would complicate and perhaps deprive this Court and Judges Proctor and Johnson of the opportunity to consolidate all Wayne Farms cases for pretrial proceedings. This Court correctly answered Plaintiffs on March 7: "Not yet." Doc. 48.

### B.    Not All

Although the proposed class scope can be read several materially different ways,[27] Plaintiffs plainly seek the Court's authorization to solicit all or virtually all

---

[27] The root cause of this confusion is Plaintiffs' refusal to acknowledge that no Enterprise processing employee with significant donning and doffing burdens is paid only for the hours recorded by master card swipes. Read literally, therefore, the class includes no one. If Plaintiffs are just being coy about personal time compensation and mean to include everyone whose hours were recorded at any point of any shift by a master card swipe, then the prospective class may exceed 1,000 members. But even this reading may be too narrow, for the present Plaintiffs contend that all of them – including those who have never had their hours worked recorded by a master card swipe and who have no donning and doffing requirements – are similarly situated to everyone in the proposed class scope. Read in that light, the proposed notice seeks approval to solicit all present and former hourly-paid processing employees.

hourly-paid Enterprise 1st and 2nd processing employees. If the Court concludes that class notice should issue, not all sought by Plaintiffs should receive that notice.

Plaintiffs begin by defining the class as:

> [A]ll current and former 1st and 2nd processing employees who worked for Defendant at any time within the last three (3) years, whose hours worked were recorded under a wage compensation system in which individual employee time clock punches are not the basis for starting and ending hours worked but instead are recorded under a system known as line time, master time, master key, gang time, etc., collectively referred to herein as "master time", and who were subjected to Defendant's practice and policy of not paying for work described above and any overtime compensation for hours worked in excess of forty (40) as a result of this practice.

Doc. 50-1 at ¶ 4-5. Notwithstanding this professed limitation on the scope of the class, Plaintiffs elsewhere plainly seek the Court's assistance in soliciting all Enterprise 1st and 2nd processing employees.[28] Quoting from Plaintiffs' motion to authorize class notice (Doc. 39):

- "All hourly employees are interchangeable and they are required to work open positions throughout the plant as production requirements dictate. [ ] Therefore, employees do not have set job responsibilities and all employees within 1st or 2nd processing perform similar tasks and thus are alike." (Doc. 50-1 at 8.)

- "Plaintiffs observed that Defendant paid all of their co-employees/1st and 2nd processing employees in the same regard. [ ] Thus, as a result, Plaintiffs and other similarly situated 1st

---

[28] Elsewhere, Plaintiffs rather unhelpfully describe "the class" as "Defendant's current and former 1st and 2nd processing employees who were subjected to Defendant's practice and policy of not paying all hours worked and overtime compensation for hours worked over forty (40) in a workweek. . . ." (Doc. 50-1 at 18-19.)

and 2nd processing employees did not receive compensation for all hours worked. . . ." (*Id.* at 9.)

- ". . . Plaintiffs seek authorization to facilitate notice to each of Defendant's 1st and 2nd processing employees who were subjected to the illegal pay practices described above at any time within the last three (3) years." (*Id.* at 10.)

- "There are questions of law or fact common to Defendant's other 1st and 2nd processing employees and the claims of the named Plaintiffs in the instant matter." (*Id.* at 17.)

Plaintiffs conclude:

Here, Defendant employed numerous 1st and 2nd processing employees in Jack [aka, Enterprise], Alabama. At some period of time during the last three (3) years, each of these 1st and 2nd processing employees performed labor for Defendant which included assisting in the processing of chickens. These 1st and 2nd processing employees were paid on an hourly basis, and regularly were not paid for all hours worked and worked more than forty (40) hours per workweek. As a result of this practice, Defendant regularly failed to pay their 1st and 2nd processing employees proper compensation owed as required by the FLSA.

*Id.* at 18.

So, if an employee worked at Enterprise as a 1st or 2nd processing employee and assisted in processing chickens, he or she is at least potentially in Plaintiffs' crosshairs.[29] That is simply too broad and undefined a class on which to base an FLSA collective action.

---

[29] Indeed, even this construction of Plaintiffs' pleading may be too limited. Four of the present plaintiffs themselves are not even 1st or 2nd processing employees, but rather are sanitation, shipping, maintenance workers or some other category. These employees would have either no or very different donning and doffing requirements than knife-wielding debone laborers or other processing employees.

The touchstone for establishing the appropriateness of a FLSA collective action is whether the putative class members and the named plaintiffs are similarly situated. *See Dybach v. State of Florida Dept. of Corrections*, 942 F.2d 1562, 1567-68 (11th Cir. 1991). Although a plaintiff need not point to a particular plan or policy to show that he and the proposed class are similarly situated, "a plaintiff must make some rudimentary showing of commonality between the basis for his claims and that of the potential claims of the proposed class, *beyond the mere facts of job duties and pay provisions*." *Holt*, 333 F. Supp. 2d at 1270 (emphasis added) (citations omitted); *Horne v. United Servs. Auto. Assoc.*, 279 F. Supp. 2d 1231, 1234 (M.D. Ala. 2003) (same). "Without such a requirement, it is doubtful that § 216(b) would further the interests of judicial economy, and it would undoubtedly present a ready opportunity for abuse." *Holt*, 333 F. Supp. 2d at 1270. Moreover, "the burden is on the plaintiffs to make an evidentiary showing that they and the proposed class are similarly situated, *not on the defendant to disprove such similarity*." *Reed*, 246 F. Supp. 2d at 1232 (emphasis added).

Section 216(b) reflects a policy of judicial economy whereby the "judicial system benefits by *efficient* resolution in one proceeding of common issues of law and fact arising from the same allegedly discriminatory activity." *Hoffmann-La Roche*, 493 U.S. at 170 (emphasis added). If efficiency and conservation of judicial resources are to be realized, however, common issues must control. In the

overbroad class Plaintiffs propose, too many disparate and individual factual disputes would have to be resolved at trial.    Courts have found such cases inappropriate for collective action status:

> . . . Plaintiffs seek to represent a class of assistant managers who, as contended, were subject to *deviations from Title Max's official overtime policy*.  In the absence of any evidence tending to show that Title Max routinely breached FLSA's overtime provisions, such deviations are then, by their very nature, highly case-specific and subject to a variety of variables, including whether the store manager neglected to enforce the overtime policy and/or whether the assistant manager failed to report his or her overtime hours. *The individualized analysis of overtime compensation runs directly counter to "the economy of scale envisioned by" collective treatment of substantially similar employees under § 216(b) of the FLSA.*

*Saxton v. Title Max of Alabama, Inc.*, 431 F. Supp. 2d 1185, 1189 (N.D. Ala. 2006) (emphasis added) (denying conditional class certification). *See also Guerra v. Big Johnson Concrete Pumping, Inc.*, 2006 WL 2290512, at *3 (S.D. Fla. May 17, 2006) (Noting that broad collective action may be inappropriate where a plaintiff alleges "a more discrete or particularized pay violation, for example, if supervisors or local managers had informally docked employees' pay in contravention of an otherwise lawful company policy."); *Harrison v. McDonald's Corp.*, 411 F. Supp. 2d 862, 871 (S.D. Ohio 2005) (Noting that defendant raised a "valid concern" that the "fact-intensive, individualized inquiry" necessary for resolution of the matter was "not amenable to collective action."); *England v. New Century Financial Corp.*, 370 F. Supp. 2d 504, 507 (M.D. La. 2005) ("A court may deny [a collective

action] if the action arises from circumstances purely personal to the plaintiff, and not from any generally applicable rule, policy, or practice.") (footnote omitted); *Sheffield v. Orious Corp.*, 211 F.R.D. 411, 413 (D. Or. 2002) ("[A]n action dominated by issues particular to individual plaintiffs can not be administered efficiently because individual issues predominate over collective concerns."); *Ulvin v. Northwestern Nat'l Life Ins. Co.*, 141 F.R.D. 130, 131 (D. Minn. 1991) ("Given the disparities among Ulvin and the thirty opt-ins," including age, year of termination, division and office, and supervisors, "the court concludes that they are not similarly situated, and that these cases are unsuited for class action.") (ADEA case).

Broad, amorphous classes like the one(s) proposed by the Plaintiffs have been questioned by numerous courts.  For example, in *Reed v. Mobile County School Sys.*, 246 F. Supp. 2d 1227, 1231 (S.D. Ala. 2003), the trial court denied the plaintiffs' motion for conditional class certification and issuance of court-supervised notice—at the notice stage—where the proposed class was identified as "all non-exempt employees of the defendant" who may have been owed overtime compensation.  In denying conditional certification, the court pointed out that no broader class under the FLSA could have been identified:

> . . . the Court rejects any suggestion that, as a matter of law, every non-exempt employee is necessarily similarly situated to every other non-exempt employee of the same employer.  Were this proposition true, no evidence would ever be required to satisfy the similarly

178488.1

18

> situated requirement in the FLSA context; yet the courts have made
> plain that such evidence is required.

*Reed*, 246 F. Supp. 2d at 1231; *see MacKenzie v. Kindred Hosp. East, L.L.C.*, 276

F. Supp. 2d 1211, 1221 (M.D. Fla. 2003) (describing as "overbroad" proposed

class not limited by job titles, job duties, location, or time period).

As the court noted in *Reed*, "different jobs generally carry different

responsibilities and often require different hours of employment, undermining the

similarity between employees." 246 F. Supp. 2d at 1232. In the last three years,

Wayne Farms has had a multitude of different job titles for its hourly Enterprise

processing employees.[30] Though not conclusive, this fact supports skepticism

about Plaintiffs' claims that all processing jobs are fungible.

Joinder of the entire pool of 1,803[31] Enterprise prospective plaintiffs who

hold or who held hourly-paid, non-exempt, processing jobs at Wayne Farms'

Enterprise plant within the last three years would require discovery and motions

about:

- a multitude of[32] different job titles;

---

[30] This number is drawn from the raw class notice list that the Court ordered Wayne Farms to produce to Plaintiffs' counsel by March 26. A copy is attached as Exhibit 3 to this Response. In this version of the document, Column A (SSN) and Columns J-N (address information) are hidden to comply with General Order No. 2:04-mc-3228 (General Order Implementing Requirements of the E-Government Act). Column G (Plant Location) is hidden because it provides superfluous plant indemnification that makes printing more cumbersome.

[31] This number includes Plaintiffs who worked for the Enterprise plant since March 1, 2004. See Exhibit 3.

[32] Exhibit 3.

178488.1

19

- at least 7 different methods of recording hours worked;

- 2 different points of plant entry for employees coming into the plant from the parking lot;

- 19 different sets of job-specific, required clothing and PPE;

- 17 different places of clothing/PPE pick-up and drop off; and

- 2 different break rooms.[33]

Even if the Court limited the case to present Plaintiffs and their present positions, it would find:

- 28 paid personal time vs. 4 not paid personal time;[34]

- 1 who receives "sunshine pay" vs. 36 who do not;[35]

- 4 who are not even 1st or 2nd processing employees, but are sanitation, shipping, maintenance or some other category of workers;[36]

- At least 4 who clearly lack standing to bring all claims asserted because of a recent bankruptcy case;[37] and

---

[33] See Exhibit 2.

[34] These numbers are drawn from Exhibit 4. It is a summary snapshot of Plaintiff payroll and personnel information current as of its recent assembly.

[35] See Exhibit 4. For a list of all sanitation workers at Enterprise, see Exhibit 3. It is important to differentiate between the "personal time" system discussed above, and the "sunshine pay" program referred to here. Wayne Farms' "personal time" system pays each employee to which it applies an extra six minutes per day to account for otherwise non-excludable donning, doffing, and walking time that is not captured by the master time card. The "sunshine pay" program is an incentive for graveyard shift work that applies only to sanitation workers. Under this program, sanitation workers are permitted to finish their assigned work and go home early, yet are paid for their full scheduled shifts. Thus, the employees who receive "sunshine pay" are paid for more than their hours actually worked. It is difficult to discern how such an employee could successfully quibble about minutes per day, or could be considered similarly situated to other hourly processing employees.

[36] Exhibit 4.

All these differences require individual discovery, motions and proof.[38] Furthermore, Plaintiffs' refusal to dismiss voluntarily the claims that belong to bankruptcy trustees, their refusal to dismiss voluntarily the claims of Plaintiffs paid "sunshine pay," their refusal to dismiss voluntarily the claims barred by *res judicata*, and their refusal to dismiss voluntarily claims that are clearly time-barred will require Wayne Farms and the Court to bear significant individual discovery and motion burdens even if no class notice is ever issued.

As noted above, Plaintiffs attempt to avoid this problem by asserting that all of them routinely move between different processing jobs.   That assertion, unsupported by any specific evidence, is false.   *See* Declaration of Bert Willingham, Exhibit 2 to this response.   These are union-represented employees. If Wayne Farms whimsically shuffled people as claimed, it would receive daily grievances on that issue.

Other conclusory assertions of the 12 declarants supporting early class notice are just as weightless.   They are, in order of their verbatim recitation in each pre-printed declaration:

- All hourly-paid 1st and 2nd processing employees perform work that "is similar in nature regardless of employees' titles,

---

[37] See note 6.  When we complete bankruptcy checks of all Enterprise claimants, we expect that this number will be commensurately larger.

[38] Indeed, if the so-called "Collective Action Representatives" are so dissimilarly situated from one another, then it is difficult to comprehend how they could be similarly situated to any defined class of Enterprise employees they might seek to represent.

supervisor or department," Docs. 50-4 and 50-5, every Declaration, ¶ 5;

- The hours worked of all 1st and 2nd processing employees "are recorded under a system known as line time, master time, master key, gang time, etc.," Docs. 50-4 and 50-5, every Declaration, ¶ 7;

- As a result, the declarant was always paid for less than all hours worked, and was not paid FLSA-mandated overtime when the missed minutes exceeded the 40 hour weekly overtime threshold; Docs. 50-4 and 50-5, every Declaration, ¶ 8; and

- "[N]umerous co-employees" worked the same hours and were paid the same way; Docs. 50-4 and 50-5, every Declaration, ¶ 9.

No declarant acknowledges or addresses any of the material distinctions described above and none admits to having received personal time pay, even though all of them received it.[39] Such declarations are no different than lawyer pleading, and carry as little weight. *See, e.g., West*, 2006 WL 1892527, at *9 (Denying *conditional* class certification, noting the "individualized nature of the alleged violations, along with the absence of evidence to support the Plaintiffs'

---

[39] See Exhibit 4. Wayne Farms does not contend that the 12 declarants have no relevant knowledge, only that they have not offered it in their declarations here, for which they are not to blame. It appears that these declarations, like the motion they are intended to support, were drafted in general, conclusory terms so that the same forms could be used over and over again to support class notice issuance in all of their counsel's 18 pending FLSA collective actions, changing only the defendant names and declarant signatures. Compare Plaintiffs' motion and declarations here with the corresponding filings in *Belue v. Wayne Farms LLC*, N.D. Ala. 4:06-CV-2095, Doc. 28, filed February 20, 2007, in *Benford v. Pilgrim's Pride Corp.*, N.D. Ala. 5:06-CV-02337, Docs. 22-1, 22-4, filed February 13, 2007, in *Carlisle v. Gold Kist, Inc.* N. D. Ala. 4:06-CV-01982-CLS, Docs. 22-1 and 22-2, filed March 2, 2007, in *Atchison v. Gold Kist, Inc.*, N. D. Ala. 4:06-CV-01983, Docs. 21-1 and 21-2, filed March 2, 2007, in *Bolden v. Wayne Farms LLC*, N.D. Ala. 5:06-CV-2096, Doc. 33, Ex. 1, filed February 19, 2007, and in *Adams v. Wayne Farms LLC*, M.D. Ala. 1:06-CV-0950, Doc. 50, Ex. 2, filed March 9, 2007.

*conclusory assertion of widespread violations. . . ."*) (emphasis added); *Dudley v. Texas Waste Sys., Inc.*, 2005 WL 1140605, at *2 (W.D. Tex. May 16, 2005) (holding complaint and affidavits containing unsupported allegations of improper lunch break adjustments insufficient); *Harper v. Lovett's Buffet, Inc.*, 185 F.R.D. 358, 363 (M.D. Ala. 1999) ("On the basis of evidence supporting possible FLSA violations at one restaurant and *unsupported allegations of widespread wrongdoing* at Defendant's other restaurants . . . [the court cannot] find these individuals to be 'similarly situated' . . . or allow even the conditional class certification or provision of notice to such a huge, diverse class.").

Unlike the Plaintiffs' boilerplate declarations, the evidence to establish such claims would be factually distinct for each job classification and shift, if not each employee. *See, e.g., Ray v. Motel 6 Operating Ltd. Partnership*, 1996 WL 938231, at *5 (Noting the "significant manageability problems inherent in a trial of 1,000 plus individuals."). In a very similar case, one district court explained why the plaintiffs and putative class could not be similarly situated:

> Unlike the Plaintiffs' first claim, alleging failure to pay overtime wages for scheduled hours worked in excess of 40 in a single workweek, the "off-the-clock" claim does not involve regularly scheduled time that is worked by all members of the class. Rather, each of the Plaintiffs may potentially claim that on any given day he or she arrived early or departed outside of their regularly scheduled hours and were not compensated for such. The circumstances of those individual claims potentially vary too widely to conclude that in regard to their "off-the-clock" claim, the Plaintiffs are similarly situated. The questions of fact will likely differ for each Plaintiff and

178488.1

23

> will be unduly burdensome to both Defendant and to the Court in managing as a collective claim.

*Lawrence v. City of Philadelphia*, 2004 WL 945139, at *2 (E.D. Pa. April 29, 2004). *See also West*, 2006 WL 1892527, at *8 (Noting that "Courts from other jurisdictions have determined that where an 'off-the-clock' claim requires significant individual considerations, it may be inappropriate for *conditional* certification.") (emphasis added); *Diaz v. Electronics Boutique of America*, 2005 WL 2654270, at *5 (W.D.N.Y. Oct. 17, 2005) (Noting that plaintiff's "'off-the-clock' claims require an examination by the Court of when he was scheduled to work, when he actually worked, whether he was paid for such and whether Ostrander altered his timesheets and, then, the Court would have to conduct the same inquiry as to each other class member.").

The numerous individualized factual disputes outlined above, which go to the heart of whether the FLSA was even violated, make collective treatment inappropriate. *Diaz*, 2005 WL 2654270, at *5 (Noting that plaintiff's off-the-clock allegations, including that his timesheets were altered, "are too individualized to warrant collective action treatment."). Stated differently, "litigating this case as a collective action would be anything but efficient." *Morisky v. Public Service Electric & Gas Co.*, 111 F. Supp. 2d 493, 499 (D.N.J. 2000).[40]

---

[40]Wayne Farms anticipates that Plaintiffs will argue that any individual differences among class members do not render collective treatment inappropriate because these differences

It would be a waste of this Court's time to issue class notice, manage discovery of hundreds or perhaps thousands of opt-in plaintiffs, only to find that they—like the 40 plaintiffs already here—represent vastly diverse claims and circumstances. *See, e.g., Freeman v. Wal-Mart*, 256 F.Supp.2d 941, 945 (W.D. Ark. 2003). Indeed, in recent years many courts have certified overly broad classes of FLSA plaintiffs too soon, only to have to decertify them later. To cite only a few examples:

- The more than 5,000 plaintiffs recruited in *Fox v. Tyson Foods*, No. 4:99-CV-1612-VEH (N.D. Ala.), yielded approximately 5,000 dismissals without prejudice, the transfer of seven separate, materially dissimilar actions to other judicial districts across the United States, and the setting of three separate jury trials in the home venue, expected to last four days each (Doc. No. 601, 602, 612, 613);

- The 2,470 opt-in class members recruited through court-supervised notice in *Brown v. Dolgencorp*, No. 7:02-CV-00673-UWC (N.D. Ala.) resulted in the dismissal of 2,450 claims and the settlement of 12 others (Doc. Nos. 703, 707), followed by two more lawsuits and the re-filing of more than 2,400 individual claims, each of which are to be tried separately. *See Richter v. Dolgencorp*, No. 7:06-CV-01537-

---

would merely go to the issue of damages. However, individualized questions of damages also render an FLSA action inappropriate for collective treatment. *See, e.g., Brown v. Dolgencorp*, N.D. Ala. No. 7:02-CV-00673-UWC (Doc. No. 707) (decertifying store managers' FLSA collective action because "The named plaintiffs cannot establish that they and the opt-in plaintiffs are similarly situated with respect to damages."); *England*, 370 F. Supp. 2d at 511 ("If liability is found, damages would necessarily require a case-by-case inquiry, thereby rendering it impossible to try this case as a collective class."); *Sheffield*, 211 F.R.D. at 413 ("[A] collective action certified on the facts presented thus far would be mired in particularized determinations of liability *and damages*, rather than collective consideration of common questions of law and fact.") (emphasis added).

LSC (N.D. Ala.); *Gray v. Dolgencorp*, 7:06-CV-1538-LSC (N.D. Ala.);

- The 2,157 opt-in plaintiff class members recruited through court-supervised notice in *Anderson v. Cagle's, Inc.*, No. 1:00-CV-00166-WLS (M.D. Ga.) yielded 2,145 dismissals and 12 separate, materially dissimilar actions (Doc. No. 186); and

- The 261 opt-in plaintiffs from 13 states recruited through court-supervised notice in *Smith v. Heartland Auto. Services, Inc., d/b/a Jiffy Lube*, No. 0:04-CV-1403-RHK (D. Md.), resulted in 254 dismissals, litigation and settlement of seven separate actions in the home venue, and 232 individual claims in 13 other courts (Doc. Nos. 277, 450).

Despite the likelihood of a similar outcome here, Plaintiffs admit that they would rather solicit the entire Enterprise hourly workforce first, and put Wayne Farms to the expense of later clean-up. (*See* Doc. 50-1 at 4 and fn. 3.)

In summary, collective action proceedings make judicial management sense if and only if the named plaintiffs are truly representative of the plaintiffs they seek to represent—in other words, only if it is fair to infer all facts relevant to the claims of plaintiffs 2-200 from evidence about the claim of plaintiff 1, for example. Only the strength of that inference justifies depriving the parties of the right to take discovery and to present trial evidence about each individual claim. If that inference is not fair, then the Court will face three bad alternatives: (1) deprive the parties of due process; (2) allow that individual discovery and proof, leading to a ball of confusion at trial, and probably before trial; (3) sever all dissimilar claims and dismiss all meritless claims after much wasted discovery and motion expense.

As discussed immediately below, it may be appropriate to give notice of opt-in rights to "some" Enterprise employees. But clearly, "not all."

C.    Some

That Plaintiffs have asked too early for too much does not compel the conclusion that they are entitled to nothing, ever. When the Court has before it all of the more than 40 Enterprise claimants who have sued so far, Wayne Farms suspects, if the Court finds that some notice is worthwhile, it will have a discovery record that is likely to support notice issuance to some people who have not yet asserted a claim against Wayne Farms arising from *IBP, Inc. v. Alvarez*, 546 U.S. 21 (2005), and who share the following attributes with some of the current Plaintiffs:

- hourly-paid, non-exempt, knife-wielding debone line workers;

- employed at the Enterprise plant for at least one work week in the relevant limitations period;

- who, in at least one work week in the relevant limitations period, have had recorded hours worked of at least 39.50 hours (not counting personal time minutes);

- who, during the entire, relevant limitations period—

  - have had their paid start time and their paid stop time recorded by master card swipes;

  - have received six minutes per day personal time compensation;

- ■ have been required by Wayne Farms to wear while working cut-resistant PPE that must be donned and doffed at work, in addition to a smock, hair net, beard net and ear plugs;

- ■ have had a regularly-scheduled unpaid breaks of 45 minutes each regular shift;

- ■ have used the main employee break room for gathering before the shift and during those unpaid breaks;

- whose claims are not, in whole or in part, the exclusive property of a bankruptcy trustee or barred by preclusive effect of the *Scott* settlement; and,

- who did not fail to disclose, in a relevant bankruptcy proceeding, the existence of a timely, accrued claim as a personal asset.

Any employees thus situated who file consents to sue, through chosen counsel, by a Court-ordered deadline, should form a manageable class.

Knife-wielding debone laborers have the greatest requirements for job-specific clothing and PPE, including forearm guards, cut resistant gloves, etc. Limiting the class to them avoids the necessity to draw the line – left fuzzy by *Alvarez* – between a donning and doffing burden that constitutes "work" and a minimal burden that does not. They work in close proximity to one another and take similar walking paths to and from the same break room during unpaid breaks. All are paid for the hours recorded by their lines' master card, plus six minutes per day "personal time."

A more expansive class scope, as proposed by Plaintiffs, will require litigation, for example, of whether a live hanger who is not even required to wear a

178483.1

28

smock performs FLSA "work" when he chooses to wear one as a matter of personal preference. It will require the Court to decide in certification or decertification proceedings, or both, whose walking time to and from one of two break rooms is representative of which others' walking time and how to draw that line without doing a time study. There will be other knotty problems that can be avoided by soliciting for class treatment only knife-wielding debone laborers. If present plaintiffs not within this scope want to litigate separately their individual claims, they may do so, but class notice should be limited to people who fairly may proceed collectively, and only claims relating to work weeks in those jobs should be treated collectively.

For the same reason, the Court should limit solicitation to those who are not subject to Wayne Farms' res judicata, bankruptcy standing, or estoppel defenses. There would seem to be no point in soliciting debtors whose claims, in whole or substantial part, belong to a bankruptcy trustee or are barred by this Court's prior judgment or by failure to disclose them in a current or recent bankruptcy case. Litigation of those issues will be unavoidably individual.

If this case is to test the adequacy of Wayne Farms' personal time compensation policy for non-excludable donning, doffing, and walking time under *Alvarez* in one proceeding, then the aforementioned common attributes must be present. Wayne Farms considers class notice needless in this case, but will not

otherwise oppose the issuance of class notice, at the appropriate time, to an appropriately defined set of individuals. But Plaintiffs' proposal for collective proceedings for all of Wayne Farms' hourly Enterprise processing employees— and potentially sanitation, shipping, and maintenance workers too, judging by the employees who have filed consents up to now—is simply not workable.

      D.    Soon

Wayne Farms maintains that class notice should not be entertained until each Enterprise plaintiff is litigating in only one court, preferably consolidated in one action, having chosen one attorney. Part of this will happen soon.

On March 22, 2007, Judge Keith Starrett entered in the *Agee* case an order transferring all 200 Enterprise claimants to this District and Division.[41] As soon as the transferred plaintiffs are assigned a docket number in this Court, Wayne Farms will move for consolidation of the cases and for appointment of lead Plaintiffs' counsel, so that each side will have lead counsel to coordinate and to dispute all pretrial matters. That is all the delay Wayne Farms considers necessary.

Wayne requests only that class notice proceedings be temporarily stayed, in keeping with this Court's admonition that counsel in the FLSA cases against Wayne Farms should try to keep all cases proceeding concurrently, so as to facilitate possible consolidation of pretrial proceedings before one judge. If

---

[41] *Agee v. Wayne Farms LLC*, S.D. Miss. 2:06cv0268, Doc. 42 .

178488.1

Plaintiffs cooperate with the discovery served on them March 2, 2007, then <u>by</u> <u>May 1, 2007</u> there should be a record adequate to support or refute the sorts of inferences discussed in Section III-B of this Response, leading, Wayne Farms suspects, to a class notice in each case very much like the sample notice that Wayne Farms offers here.

### E.    Neutrally

If and when that time arrives, then "[i]n exercising the discretionary authority to oversee the notice-giving process, courts must be scrupulous to respect judicial neutrality. To that end, trial courts must take care to avoid even the appearance of judicial endorsement of the merits of the action." *Hoffmann-La Roche Inc. v. Sperling*, 493 U.S. 165, 174, 110 S.Ct. 482, 107 L.Ed.2d 480 (1989). It is the province of the Court to ensure that the class notice is appropriate—that it does not unduly stir up litigation, that it is factual and not misleading, and that it does not bear the implicit endorsement of the Court. *See, e.g., Austin v. Cuna Mutual Insurance Society*, 232 F.R.D. 601, 607-08 (W.D. Wis. 2006); *Krueger v. New York Telephone Co.*, 1993 WL 276058 (S.D.N.Y. 1993) (specifying appropriate contents of notice).

Twelve Plaintiffs have sworn to the Court that no more of their co-workers have joined because of an alleged claim suppression campaign waged by Wayne

178488.1

Farms.[42]  If Wayne Farms had done that, it would have to be judged a spectacular

failure, given the more than 40 Enterprise claimants here and about to be here.  A

more plausible explanation is that many of the union-represented employees who

have not sued know and accept the deal they bargained for, know what the *Scott*

plaintiffs got,[43] and don't think that this do-over will be worth their time and

trouble.  That opinion probably would not be changed by receipt of a lawyer's

neutral notice of the case and relevant rights.  But something that looks official and

sounds encouraging might cause the same people to think, wrongly, that there is

quick, easy money on the table.  The Court should have no part of that sort of

solicitation.  Nor should the Court issue a class notice that names only one of two

competing groups of lawyers representing members of the same local work force.

1.    Objections to Plaintiffs' Proposed Notice

Wayne Farms objects to some things that are in the proposed notice and to

the omission of other things.  First, the Court's name should be removed from the

masthead of the document.  Captioning the document as an official "court

document" gives the false impression that the notice comes from or is endorsed by

the Court, and/or that the case has merit.  *See, e.g., Flores v. Lifeway Foods, Inc.*,

---

[42] Related discovery was served March 2, seeking Plaintiffs' personal knowledge of such facts.

[43] *Bertha Scott, et al. v. Wayne Farms, LLC, Continental Grain Go.*, No. 2:05-CV80-MEF (M.D. Ala. (settlement of similar claims at Wayne Farms Union Springs facility).

178488.1

32

289 F.Supp. 2d 1042, 1046-47 (N.D. Ill. 2003) (refusing to approve notice that included the court and case caption).

Wayne Farms believes these passages encourage undue optimism about the prospects for recovery:

> *"who were not fully paid regular time or overtime for required . . .";*

This implies a judicial finding that pay was due for each of the activities listed;

> *"the time it takes to clear security and the walk time thereafter . . . and time spent walking to and clearing security at the end of the day;"*

This suggests that walking time to and from the plant entrance is "work" under the FLSA, an argument clearly rejected in the Supreme Court case on which Plaintiffs base this suit, *IBP, Inc. v. Alvarez*, 546 U.S. 21, 126 S.Ct. 514, 524, 527, 163 L.Ed.2d 288 (2005); *see also* note 23, *infra*;

> *"to assert their similar legal rights;"*

This suggests that the recipient has the same rights to compensation, not just that Plaintiffs contend that they have such rights;

> *"The Court has not yet decided whether Defendant has done anything wrong;"*

Compare this with, "The Court has not decided whether the Plaintiffs have the rights they claim."

Other parts of Plaintiffs' proposed form of notice provide only one-sided information to potential opt-ins. For example:

*"However, you have a choice to assert your legal rights in this case;"*

The false dichotomy presented is that one may assert her rights by joining the suit or do nothing; the truth is that one may sue now in this Court, through the present Plaintiffs' lawyers, sue now in this Court through *Agee* plaintiffs' lawyers, pursue the matter through one's union now, do one of those things later, or do nothing.

*"If money or benefits are later awarded in this case, you will not share in them;"*

Again, only part of the truth is told. Plaintiffs' form does not discuss the converse situation wherein if the recipient "does nothing," and the collective action is lost on the merits, then the recipient can still sue Wayne Farms. And, if the notice recipient recovers in a separate case or through the union, that recovery need not be shared with those associated with this case; and

*By "opting in," you gain the possibility of receiving money or benefits that may result from a trial or settlement.*

This is misleading, in that opt-ins don't "gain [any] possibility" of recovery that they did not already have, and no such "possibility" is lost by choosing not to opt in. And again, only half the truth is told: if the Plaintiffs lose this case, then everyone who "opted in" loses too.

Wayne Farms also objects that the proposed notice solicits retaliation complaints, even though the First Amended Complaint contains no claim of retaliation and no credible evidence of retaliation has been offered.

Finally, Plaintiffs' notice tells recipients who want to join this suit to return the consent form by a date certain, but does not say whether that is a date set for convenience of counsel or a date by which the Court has ordered that all consents must be filed with the Court. Our sample notice eliminates that ambiguity.

### 2.    Wayne Farms' Sample Notice

Wayne Farms' sample notice, Exhibit 1, clearly distinguishes the Plaintiffs' claims from the statement of class scope. It clearly says that the Court has not made and will not soon make any ruling on the claims or defenses. Looking forward to consolidation of all Enterprise claimants in this case, our notice provides contact information for both groups of plaintiff counsel retained by Enterprise employees, as well as for their labor union representative. The notice also clearly discloses both relevant cut-off dates—the statute of limitations and the consent filing deadline. When the time and class scope are right, the Court should supervise issuance of this sort of truly neutral notice to prospective plaintiffs.

### 3.    A Modest Proposal

Rather than decide disputes on their own, however, some courts have found it beneficial for the parties' counsel to meet, confer, and narrow their disputes with

178488.1

regard to the form and content of the class notice. *See, e.g., Hoffmann-LaRoche*, 493 U.S. at 172 ("Both the parties and the court benefit from settling disputes about the content of the notice before it is distributed."); *Pivonka v. Johnson County Bd. of Comm'rs*, 10 WH Cas. 2d 1345 (D. Kan. 2005); *Camp v. The Progressive Corp.*, 2002 WL 31496661 at *6, 8 WH Cas. 2d 477 (E.D. La. 2002); *Krueger, supra*, at *3. Wayne Farms endorses this approach, which is in accord with modern federal court practice. If the Court is inclined to authorize class notice and does not accept Wayne Farms' sample form of class notice, then Wayne Farms requests that this Court order all counsel—including *all* counsel who purport to represent any plaintiff(s) in this case—to meet in person and attempt to hash out a jointly proposed form of class notice.[44] The court should direct counsel for the Plaintiffs to file the class notice incorporating the parties' agreements within 30 days, then permit Defendant a reasonable period of time (*e.g.*, 10 days) in which to file its objections, if any, to the proposed notice.

## IV. CONCLUSION

Plaintiffs' counsel invite the Court to make a big mess bigger, by helping them solicit the remaining prospective Enterprise plaintiffs before other lawyers arrive here with their transferred clients, thus risking duplicate, conflicting, class litigation involving many people who have no FLSA claim and many others who

---

[44] Yet another reason to begin class notice proceedings only after all Enterprise claimants and their counsel are before one Court.

have, at best, very different claims. Plaintiffs' motion is due to be denied without prejudice because it is premature and because the scope of a judicially economical class cannot be determined without reasonable discovery of the Plaintiffs or, alternatively, with prejudice because the proposed class is vastly overbroad.

WHEREFORE, Wayne Farms prays that the Motion (Doc. No. 50-1) will be denied.

Respectfully submitted this the 30th day of April, 2007.

s/Dorman Walker
One of counsel for Defendant

OF COUNSEL:

Dorman Walker (WAL086)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101
334/269-3138
334/269-3115 (fax)
Lisa J. Sharp (SHA035)
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201
205/251-8100
205/488-5708 (fax)

R. Pepper Crutcher
Balch & Bingham LLP
401 East Capitol Street
Suite 200
Jackson, MS 39201
601/961-9900
601/961-4466 (fax)

178488.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Lance H. Swanner
Samuel A. Cherry, Jr.
Cochran, Cherry, Givens, Smith, Lane & Taylor, P.C.
Post Office Box 927
Dothan, Alabama 36301

Robert J. Camp
Bernard D. Nomberg
The Cochran Firm, P.C.
505 North 20th Street, Suite 825
Birmingham, AL 35203

Richard Celler
Morgan & Morgan PA
284 S. University Drive
Ft. Lauderdale, FL 33324

s/Dorman Walker
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL ADAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:06-CV-00950-MEF |
| | ) | |
| WAYNE FARMS LLC, etc., | ) | |
| | ) | |
| Defendant. | ) | |

RESPONSE TO PLAINTIFFS' MOTION FOR
AN ORDER PERMITTING COURT SUPERVISED NOTICE
TO EMPLOYEES OF THEIR OPT-IN RIGHTS (Doc. 50-1)

EXHIBIT 1

Sample Neutral Notice (Ex. 1A)

Including Sample

Consent to Sue (Ex. 1B)

# NOTICE OF LAWSUIT

***Samuel Adams, et al. v. Wayne Farms LLC***
**M.D. Ala. Civil Action 1:06-CV-00950-MEF**

Samuel Adams and other persons who claim to have been employed at the Enterprise plant of Wayne Farms LLC have filed in the United States District Court for the Middle District of Alabama a lawsuit against Wayne Farms LLC. In this suit, they seek to recover compensation for some undetermined number of daily minutes that they say that Wayne Farms failed to count when calculating their weekly pay. These are minutes that they say they spent donning and doffing job-related clothing and personal protective equipment (PPE) and walking to and from their work stations before paid time began and after paid time ended.

You are receiving this notice because the Plaintiffs and Wayne Farms have determined that you might have worked in one of these jobs for at least one week since March 1, 2004. The jobs in question are:

- hourly-paid, non-exempt, knife-wielding debone line workers;

- employed at the Enterprise plant for at least one work week in the relevant limitations period;

- who, in at least one work week in the relevant limitations period, have had recorded hours worked of at least 39.50 hours (not counting personal time minutes);

179506.1



EXHIBIT
1 A

- who, during the entire, relevant limitations period—

  - have had their paid start time and their paid stop time recorded by master card swipes;

  - have received six minutes per day personal time compensation;

  - have been required by Wayne Farms to wear while working cut-resistant PPE that must be donned and doffed at work, in addition to a smock, hair net, beard net and ear plugs;

  - have had regularly-scheduled unpaid breaks of 30 and 35 minutes each regular shift;

  - have used the main employee break room for gathering before the shift and during those unpaid breaks.

If you have worked in a job just described for at least one week since March 1, 2004, you may have certain rights described below.

The Court hearing this case has made no determination about the merit of Plaintiffs' claims or about any defenses Wayne Farms has asserted. The parties anticipate that it will take some number of months, yet undetermined, to resolve those claims and defenses. However, the Court has set a deadline by which you, and others who held jobs described above, must inform the Court in writing, if you want to join the suit. This deadline is _____ ___, 2007.

You may join the suit by completing the Consent to Sue form attached to this notice and returning it to one of the counsel listed at the end of this notice.

You must do this early enough to give the lawyer you choose the ability to file your Consent with the Court by the deadline date. Contact information for both counsel for Plaintiffs in this case appears at the end of this notice, as well as contact information for your union representative. You are free to contact, or not contact, any or all of them before you make your decision.

If you believe that you have a claim similar to the ones asserted in this lawsuit and you wish to assert that claim, you may do so by joining this action or by filing a separate action, either now or at some other time. If you want to raise this matter under the collective bargaining agreement covering your present or former employment with Wayne Farms, you must do that through your union representative.

There is an applicable statute of limitations for claims of the sort asserted in this suit. The parties disagree about whether it is two or three years. If you fail to join or file an action under the Fair Labor Standards Act within the applicable limitation period, you may not be able to recover for short paychecks, if any, that were issued to you longer ago than the limitations period allows.

Please remember, if you want to join this suit, you must deliver your written consent, on the form attached, to one of the lawyers listed below, in time for that lawyer to file your written Consent with the Court by the _____ _____, 2007 deadline. Here is the contact information for the persons identified in this notice:

Robert Camp
505 North 20th Street, Suite 825
Birmingham, Al 35203
(205) 930-6900

William S. Hommel, Jr.
3304 South Broadway Avenue
Tyler, Texas 75701-7818
(903) 596-7100

Henry Jenkins
President, RWDSU Alabama Mid-South Council
1901 10th Ave. South
Birmingham, AL 35205
(205) 322-7462

# CONSENT TO SUE

### *Samuel Adams, et al. v. Wayne Farms LLC*
### M.D. Ala. Civil Action 1:06-CV-00950-MEF

I, _____, am an adult resident of _____, _____. During at least one work week since March, 1, 2004, I have been employed at Wayne Farms' Enterprise, live chicken processing plant in Enterprise, Alabama, in a job described below:

- hourly-paid, non-exempt, knife-wielding debone line workers;

- employed at the Enterprise plant for at least one work week in the relevant limitations period;

- who, in at least one work week in the relevant limitations period, have had recorded hours worked of at least 39.50 hours (not counting personal time minutes);

- who, during the entire, relevant limitations period—

  - have had their paid start time and their paid stop time recorded by master card swipes;

  - have received six minutes per day personal time compensation;

  - have been required by Wayne Farms to wear while working cut-resistant PPE that must be donned and doffed at work, in addition to a smock, hair net, beard net and ear plugs;

  - have had regularly-scheduled unpaid breaks of 30 and 35 minutes each regular shift;

  - have used the main employee break room for gathering before the shift and during those unpaid breaks.



EXHIBIT

1 β

I authorize counsel selected below to file this consent with the United States District Court for the Middle District of Alabama, to join me as a plaintiff in this suit, understanding that my consent must be filed with the Court on or before _____, 2007 in order for me to participate as a plaintiff in this action.  I choose the following counsel to represent me in this action (check only one):

☐        William S. Hommel, Jr.
          3304 South Broadway Avenue
          Tyler, Texas 75701-7818
          (903) 596-7100

☐        Robert Camp
          505 North 20th Street, Suite 825
          Birmingham, Al 35203
          (205) 930-6900


_____
Name


_____
Signature


_____
Date


_____
Last four digits of Social Security Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

SAMUEL ADAMS, et al.,　　　　　　　）
　　　　　　　　　　　　　　　　　　　）
　　　　Plaintiffs,　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　）
vs.　　　　　　　　　　　　　　　　　）　　　CASE NO. 1:06-CV-00950-MEF
　　　　　　　　　　　　　　　　　　　）
WAYNE FARMS LLC, etc.,　　　　　　　）
　　　　　　　　　　　　　　　　　　　）
　　　　Defendant.　　　　　　　　　　）

RESPONSE TO PLAINTIFFS' MOTION FOR
AN ORDER PERMITTING COURT SUPERVISED NOTICE
TO EMPLOYEES OF THEIR OPT-IN RIGHTS (Doc. 50-1)

EXHIBIT 2

Declaration of Bert Willingham

# DECLARATION OF BERT WILLINGHAM

I, Bert Willingham, am an adult United States citizen residing in the State of Alabama. I am employed by Wayne Farms LLC as the Area Human Resources Manager for, among others, Wayne Farms' Enterprise, Alabama live chicken processing plant.   I have personal knowledge of each fact stated in this declaration.

At the present time, at least 7 different methods of recording hours worked apply to people who work in hourly paid, nonexempt, first and second processing jobs at the Enterprise plant. There are two different entrances to the plant for these employees from the parking lot. Wayne Farms provides two different break rooms for these employees to use, and provides 17 different places for clothing and personal protective equipment pick up and drop off for these employees to use. For these employees, Wayne Farms has nineteen different combinations of required, job-specific clothing and personal protective equipment.

The hourly paid, nonexempt, non-supervisory employees of Wayne Farms' Enterprise plant are represented by the RWDSU. The wages, hours and working conditions are determined by collective bargaining with that union, and their bargaining results are set forth in periodic collective bargaining agreements between Wayne Farms and the RWDSU. Those bargaining agreements provide for arbitration of grievances. The 2006-2009 agreement (submitted with this Declaration) was the first CBA to spell out this plant's long time practice of paying six minutes of daily "personal time" to people whose hours worked are recorded on a master time card for the line on which they work.

Although management of the Enterprise plant may temporarily reassign employees to jobs within the same department, for example, due to job rotation for economic reasons or to fill positions vacated by absent employees, employees are not moved between departments involuntarily, as a general rule. It happens, but rarely. A debone line worker, for example, might be moved to a different position on the same debone line or to another debone line, or a debone line worker may be moved to aging or leg processing due to temporary staffing and work flow imbalances. As a general rule, however, these moves are not routine, as the skills and requirements of those jobs are not interchangeable.

I declare under perjury that the foregoing is true and correct. Executed this 12th day of April, 2007.

Wayne Farms, LLC

By: _Bert Willingham_
_____
Bert Willingham
Its: _Area Human Resources Manager_

Sworn to and subscribed before me on this the 18th day of April, 2007.

_Joan Michelle Ball_
_____
NOTARY PUBLIC
My Commission Expires: 12-08-2008

ENT005420

1

# AGREEMENT

Between

## WAYNE FARMS LLC
Jack, Alabama

And

# ALABAMA MIDSOUTH COUNCIL OF THE RETAIL WHOLESALE AND DEPARTMENT STORE UNION

Effective

November 5, 2006

To

October 31, 2009



**EXHIBIT**

Willingham Affid.

ENT005421

2

## TABLE OF CONTENTS

| Article | | | Page |
|---|---|---|---|
| Agreement | | | 3 |
| Witnesseth | | | 3 |
| Article I | – | Recognition | 3 |
| Article II | – | Check-Off | 3 |
| Article III | – | Management Rights | 4 |
| Article IV | – | Non-Discrimination | 4 |
| Article V | – | Hours of Work | 5 |
| Article VI | – | Seniority, Layoff, and Recall | 6 |
| Article VII | – | Grievance Procedure | 8 |
| Article VIII | – | Arbitration | 10 |
| Article IX | – | No Strikes or Lockout | 10 |
| Article X | – | Wage Rates Description | 11 |
| Article XI | – | Vacations | 12 |
| Article XII | – | Holidays | 12 |
| Article XIII | – | Leave of Absence | 13 |
| Article XIV | – | Supplies | 14 |
| Article XV | – | Military Service | 14 |
| Article XVI | – | Union Notices | 14 |
| Article XVII | – | Union Representation | 14 |
| Article XVIII | – | Safety and Health | 15 |
| Article XIX | – | Funeral Pay | 15 |
| Article XX | – | Jury Duty | 16 |
| Article XXI | – | Scope of Agreement | 16 |
| Article XXII | – | General | 17 |
| Article XXIII | – | Term of Agreement | 17 |
| Exhibit "A" | – | Wage Rate Schedule | 19 |
| Exhibit "B" | – | Group Insurance Benefits | 21 |
| Exhibit "C" | – | Retirement Income Plan | 24 |
| Exhibit "D" | – | Dental Insurance | 25 |

ENT005422

3

## AGREEMENT

THIS AGREEMENT is made and entered into this **5th day of November, 2006**, by and between Wayne Farms LLC., for its plant located in Jack, Alabama, (hereinafter referred to as the "Company") and the **Alabama Mid South Council** of the Retail, Wholesale and Department Store Union in its own behalf and in behalf of the bargaining unit employees of the Company at its plant in Jack, Alabama (hereinafter referred to as the "Union").

## WITNESSETH

That for the purpose of facilitating a peaceful adjustment of differences that may arise from time to time and for promoting harmony and efficiency so that the employees, the Company and the general public may be mutually benefited, the parties hereto contract and agree with each other as follows:

## ARTICLE 1 - RECOGNITION

**Section 1.1 Recognition of Union as Bargaining Agent.** The Company recognizes the Union as the sole and exclusive bargaining agent with respect to wages, rates of pay, hours of work and other conditions of employment, for those employees in the bargaining unit set forth in section 1.2 immediately below. It is fully understood that this clause is solely a recognition clause and nothing herein shall either be deemed to or shall constitute a guarantee or obligation (explicit or implied) on the part of the Company to continue operations or any portion(s) thereof or as a guarantee of employment to any employee (s). It is further understood that this Agreement relates only to the Company's operation located in Jack, Alabama.

**Section 1.2 Bargaining Unit.** The bargaining Unit covered by this Agreement consists of all regular and full-time hourly processing employees, shipping and receiving employees, sanitation employees, quality assurance employees, lead persons, loader operators and live haul drivers; excluding office clerical employees, cafeteria employees, weigh master, truck shop mechanics, maintenance employees, watchmen, guards, professional employees and supervisors as defined in the National Labor Relations Act, as amended.

The terms "employee and employees" as used in this Agreement refer solely to each employee and all employees of the Company for whom the Union is recognized as the exclusive representative for the purposes of collective bargaining in accordance with this Article.

## ARTICLE II - CHECK OFF

**Section 2.1 Payroll Deductions.** The Company agrees that upon written application duly signed by members of the Union and filed with the Company, it will deduct from the weekly earnings of each member of the Union who signs an authorization card, dues and initiation fees in accordance with such authorization card and remit such monies to the Union. Such deductions are to be made weekly.

ENT005423

4

**Section 2.2 Indemnify and Save the Company Harmless.**  The Union will indemnify and save the Company harmless against any claim, demand, suit, or liability arising out of or by reason of any action taken or not taken by the Company in deducting and remitting such dues and fees.

**Section 2.3 Provision of the Act.**  This article is subject to the applicable provisions of the Labor Management Relations Act.

### ARTICLE III – MANAGEMENT RIGHTS

Except as specifically abridged, delegated, granted or modified by this Agreement, all of the rights, powers, prerogatives and authority the Company had prior to the execution of this Agreement are retained by the Company and remain exclusively within the rights of Management.  There shall be no oral or written agreements which shall in any way modify or conflict with the express terms of this Agreement.

The management of the plant and the direction of the working force, including the right to establish reasonable rules and regulations, right to hire, transfer, promote, suspend or discharge for just cause; the right to maintain discipline, assign and reassign employees to jobs; to transfer employees from department to department; to sub-contract work as it deems appropriate to increase and decrease the working force; to determine the product to be handled, produced or processed; the scheduling of production and the methods, processes and means of production or handling; and to remove employees from duty because of lack of work according to Seniority Layoff and Recall as herein provided; or for other legitimate reasons, is vested exclusively in the Employer, except as otherwise provided in the Agreement and provided that such action by the Employer will not be used for the purpose of discriminating against any employee or the Union.

The Employer reserves the unrestricted right to suspend or curtail the operation of the plant and to discontinue departments in whole or in part whenever in its judgment conditions warrant such suspension, curtailment, or discontinuance.  Insofar as practical, advance notice shall be given to the employees of such action.

### ARTICLE IV – NONDISCRIMINATION

**Section 4.1 Equal Employment Opportunity.**  The Company and the Union agree that there will be no discrimination against any employee because of race, creed, color, age, sex, national origin, disabilities, religion or veteran status in accordance with Federal, State or local civil rights laws; or membership or non membership in the Union.

**Section 4.2 Pronoun.**  Whenever any pronoun herein refers to employees, or whenever the word "man" is used herein as a prefix or suffix to a job classification title, it shall be interpreted and construed to mean male or female of singular or plural number as indicated by the context.

ENT005424

5

**Section 4.3 Union Membership.** The Company agrees not to discriminate, interfere with, restrain or coerce, either directly or through its agent, any employee in the right to form, organize, join or work for the Union. The Union and its members agree not to coerce or intimidate any person and not to solicit any person for membership in the Union on the Company's time.

**Section 4.4 Fair Representation.** The Union recognizes its responsibility as bargaining agent and agrees to fairly represent all employees in the bargaining unit.

### ARTICLE V - HOURS OF WORK

**Section 5.1 Purpose.** The sole purpose of this Article is to provide a basis for the computation of straight time, overtime, and other premium wages, and nothing contained in this Agreement shall be construed as a guarantee or commitment by the Company to any employee of a minimum or maximum number of hours of work. The Company's pay records, practice and procedures shall govern the payment of all wages.

**Section 5.2 Workweek.** The workweek shall consist of seven (7) days beginning on Sunday 10:00 p.m. and ending the following Sunday at 9:59 p.m.

**Section 5.3 Rest and Meal Period.** There will be one thirty (30) minutes unpaid rest break and one (35) minute unpaid meal break.

**Section 5.4 Overtime Rate of Pay.** For all hours actually worked in excess of forty (40) hours in a workweek, an hourly rated job shall be paid at one and one-half times the employee's average straight-time hourly rate for the workweek for all authorized hours worked in one week in excess of forty hours. Overtime shall not be paid for time not worked. Holidays and vacations are considered time not worked. There shall be no pyramiding, compounding or duplication of overtime or premium pay, and an employee shall receive only one (1) overtime or premium payment for the same hours.

**Section 5.5 Reporting Pay.** The Company will guarantee to each employee who reports for work the opportunity to earn the equivalent of three (3) times his hourly rate of pay; provided, he has not been notified not to report, leaves work voluntarily, or work is not available due to acts of God, strikes, or other circumstances beyond the control of the Company.

An hourly paid employee(s) who is recalled to work after he has left the plant premises and before his next normally scheduled reporting time will be guaranteed two (2) times his hourly rate of pay or (2) hours work.

**Section 5.6.** Pursuant to prior discussions which did not result in an agreement on the subject, the Company adopted a custom and practice, effective April 10, 2000, of paying certain employees six minutes per work day for "personal time" and including that time in weekly overtime calculations, even though the pay was recognized to be for hours not worked. Desiring now to formalize this compromise, the parties agree as follows:

6

(a) Each employee who works in a job classification listed in section 5(b) and who performs work on a particular day shall receive additional pay for hours not worked on that workday, equal to six minutes at his or her regular hourly rate of pay. This time, which is recognized to include walking time to and from the line and time normally spent donning and doffing smocks, hair nets, other garments and equipment, need not be separately recorded. However, solely for purposes of this Agreement, the Company will calculate weekly overtime by treating the personal time paid as if it had been pay for hours worked.

(b) Based on the parties' analyses of time required for walking to and from the line, donning and doffing work clothes and PPE, and ancillary tasks, only employees in these classifications are eligible for personal time pay: All employees who are paid from a master card either at the start of the shift, end of shift or both are paid six (6) minutes per shift. The Company at its sole discretion may terminate this section with thirty (30) days written notice to the Union.

## ARTICLE VI - SENIORITY, LAYOFF, AND RECALL

**Section 6.1 Trial Period.** A new employee or an employee hired after a break in continuity service will be regarded as a trial employee for the first sixty (60) calendar days and will not acquire any seniority or any rights or coverage under this Agreement until the employee has completed the trial period and any extension thereof. The Company and the Union may agree to extend the Trial Period up to an additional sixty (60) calendar days. During this period, the employee may be discharged without recourse to the grievance and arbitration procedures.

**Section 6.2 Accumulation of Seniority.** Employees who are retained after the trial period will accumulate seniority from the employee's last day of hire, including layoffs of less than six (6) consecutive months.

**Section 6.3 Termination of Seniority.** An employee's continuous service will be considered terminated and his name removed from the seniority roster if the employee:

    (a)    quits

    (b)    is discharged for just cause;

    (c)    fails to call in for **three (3)** consecutive work days, which will be considered a voluntary quit.

    (d)    fails to report to work within two (2) days of the expiration of a leave of absence, which will be considered a voluntary quit.

    (e)    is on layoff or otherwise performs no work for the Company for more than six-months;

    (f)    accepts another job while on leave of absence of which conflicts with employment by the Company;

    (g)    does not report for work within two (2) working days after being recalled from layoff,

(h)     is on an authorized Leave of Absence for greater than six (6) consecutive months or eighteen (18) consecutive months in cases of industrial illnesses or injuries;

(i)     permanent shutdown of the plant.

In addition to the foregoing, any employee will lose his seniority where so provided by another provision of this contract.

**Section 6.4 Premium Vacancies.** If a regular full time premium vacancy occurs or a new job is created in a premium job **classification, it will be filled in the following** manner:

The job to be filled will be posted for three (3) working days. During this time, any employee may bid for another job classification. If more than one employee bids for the job, preference will be given based on Factors A, B, C, D and E listed below. Only when factors A, B, C and D are judged by management to be relatively equal will Factor E listed below be considered:

A.   Performance and experience on posted job;

B.   Skill and ability to perform the posted work;

C.   Work record;

D.   Attendance record;

E.   Seniority

Employees who are successful bidders on any job vacancy shall not be allowed to bid on any other job vacancy for a period of six months from the date they are, assigned to the bid job.

If there are not employees in the plant who in the opinion of the Company are qualified to perform the work, the Company may hire a new employee to fill the new or vacant job.

**Section 6.5 Change of Shift Openings.** The parties recognize the need to maintain a stable work force while at the same time extending a limited opportunity for employees to move between shifts. The Company therefore agrees that if a job opening develops on a different shift from where the employee is assigned the Company will make available no more than three jobs per month. Job postings will not count towards the three jobs per month.

In order to qualify for a shift change transfer the employee must have six months seniority, be an employee of good standing (not on final written warning), complete a transfer request form, and be applying for a like position. Employees will be considered on a first come basis from a transfer request list. Seniority will apply if two employees request a transfer on the same day and have like qualifications.

**Section 6.6 Transferred Out of the Bargaining Unit.** Employees who are promoted or transferred out of the bargaining unit to a position not covered by Collective Bargaining Agreement shall retain the seniority they have accumulated up to the time of transfer and shall continue to accumulate seniority after they have transferred out of the bargaining unit for a period of six (6) months. Upon their transfer back into the bargaining unit they shall be given

ENT005427

8

credit for their accumulated seniority, including the time spent out of the bargaining unit. Persons transferred out of the bargaining unit shall not lose their seniority or be deprived of their right to utilize it upon their being returned to the bargaining unit.

**Section 6.7 Layoff and Recall Long Term.** In all cases of long-term layoff (decrease in work force expected by management to last more than sixty (60) plant working days or recall after long-term layoff, Factors A, B, C, D and E listed below shall be considered to determine the order of layoff and recall. Only when factors A, B, C and D are relatively equal shall Factor E (seniority) be considered.

Factors

A. Performance and experience on the available job;

B. Skill and ability to perform the available job;

C. Work record;

D. Attendance record;

E. Seniority.

**Section 6.8 Layoff and Recall Temporary.** In all cases of temporary layoffs, (decrease in work force expected by management to last sixty (60) plant working days or less), the determination of the order of layoff and recall shall be in the discretion of the Company.

**Section 6.9 Seniority List.** A dated seniority list shall be maintained and accessible to the employees every six (6) months. A copy shall be sent to the Union.

### ARTICLE VII – GRIEVANCE PROCEDURE

**Section 7.1 Definition.** For the purpose of this Agreement, a grievance is defined as any dispute, misunderstanding, or difference arising between the parties concerning the meaning, interpretation, or the application of the specific terms or provisions of this Agreement.

Grievances not presented to the Company in strict keeping with the time limits specified shall be deemed to have been abandoned and may not thereafter be raised except by mutual consent in writing of the parties.

**Section 7.2 Procedure.** The Company will hold periodic meetings with the Union, hereinafter referred to as Labor/Management meetings. Attendees will include one steward, one chief steward and the Human Resources Manager. The purpose of the meetings will be to address issues concerning employee and contract violation issues. All issues must have been presented by the employee to their immediate supervisor within five days of the alleged occurrence. If not resolved by the employee and supervisor the issue will be addressed through the Labor/Management meeting. Once an issue is presented at the Labor/Management meeting the Company will provide the Union a response to the issue within seven (7) days. This informal process is intended to resolve issues as they arise.

ENT005428

9

In the event that the Labor/Management meeting fails to resolve the issue the following steps will be followed:

Any and all grievances shall be presented within (5) working days after the occurrence of the event or condition upon which the grievance is based. Any grievance not appealed to the next succeeding step within the prescribed time limits shall be settled on the basis of the last Company answer.

Step I          If no settlement is reached in Labor/Management meeting and the Union wishes to process the grievance further, the aggrieved employee shall reduce the grievance to writing specifying the section of the contract alleged to have been violated, sign his name and deliver the grievance to a Grievance Committee member.  The aggrieved employee and a Grievance Committee member shall then, within (5) working days after the Labor/Management meeting response present the written grievance to the Human Resources Manager who shall make a written reply to the grievance committee within five (5) working days.

               Thereafter, if the written reply to the grievance is not acceptable, then the Business Agent of the Local Union, a Grievance Committee member, the aggrieved employee, the Production Manager, Human Resources Manager shall meet within five (5) working days of the date on which the written   grievance was presented and attempt to dispose of the grievance.

Step II.        If no settlement is reached in Step I and the Union wishes to process the grievance further, they must within five (5) working days after the last Step I meeting notify the Company of their-desire for a Step II meeting. The Step II meeting shall take place within five (5) working days after the Union gives notice of their desire for the meeting.  The grievance shall then be taken up by the Representative of the Union, Grievance Committee Member with the Operations Manager and Human Resources Manager or their designated representative.

Step III.       If no settlement is reached in Step II and the Union wishes to process the grievance further, they must within five (5) working days after the last Step II meeting notify the Company of their desire for a Step III meeting. The Step III meeting shall take place within five (5) working days after the Union gives notice of their desire for the meeting.  The grievance shall then be taken up by the Representative of the International Union and the Complex Manager or his designated representative.

**Section 7.3 Grievance Discussion.**  Grievance steps I, II and III above will be discussed before and after working hours.  For all such meetings, the Union shall designate a chief steward and a steward to be present.

**Section 7.4 Compensation.** Employees and stewards will not be compensated for time spent in grievance meetings with Company representatives.

## ARTICLE VIII - ARBITRATION

**Section 8.1 Procedure.** If the grievance has not been settled in Step III and the Union wishes to process the grievance further, then the grievance may be submitted to arbitration, provided notice of intention to arbitrate is given the Company within five (5) working days after the final Step IV meeting. The decision of the arbitrator shall be in writing and final and binding on the parties when rendered in accordance with this Agreement. Past practice may not be used in interpreting this Agreement or considered part of this Agreement.

The Union and the Company will attempt to mutually agree upon an arbitrator. If they are not able to agree, the Union will then request the Federal Mediation and Conciliation Service to furnish a panel consisting of the names of seven (7) arbitrators. If unable to agree upon one of the names of such panel, the Company and the Union shall alternately strike names from the panel until one name remains and the name thus remaining shall be the arbitrator to hear and decide the case. Each party will bear its own expenses of the arbitration and the fee and expenses of the arbitrator shall be paid jointly by the Company and the Union. The arbitrator shall consider only those issues which have been carried through the proper steps of the grievance procedure. He shall be confined to the interpretation and application of the specific provision or provisions of this Agreement at issue and shall have no authority to add to, subtract from, modify or amend any provisions of this Agreement. Only one grievance or issue may be presented to the arbitrator in any one arbitration proceeding.

**Section 8.2 Exclusive Method.** The provisions of this Article are agreed upon and established as the sole and exclusive method and procedure for the assertion, presentation and handling of claims, grievances, or disputes by an employee and the Union.

**Section 8.3 Award.** Any award or payment of wages or back pay to an employee shall be less the amount of unemployment compensation and all other earnings, compensation, or money due to or received by the employee.

## ARTICLE IX – NO STRIKES OR LOCKOUT

**Section 9.1 No Strikes.** The Union agrees that for the full term of this Agreement and any renewal or extension hereof that it will at all times cooperate fully with the Company in maintaining full production. In consideration of the Company's commitment not to lock out employees set forth below, the Union, its officers, agents, representatives, stewards, committeemen and members, and all employees shall not, in any way, directly or indirectly, instigate, lead, engage in, authorize, cause, assist, encourage, participate, ratify, or condone any strike, sympathy strike, slowdown, work stoppage, picketing, boycott, observance of picket line, or any other interference with or interruption of work at any of the Company's operations, whether or not such a strike, sympathy strike, slowdown, work stoppage, picketing, boycott, observance of picket line or any other interference with or interruption of work (a) involves a matter subject to resolution pursuant to the grievance and arbitration procedures set forth

elsewhere in the Agreement; or (b) involves a matter specifically referred to or covered in this Agreement; or (c) involves a matter which has been discussed between the Company and the Union; or (d) involves a matter which was within the knowledge or contemplation of the Company and the Union at the time this Agreement was negotiated or executed.

**Section 9.2 Discipline for Violation of No Strike Provisions.** The failure or refusal on the part of any employee to comply with the No Strikes provisions of this Article of this Agreement shall be cause for immediate discipline including discharge, and such discipline shall not be subject to the arbitration provisions set forth elsewhere in this Agreement. The failure or refusal by Union officers, agents, representatives, stewards or committeemen to comply with the No Strike provisions of this Agreement constitutes leading and instigating a violation of said No Strike provision, it being specifically agreed that the Union officers, agents, representatives, stewards and committeemen, by accepting such positions, have assumed the responsibility of affirmatively preventing violations of the No Strikes provision of this Agreement by reporting to work and performing work as scheduled and/or required by the Company.

**Section 9.3 Union Good Faith Effort to Terminate Activity.** The Union agrees that if it is notified of a violation of the No Strikes provision, the Union will make a good faith effort to terminate such activity. Local Union officials (stewards, officers, and bargaining committee members) shall lead by example in an effort to end such interference with work. The Union further agrees that it will promptly take such actions and steps as may be appropriate in an effort to terminate any such interference with the Company's operations. The Company agrees that if the Union carries out these responsibilities, the Company will not institute an action for monetary damages against the Union as a result of the breach of its provisions.

## ARTICLE X – WAGE RATES DESCRIPTION

**Section 10.1 Wage Rates Description.** The wage rates set out in Exhibit "A" attached to this Agreement shall be the applicable regular hourly straight time pay for hours worked by employees having seniority regularly assigned to and working in the jobs set forth in such Schedule for the applicable time periods.

**Section 10.2 Temporary Transfer.** If any employee is temporarily transferred from his regular job classification to a higher rated job classification for more than three (3) consecutive hours, the employee shall receive the rate of the higher rated job classification except where the employee is not qualified to perform the job and meet production standards. If the rate of the job to which he is temporarily transferred (for business reason) is less than the rate of the employee's regular job, there shall be no reduction in the employee's rate of pay for the duration of the temporary assignment. In cases where the employee is assigned to a lower rated job due to the needs of the employee, the employee will be paid at the lower rate for the duration of the temporary assignment. In cases of layoffs, the employee will receive the rate of pay of the position that he is reassigned to.

**Section 10.3 Classification.** In cases of business necessity and/or modifications are made, the Company reserves the right to classify or reclassify positions as it deems appropriate.

**Section 10.4 Fails to Perform.** If an employee is assigned to a premium classification but fails to perform satisfactorily, he will be reclassified to a lower rated position.

ENT005431

12

## ARTICLE XI - VACATIONS

**Section 11.1 Vacation Pay.** Employees shall receive their vacation pay the day they leave on vacation with a two (2) week prior notice. This applies to vacations of at least one week in length.

**Section 11.2 One Day at a Time.** An employee may take earned vacation one (1) day at a time providing he requests and is granted approval from his supervisor at least one week in advance.

**Section 11.3 Vacation Entitlement.** Employees will be granted based on the following schedule with pay during each twelve (12) month period that follows the appropriate anniversary of their last date of hire with the Company.

> After the first anniversary - one week (40 regular time hours).
> After the third anniversary - two weeks (80 regular time hours)
> After the tenth anniversary - three weeks (120 regular time hours)
> After the twentieth anniversary - four weeks (160 regular time hours)

**Section 11.4 Vacation Compensation.** Based on forty hours regular pay, employees must have worked 1400 hours during the twelve (12) month period, immediately preceding the anniversary date. For this purpose only, vacations will be considered as time worked.

**Section 11.5 Request to Work.** If an employee is requested by management to work during the vacation period, such employee shall receive either the vacation pay to which he/she is entitled or receive later vacation time that will be mutually agreeable.

**Section 11.6 - Holiday Pay.** Where a holiday occurs in the vacation period of any employee he shall receive the holiday pay as provided in this section, in addition to his regular vacation pay. In the event, however, an employee who is on layoff or leave of absence and requests his vacation during a week in which a holiday occurs, he will not receive holiday pay in addition to his vacation.

**Section 11.7 Vacation Scheduling by Seniority.** Each department will schedule vacations during January and February of each year. The supervisor will start with the most senior employee and go down the list to the bottom. No employees will be eligible to roll another for their vacation time. Employees who do not sign up for their vacation at this time will have to select their vacation from what is left. Scheduled vacation time shall be scheduled in full weeks.

## ARTICLE XII - HOLIDAYS

**Section 12.1 Number of Days.** Eight (8) hours straight time shall be paid for each of the following holidays on which the employee is not called upon to work:

| New Years Day | Fourth Of July | Christmas Day |
| Martin Luther King | Labor Day | Floating Holiday |
| Memorial Day | Thanksgiving Day | Employee Birthday |

Employees will be eligible for one floating holiday per calendar year regardless of whether the individual was rehired. Employees become eligible for holiday pay after completion of the probationary period.

Employees become eligible for birthday holiday after one year of service. They must take their birthday holiday within seven days after the occurrence. If two or more employees within a department have the same birthday, then length of service will determine choice of days off. Holiday pay will not be considered as time worked.

Employees will be paid eight (8) hours at his base rate of pay for a holiday specified in Section I hereof, provided that:

    (i)    He has not failed to work when scheduled on the holiday; and

    (ii)   He works both his last full regularly scheduled workday immediately preceding the holiday and his first full regularly scheduled workday following the holiday; and

    (iii)  He works sometime during the week in which the holiday occurs.

**Section 12.2 Observation of the Holiday.** If any of the holidays specified in Section I hereof falls on a Saturday or Sunday, the Company will designate which day the holiday will be observed (Friday or Monday preceding or following the holiday).

**Section 12.3 Calculation for Payroll Purposes.** Holiday pay will not be considered as time worked in determining overtime or overtime pay.

## ARTICLE XIII - LEAVE OF ABSENCE

**Section 13.1 Personal Leaves.** For leave of absences not covered by the Family and Medical Leave in Section 13.2, employees with more than six (6) months of continuous service may request an unpaid personal leave, provided such leave is not for reasons involving other employment. Such leaves will only be granted, considering whether such request is reasonable. Personal leaves shall be for a term not more than thirty (30) days per twelve month rolling period.

Any vacation due an employee must be used before a personal leave will be granted.

A maximum of two (2) personal leaves per twelve (12) month period will be granted.

**Section 13.2 Family and Medical Leave.** All employees who have twelve (12) months of service with the Company and have worked at least 1250 hours during the twelve (12) months preceding the commencement of the leave of absence will be granted a period of up to 12 weeks of unpaid leave. This leave will be granted for the birth of a child, placement with the employee of a child for adoption or foster care; or for the care of a covered family member (spouse, child, parent) who has a serious health condition; and for the employees with a serious health condition. In such instances, the Company will follow applicable federal and state guidelines in reviewing and approving such leave requests.

ENT005433

14

**Section 13.3 Personal Medical Leave.** All employees who have successfully completed their probationary period and are not eligible for Family and Medical Leave may be eligible for personal medical leave, in accordance with guidelines established by the Company.

**Section 13.4 - Union Election or Appointment.** An employee who is elected or appointed to an office in the Union, upon request, will be granted a leave of absence for up to one year and during such one year shall maintain and accrue seniority. Not more than two (2) such leave of absences shall be in effect at any one time.

**Section 13.5 Union Meetings.** Employees selected to attend International Union convention shall, upon request, therefore receive time off without pay not to exceed three (3) weeks to attend the same. Not more than three (3) employees may be absent for such purpose at any one time.

## ARTICLE XIV - SUPPLIES

**Section 14 Supplies.** The Company shall supply the following equipment to employees who have 60 calendar days or more seniority, provided the employees turn in the used equipment and there was normal wear and tear to receive their replacement item and further provided their job requires the use of such item:

Sleeves - One issue per month
Aprons - One per six months

## ARTICLE XV - MILITARY SERVICE

**Section 15 Military Service.** An employee who voluntarily enlists or is drafted into the military service of the Armed Forces of the United States of America shall be reinstated upon the termination of his service in accordance with the laws of the United States and the applicable state law in force at the time of such reinstatement.

## ARTICLE XVI - UNION NOTICES

**Section 16 Union Notices.** The Company will provide space on one (1) bulletin board in the plant for use by the Union for posting official Union notices of meetings. All such notices must be approved in advance by a representative of the Company.

## ARTICLE XVII - UNION REPRESENTATION

**Section 17.1 Union Representatives.** The Union shall designate one employee as chief steward per shift. The Union shall designate a shop steward in each department; however the QA Department will have no more than one Union Representative.

**Section 17.2 Union Activity.** Employees and/or stewards shall not carry on Union business during their working hours. Union members and stewards shall not allow their activities on behalf of the Union interfere with the performance of their jobs or the work being performed by others.

**Section 17.3 Discipline Meetings.** When an employee is brought into the office for disciplinary reasons the Company will have a Shop Steward present, unless otherwise requested.

**Section 17.4 Union Access.** The Union shall designate, in writing, the Union Representative to service the employees of the employer. Union officials may enter the Company's premises for the purpose of administering this Agreement only after receiving permission from management. Management will not unreasonably refuse to issue such permission. The Union Representatives shall be allowed on the premises of the employer for the purpose of settling grievances between the employer and employees that may arise under the terms of this Agreement. In addition, Union Representatives may have reasonable access to the employee break area to discuss Union business, provided such discussions do not interfere with the operations of the business. At the Company's option, the Union Representative may be accompanied by a representative of management when in any production area of the plant.

## ARTICLE XVIII – SAFETY AND HEALTH

**Section 18.1 Safety Regulation.** The Union agrees that employees shall be required to observe applicable safety regulations as prescribed by the Occupational Safety and Health Act., and the Company's plant rules and all safety instructions from management and supervisors.

**Section 18.2 Injured On the Job.** Whenever an employee is injured on the job and is directed by the Company to leave the job for treatment, he shall be paid for the balance of that regular day (up to eight hours at his regular straight time rate) provided the injury is of such nature that the attending physician determines that the employee cannot return to work. Should the attending physician indicate that the employee is able to return to work the same day, said employee shall be required to do so and shall receive pay for the time he is away from his job for the purpose of obtaining medical treatment.

## ARTICLE XIX - FUNERAL PAY

**Section 19 Funeral Pay.** Employees who have successfully completed their probationary period will be granted up to (2) regularly scheduled straight time working days at eight (8) hours each with pay for lost time from work to arrange for and or attend the funeral of the following members of his immediate family. For Numbers 1, 2, 3 and 4 the employee will be granted up to 3 days:

    1. The employee's current spouse
    2. The employee's parent

ENT005435

16

3. The children of the employee
4. The employee's brother or sister
5. Current mother-in-law or father-in-law
6. Natural grandparents
7. Grandchildren

This shall not be interpreted so as to provide two (2) or three (3) days absence with pay automatically when ever a person described above dies. It is intended to provide that an employee shall have such time off from work as it is reasonably necessary in particular case, but not to exceed compensation described herein.

No funeral leave will be paid if an employee is on vacation or leave of absence at the time of the funeral.

## ARTICLE XX - JURY DUTY

**Section 20.1 Jury Duty Pay.**  An employee who is summoned for jury duty shall be paid for each hour (but not in excess of eight (8) hours in any one day) during the period Monday through Friday that he is required by reason of his duties as a juror to be absent from his employment with the Company a sum equal to the difference between his jury pay divided by eight (8) and his regular straight hourly wage rate. An employee in order to be eligible for pay under this paragraph shall notify the Company at the time he is summoned for jury duty and on expiration of such jury duty must furnish satisfactory evidence of his total juror fees.

**Section 20.2 Notification.** It is the obligation of the employee to:

(a)   Within two (2) working days after receipt of notification to deliver to the employer the notice calling him for jury duty.

(b)   Furnish evidence to the employer that he performed jury duty and the amount of compensation he received from the Court on the days for which he claims payment;

(c)   On a day when the employee is excused from jury duty prior to 12:00 noon, immediately communicate by telephone with his immediate supervisor for the purpose of ascertaining whether the employee should report for work, and, if instructed to do so, he reports for work as directed by Employer.

Failure to communicate with the employer and to report for work as provided above shall subject the employee for discipline.

## ARTICLE XXI – SCOPE OF AGREEMENT

**Section 21.1 Separability.**  If any term or provision of this Agreement is, at any time during the life of this Agreement, adjudged by a court or administrative body of competent jurisdiction to be in conflict with any law, such terms or provisions shall become invalid and unenforceable,

ENT005436

17

but such invalidity or unenforceability shall not impair or affect any other term or provision of this Agreement.

**Section 21.2 Waiver of Bargaining Rights and Amendment to Agreement.**  During the negotiations resulting in this Agreement, the Company and the Union each had the unlimited right and opportunity to make demands and proposals with respect to any subject matter as to which the National Labor Relations Act imposes an obligation to bargain.  Except as specifically set forth elsewhere in this Agreement, the Company expressly waives its right to require the Union to bargain collectively, and the Union expressly waives its rights to require the Company to bargain collectively, over all matters as to which the National Labor Relations Act imposes an obligation to bargain, whether or not:

    (a)    such matters are specifically referred to in this Agreement;

    (b)    such matters were discussed between the Company and the Union during the negotiations which resulted in this Agreement; to

    (c)    such matters were within the contemplation or knowledge of the Company to the Union at the time this Agreement was negotiated and executed. As used in this Article, the waiver of the right to "bargain collectively" includes the waiver of the right to require the other party to negotiate. This Agreement contains the entire understanding, undertaking and Agreement of the Company and the Union, after the exercise of the right and opportunity referred to above, and finally, determines all matters of collective bargaining for its terms. Changes in this Agreement, whether by addition, waiver, deletion, amendment, to modification, must be reduced to writing and executed by both the Company and the Union.

## ARTICLE XXII -- GENERAL

### Section 22.1: Disciplinary Action.

a. Warning notices for safety violations that are over two (2) years old shall have no effect on future disciplinary actions against an employee.

b. Warning notices for other violations that are over one (1) year old shall have no effect on future disciplinary actions against an employee.  For violations that occur after either of these time periods, the Company will back up one step in the progressive discipline process.

c. Disciplinary action under Attendance Control Program and for violation of Type A company rules will continue to operate separately from a. and b. above.

## ARTICLE XXIII -- TERM OF AGREEMENT

This Agreement shall remain in force until **October 31, 2009** and thereafter from year to year unless at least a sixty (60) day notice, but not more than ninety (90) days notice, prior to expiration, is given by either party, of their desire to modify or terminate the Agreement. Whenever notice is given for modification, the nature of the modification shall be specified in the notice. In the event notice of modification is given, the parties shall meet for the purpose of negotiating regarding such notice at least two (2) weeks prior to the termination date of the Agreement.

ENT005437

18

IN WITNESS WHEREOF, the parties hereto affixed their signature the day and year first above written.

**Wayne Farms LLC**

_(signatures)_

**Retail, Wholesale, and Department Store Union**

_(signatures)_

ENT005438

19

EXHIBIT "A"
WAGE RATE SCHEDULE

| Job Classification | Length of Service | Job Rate Effective Date | | |
|---|---|---|---|---|
| | | 11/05/06 | 11/04/07 | 11/02/08 |
| Production Worker | Starting | 7.80 | 7.80 | 7.80 |
| | After 90 days | 9.25 | 9.50 | 9.75 |
| Sanitation | Starting | 7.80 | 7.80 | 7.80 |
| Knife Sharpener | After 90 days | 9.40 | 9.65 | 9.90 |
| Pallet Jack Operator, Fresh | | | | |
| Box Stacker, Fresh | | | | |
| QA Tech I | | | | |
| Mirror Trim | Starting | 7.80 | 7.80 | 7.80 |
| Saw Operator | After 90 days | 9.45 | 9.70 | 9.95 |
| Inspector Helper | | | | |
| Front Half Load | | | | |
| Cone Line Worker using Knife or Scissors | | | | |
| Ice Room Person | Starting | 7.80 | 7.80 | 7.80 |
| Yield Tech | After 90 days | 9.50 | 9.75 | 10.00 |
| QA Lab Tech | Starting | 7.80 | 7.80 | 7.80 |
| | After 90 days | 9.55 | 9.80 | 10.05 |
| Freezer Box Stacker | Starting | 7.80 | 7.80 | 7.80 |
| Chiller Operator | After 90 days | 9.65 | 9.90 | 10.15 |
| Freezer Billing Clerk | | | | |
| Adage Clerk | | | | |
| Truck Spotter | Starting | 7.80 | 7.80 | 7.80 |
| QA Tech 2 | After 90 days | 9.70 | 9.95 | 10.20 |
| Killer | | | | |
| Freezer Pallet Jack Operator | Starting | 7.80 | 7.80 | 7.80 |
| Live Fork Lift Operator | After 90 days | 9.75 | 10.00 | 10.25 |
| Retention Coordinator | Starting | 7.80 | 7.80 | 7.80 |
| Live Hanger | After 90 days | 9.85 | 10.10 | 10.35 |
| Lead Person | | | | |
| Trainer | | | | |
| Freezer Fork Lift Operator | Starting | 7.80 | 7.80 | 7.80 |
| | After 90 days | 10.75 | 11.00 | 11.25 |
| Loader Move | | $5.00 | $5.00 | $5.00 |
| Loader Operator | | | | |
| Small Birds/1000 | | $2.09 | $2.11 | $2.16 |

ENT005439

20

| | | | |
|---|---|---|---|
| Live Haul Driver | $37.00 P/L | $38.00 P/L | $39.00 P/L |
| Waiting Time Per Hour | $7.00 | $7.00 | $7.00 |

Employees will receive a night shift premium of ten (10) cents per hour for all hours worked when assigned to a shift that regularly starts between 2:00 p.m. and 4:30 a.m.

Top Rate paid after 90 days. New Employees after 30 days who meet the performance and quality requirements of their position and cross training on other jobs will go to the top rate at the discretion of the Company.

Union involvement in orientation -- Fifteen (15) minutes on program with one person not working and not being paid by the company.

Live Receiving Lead Person rate will be at a premium of $.85 over base production worker pay, and Freezer Lead Person rate will be at a premium of $2.00 over base production worker pay.

ENT005440

21

## EXHIBIT "B"
## GROUP INSURANCE BENEFITS

|  | 11/05/06 | 11/04/07 | 11/02/08 |
|---|---|---|---|
| Life Insurance | $7000 | $7000 | $7000 |
| Accidental Death and Dismemberment | $7000 | $7000 | $7000 |
| Disability Income Insurance | $120/wk | $120/wk | $120/wk |
|    Maximum Benefit Period - 26 weeks | | | |

| Medical Contributions – Weekly | 01/1/07 | 01/1/08 | 01/1/09 |
|---|---|---|---|
|    Employee | $15.50 | 25% of COBRA | 25% of COBRA |
|    Employee + 1 | $25.50 | 25% of COBRA | 25% of COBRA |
|    Family | $34.00 | 25% of COBRA | 25% of COBRA |

**Effective January 1, 2007:**

## Wayne Farms, LLC
### BlueCard PPO-Premium Option

| BENEFIT | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **INPATIENT HOSPITAL AND PHYSICIAN BENEFITS** | | |
| Preadmission Certification required for all inpatient admissions (except maternity). Emergency admissions require notification within 48 hours. For pre-certification call 1-800-248-2342 (toll free). | | |
| Inpatient Hospital | 100% after $300 per admission deductible; $50 daily co-pay days 2 – 6 | 50% after calendar year deductible |
| Inpatient Physician | 100%; no deductible | 50% after calendar year deductible |
| Initial Physician Exam for Newborn | 100%; no deductible | Not covered |
| Note: Inpatient benefits for out-of-network hospitals in Alabama available only for accidental injury. Covered at $10 a day for room, board and nursing plus 75% of hospital's charge for other services and supplies | | |
| **OUTPATIENT HOSPITAL, FACILITY OR SURGICAL CENTER BENEFITS** | | |
| Outpatient Surgery Facility | 100% after $100 facility co-pay | 50% after the calendar year deductible |
| Outpatient Surgery Physician | 100%; no deductible | 50% after the calendar year deductible |
| Emergency Room-Medical Emergency | 100% after $100 facility co-pay | |
| Emergency Room-Non-Emergency | 50% after calendar year deductible | |
| Treatment of Injury | 100% after $100 facility co-pay | 100% no deductible within 72 hours of the accident; thereafter, 50% after calendar year deductible |
| Emergency Room Physician | 100% after $20 co-pay | 50% after the calendar year deductible |
| Outpatient Diagnostic Lab, X-ray, Pathology, Dialysis, IV Therapy, Chemotherapy & Radiation Therapy | 100%; no deductible | 50% after the calendar year deductible |
| **PHYSICIAN BENEFITS** | | |
| Office Visits & Consultations | 100% after $20 physician co-pay | 50% after the calendar year deductible |
| Surgery & Anesthesia | 100%; no deductible | 50% after the calendar year deductible |
| Maternity Care | 100%; no deductible $20 co-pay on initial visit to determine pregnancy | 50% after the calendar year deductible |

| BENEFIT | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| Diagnostic Lab & X-rays | 100%; no deductible | 50% after the calendar year deductible |
| Allergy Testing & Treatment | 100%; no deductible. $20 co-pay if charges are billed with office visit | 50% after the calendar year deductible |
| Assisted Reproductive Technology<br>Limited to lifetime maximum $10,000 combined PPO/non-PPO benefit | 100%; no deductible. | 50% after the calendar year deductible |
| **PREVENTIVE CARE BENEFITS** | | |
| Well Child Care through age 6<br>9 visits during first 24 months of life and one visit each year thereafter through age 6 | 100% after $20 physician co-pay | Not covered |
| Routine Physical Ages 7 and up<br>Services limited to $300 maximum per person each calendar year | 100% after $20 physician co-pay | Not covered |
| Routine Immunizations<br>Age limitations apply to certain immunizations | 100%; no deductible | Not covered |
| Routine Pap Smear<br>One per year / Not included in the calendar year maximum | 100%; no deductible | Not covered |
| Routine Mammogram<br>One exam for females ages 35-39 and one per year for females ages 40 and over / Not included in the calendar year maximum | 100%; no deductible | Not covered |
| Routine PSA (Prostate Specific Antigen)<br>One per year for males age 40 and over / Not included in the calendar year maximum | 100%; no deductible | Not covered |
| **MENTAL HEALTH AND SUBSTANCE ABUSE BENEFITS** | | |
| Inpatient Hospital<br>Up to 30 days of inpatient treatment during any calendar year; no coverage after 30 days | 100% after the inpatient per admission deductible;<br>$50 daily co-pay days 2 – 6 | 50% after the inpatient per admission deductible |
| Inpatient Physician<br>Up to 30 days of inpatient treatment during any calendar year; no coverage after 30 days | 100%; no deductible | 50% after the calendar year deductible |
| Outpatient Physician<br>Up to 24 visits per calendar year | 50% after calendar year deductible | |
| **BENEFITS FOR OTHER COVERED SERVICES** | | |
| For most Other Covered Services, Out-of-Network services and some In-Network services, you pay a $300 Calendar Year Deductible before the plan pays for covered services.  See Summary of General Provisions for details. | | |
| Speech and Occupational Therapy<br>Limited to a combined maximum of $1,000 each calendar year | 80% after calendar year deductible | |
| Physical Therapy | 80% after calendar year deductible | |
| Chiropractic Services<br>Limited to a maximum of $500 per person each calendar year | 50% after calendar year deductible | |
| Durable Medical Equipment (DME) | 80% after calendar year deductible | |
| Ambulance Service | 80% after calendar year deductible | |
| Home Health and Hospice<br>Pre-certification required for services rendered outside Alabama; for pre-certification call 1-800-821-7231 | 80% after calendar year deductible | |

| BENEFIT | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Skilled Nursing Facility**<br>Pre-certification required; limited to a maximum of **60 days** each calendar year | 80% after calendar year deductible | |

**NOTE:** For those services listed as "Other Covered Services" there may be PPO network providers available in some areas. If the member uses a PPO provider, the provider is responsible for filing the claim. The member is held harmless for any charges over the PPO allowance and will also have lower out-of-pocket expenses.

## PRESCRIPTION DRUG BENEFITS

| | |
|---|---|
| **Point-of-Sale Drug Program** | **Prescription drugs are subject to a separate $100 deductible and then covered at the percentages below:**<br><br>**Generic:**           **90%**<br>**Preferred Brand Name:**     **70%**<br>**Non-Preferred Brand Name:**   **50%** |

## HEALTH MANAGEMENT BENEFITS

| | |
|---|---|
| **Individual Case Management** | Coordinates care in event of catastrophic or lengthy illness or injury |
| **Care Management** | Coordinates care for chronic conditions such as asthma, diabetes, coronary artery disease and congestive heart failure |
| **Baby Yourself** | Prenatal wellness program; coordinates high-risk pregnancy early intervention |

## SUMMARY OF GENERAL PROVISIONS

| | |
|---|---|
| **Calendar Year Deductible** | $300 Individual; $600 aggregate per family |
| **Annual Out-of-Pocket Maximum**<br>All out-of-network coinsurance, deductibles, and co-pays apply to out-of-pocket maximum excluding Mental Health and Substance Abuse | $2,000 individual; $4,000 aggregate per family plus calendar year deductible |
| **Lifetime Maximum**<br>This is a comprehensive lifetime maximum and applies to all services | $1,000,000 per member |

---

***Helpful Hints***

- *Benefit payments for In-Network and Out-of-Network providers are based on the amount of the provider's charge that Blue Cross and Blue Shield recognizes for payment of benefits, frequently referred to as allowed amount.*
- *To maximize benefits, use In-Network providers for services covered by your health benefit plan. In-Network providers are BlueCard PPO hospitals, physicians, pharmacies and other health care providers that contract with Blue Cross and Blue Shield Plans for furnishing health care services at a reduced price.*
- *To find In-Network providers, check a provider directory, provider finder web site (www.bcbsal.com) or call 1-800-810-BLUE (2583). However, be aware that some benefits performed by an In-Network provider may be covered under "Benefits for Other Covered Services" or not at all.*
- *Out-of-Network providers generally do not contract with Blue Cross and Blue Shield Plans. If you use Out-of-Network providers, you may be responsible for filing your own claims and you may have to pay the difference between the provider's charge and the allowed amount.*

***This is not a contract or a Summary Plan Description.***
***Benefits are subject to the terms, limitations and conditions of the group contract.***
***Check your Summary Plan Description for more detailed coverage information.***
**Please visit our web site, www.bcbsal.com.**

ENT005443

24

**EXHIBIT"C"**
**RETIREMENT INCOME PLAN**

Eligibility for Benefits

| | |
|---|---|
| Normal Retirement | 5 Years and Age 65 |
| Disability Retirement | 10 Years |
| Early Retirement | 10 Years and Age 55 |
| Deferred Retirement | 10 Years Payable Age 55 or Older |

Continuous Service
Your period of continuous service under this Plan is a total of your service with Company after June 1, 1994:

| Hours Worked During the Year | Amount |
|---|---|
| 1500 or more | 1 year |
| 1300-1500 | 3/4year |
| 750-1300 | 1/2 year |
| 350-750 | 1/4 year |
| Less than 350 | None |

Employees will receive no credited pension service until after they have been in the employ of the Company for (1) year.

Monthly Retirement Benefit

On or after 11/03/02

| | |
|---|---|
| Normal | $10.50 per Year of Service |
| Disability | $10.50 per Year of Service |
| Early | $10.50 per Year of Service (Reduced per Plan) |
| Deferred | $10.50 per Year of Service (Actuarially Reduced) |

For vesting schedule, your service in both Southland and Wayne Farms will be considered.

ENT005444

25

**EXHIBIT"D"**
**DENTAL INSURANCE**

| Dental Contributions – Weekly | 01/1/07 | 01/1/08 | 01/1/09 |
|---|---|---|---|
| Employee | $1.50 | 100% of COBRA | 100% of COBRA |
| Employee +1 | $2.25 | 100% of COBRA | 100% of COBRA |
| Family | $5.00 | 100% of COBRA | 100% of COBRA |

## Wayne Farms, LLC- Hourly Dental
### Dental Benefits

| BENEFITS | COVERAGE |
|---|---|
| Deductible | $50 deductible per member per calendar year. |
| Maximum | $600 per member each calendar year. |
| Diagnostic and Preventive | Payable at 75% of the allowed amount, with no deductible.<br>• Dental exams up to twice per benefit period.<br>• Dental X-ray exams:<br>• Full mouth x-rays, one set during any 36 consecutive months;<br>• Bitewing x-rays, up to twice per benefit period; and<br>• Other dental x-rays, used to diagnose a specific condition.<br>• Routine cleanings, twice per benefit period.<br>• Tooth sealants on teeth numbers 3, 14, 19, and 30, limited to one application per tooth each 48 months. Benefits are limited to a maximum payment of $20 per tooth. Limited to the first permanent molars of children through age 13.<br>• Fluoride treatment for children through age 18 twice per benefit period.<br>• Space maintainers (not made of precious metals) that replace prematurely lost teeth for children through age 18. |
| Restorative | Payable at 50% of the allowed amount, subject to the deductible.<br>• Fillings made of silver amalgam and synthetic tooth color materials.<br>• Simple tooth extractions.<br>• Direct pulp capping, removal of pulp and root canal treatment.<br>• Repairs to removable dentures.<br>• Emergency treatment for pain. |
| Supplemental Services | Payable at 50% of the allowed amount, subject to the deductible.<br>• Oral surgery to treat fractures and dislocations of the jaw, to diagnose and treat mouth cysts and abscesses, and for tooth extractions and impacted teeth.<br>• General anesthesia given for oral or dental surgery. This means drugs injected or inhaled for relaxation or to lessen pain, or to make unconscious, but not analgesics, drugs given by local infiltration, or nitrous oxide.<br>• Treatment of the root tip of the tooth including its removal. |
| Prosthetic Services | Payable at 50% of the allowed amount, subject to the deductible.<br>• Full or partial dentures.<br>• Fixed or removable bridges.<br>• inlays, onlays, or crowns to restore diseased or accidentally broken teeth, if less expensive fillings are not adequate. |
| Periodontic Services | Payable at 50% of the allowed amount, subject to the deductible.<br>• Periodontic exams twice each 12 months.<br>• Removal of diseased gum tissue and reconstructing gums.<br>• Removal of diseased bone.<br>• Reconstruction of gums and mucous membranes by surgery.<br>• Removing plaque and calculus below the gum line for periodontal disease. |

This is not a contract. Benefits are subject to the terms, limitations and conditions of the group contract.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

SAMUEL ADAMS, et al.,                )
                                     )
        Plaintiffs,                  )
                                     )
vs.                                  )        CASE NO. 1:06-CV-00950-MEF
                                     )
WAYNE FARMS LLC, etc.,               )
                                     )
        Defendant.                   )

RESPONSE TO PLAINTIFFS' MOTION FOR
AN ORDER PERMITTING COURT SUPERVISED NOTICE
TO EMPLOYEES OF THEIR OPT-IN RIGHTS (Doc. 50-1)

EXHIBIT 3

Raw Class Notice List

| NAME | STATUS | ORIG_HIRE_DT | TERM_DT | REHIRE_DT | DEPARTMENT |
|---|---|---|---|---|---|
| Adair,Larry | A | 8/3/1979 | | | JCK PL-1st Eviscerating |
| Owens,Jerldean | A | 11/17/1980 | | | JCK PL-1st Eviscerating |
| Pipkins,Pastine | A | 2/17/1982 | | | JCK PL-1st Eviscerating |
| Cannon,Wyomia | A | 8/3/1984 | | | JCK PL-1st Quality Assurance |
| Liptrot,Ray V | T | 4/22/1985 | 7/6/2006 | | JCK PL-1st Recvng Live Hang |
| Issac,Betty | A | 6/20/1985 | | | JCK PL-1st Leg Processing |
| Hutchison,Timothy L | A | 6/19/1986 | | | JCK PL-1st Leg Processing |
| Bryan,Billy W | A | 4/27/1987 | | | JCK PL-1st Eviscerating |
| Jones,Eva G | A | 5/4/1988 | | | JCK PL-1st Eviscerating |
| Wheeler,Clara M | A | 8/14/1988 | | | JCK PL-1st Reprocessing |
| Baldwin,Roy | T | 8/30/1988 | 4/24/2005 | | JCK PL-2nd Eviscerating |
| Brantley,Mary T | A | 9/6/1988 | 2/24/2004 | 7/31/2006 | JCK PL-1st Eviscerating |
| Corley,Ruby E | T | 11/28/1988 | 5/31/2006 | | JCK PL-1st Leg Processing |
| McNair,Carol J | A | 6/26/1989 | | | JCK PL-1st Eviscerating |
| Williams,Frances M | A | 9/6/1989 | | | JCK PL-1st Deboning 3 |
| Adkinson,Becky A | A | 9/24/1989 | | | JCK PL-2nd Quality Assurance |
| Likely,Madie | L | 10/16/1989 | | | JCK PL-1st Eviscerating |
| Adams,Teresa V | A | 2/12/1990 | | | JCK PL-1st Perimeter |
| Richards,Patricia L | A | 6/4/1990 | | | JCK PL-1st Perimeter |
| Thomas,Eddie M | A | 6/27/1990 | | | JCK PL-1st Perimeter |
| Adams,Willie R | A | 8/19/1991 | | | JCK PL-1st Recvng Live Hang |
| Riley,Tessie E | A | 8/19/1991 | | | JCK PL-1st Reprocessing |
| Adams,Sonya P | A | 8/21/1991 | | | JCK PL-1st Aging |
| Wheeler,Bobby E | A | 10/14/1991 | | | JCK PL-2nd Eviscerating |
| Parks,Sarah L | A | 2/16/1992 | | | JCK PL-1st Perimeter |
| Miller,Pamela | A | 4/23/1992 | | | JCK PL-1st Leg Processing |
| Horne,Mary N | A | 7/14/1992 | | | JCK PL-2nd Leg Processing |
| Newson,Louie C | A | 9/24/1992 | | | JCK PL-1st Recvng Live Hang |
| Hall,Johnnie P | A | 12/10/1992 | | | JCK PL-1st Leg Processing |
| Stringer,Charles | T | 12/27/1992 | 8/22/2006 | | JCK PL-2nd Leg Processing |
| Austin,Willie | A | 2/4/1993 | | | JCK PL-1st Perimeter |
| Austin,Robert W | A | 2/23/1993 | | | JCK PL-1st Paws Labor |
| Jones,Virginell | A | 3/16/1993 | | | JCK PL-1st Perimeter |
| Siler,Terry | A | 6/15/1993 | | | JCK PL-1st Eviscerating |
| Hodges,Irene F | T | 6/24/1993 | 9/30/2005 | | JCK PL-1st Deboning 2 |
| McNabb,Marilyn L | A | 6/29/1993 | | | JCK PL-1st Leg Processing |
| Martin,Mary A | A | 9/7/1993 | | 8/3/1998 | JCK PL-1st Perimeter |
| Hardy,Beverly A | T | 10/21/1993 | 2/18/2005 | | JCK PL-1st Quality Assurance |
| Cottrell,Jessie M | A | 11/23/1993 | | | JCK PL-1st Debone 6 |
| Newman,Geraldine | T | 12/28/1993 | 4/14/2005 | | JCK PL-2nd Deboning 1 |
| Holloway,Angela L | T | 2/3/1994 | 2/10/2005 | | JCK PL-2nd Quality Assurance |
| Brooks,Mary A | T | 3/8/1994 | 3/4/2005 | | JCK PL-1st DSI |
| Roberson,Selena | T | 3/10/1994 | 5/11/2005 | | JCK PL - 2nd Debone 9 |
| Coleman,Mary A | A | 3/22/1994 | | | JCK PL-2nd Deboning 4 |
| Flowers,Charlotte D | A | 4/19/1994 | | 5/30/1995 | JCK PL-1st Reprocessing |
| Haynes,Anthony D | T | 4/26/1994 | 11/2/2005 | 7/12/1995 | JCK PL-2nd Recvng Live Hang |
| Dix,Nicole E | A | 5/5/1994 | | | JCK PL-1st Deboning 1 |
| Foster,Stanley | T | 6/10/1994 | 2/11/2005 | | JCK PL-1st Perimeter |
| Patrick,Essie M | T | 6/28/1994 | 4/26/2004 | | JCK PL-1st Deboning 3 |
| Mendoza,Esther | A | 7/19/1994 | 10/18/2005 | 1/8/2007 | JCK PL-1st Debone Supvr |
| Mency,Sandra D | T | 8/2/1994 | 2/22/2006 | 2/7/1995 | JCK PL-2nd Leg Processing |
| Jackson,Windell | A | 9/6/1994 | | | JCK PL-1st Reprocessing |
| Coleman,Darlene | T | 10/20/1994 | 3/3/2005 | 2/6/1996 | JCK PL-1st DSI |
| Kilow,Ella B | A | 1/5/1995 | | | JCK PL-2nd Leg Processing |
| Howe,Mary A | T | 1/12/1995 | 3/7/2005 | | JCK PL-2nd Leg Processing |
| Davis,Annette M | A | 1/25/1995 | 1/5/2006 | 2/20/2006 | JCK PL-1st Deboning 8 |
| Stoudmire,Latricia A | A | 2/24/1995 | 7/16/2002 | 3/14/2006 | JCK PL-1st Deboning 7 |

| Name | | | | | |
|---|---|---|---|---|---|
| Bray,Theresa B | A | 3/17/1995 | 6/28/2000 | 8/28/2001 | JCK PL-1st Deboning 4 |
| Ryles,Charlene C | T | 3/20/1995 | 10/3/2005 | | JCK PL-1st Quality Assurance |
| Jackson,Mae | T | 4/3/1995 | 8/12/2004 | | JCK PL-1st Eviscerating |
| Irving,Pearl L | A | 4/19/1995 | | | JCK PL-1st Quality Assurance |
| Foster,Sonja M | A | 4/26/1995 | | | JCK PL-1st Reprocessing |
| Barron,James O | T | 10/25/1995 | 7/7/2006 | | JCK PL-1st Deboning 2 |
| Still,Blenda Ryles | A | 11/7/1995 | | | JCK PL-1st Deboning 3 |
| Nickerson,Tony | T | 1/5/1996 | 12/26/2006 | | JCK PL-2nd Eviscerating |
| Brown,Alice F | A | 1/17/1996 | | | JCK PL-1st Perimeter |
| Holland,Virginia M | A | 1/24/1996 | | | JCK PL-2nd Eviscerating |
| Stewart,Martha J | T | 3/9/1996 | 3/19/2007 | 4/4/1996 | JCK PL-2nd Deboning 2 |
| McWaters,Pamela S | A | 3/13/1996 | 11/5/1999 | 2/13/2001 | JCK PL-1st Quality Assurance |
| Bell,Betty J | A | 3/15/1996 | | | JCK PL-2nd Perimeter |
| Spencer,Peggy A | A | 3/22/1996 | | | JCK PL-1st Leg Processing |
| Scarbrough,Robin D | T | 5/15/1996 | 7/25/2004 | | JCK PL-2nd Deboning 3 |
| Owens,Brenda B | A | 5/31/1996 | | | JCK PL-2nd Perimeter |
| Paul,Emma R | A | 7/1/1996 | | 11/16/1997 | JCK PL-2nd Eviscerating |
| Booker,Linda R | A | 8/13/1996 | | 11/21/1996 | JCK PL-1st DSI |
| Covington,Elaine | A | 8/21/1996 | | | JCK PL-1st Eviscerating |
| Blackwell,William C | T | 9/17/1996 | 3/8/2004 | 4/14/2003 | JCK PL-1st Recvng Live Hang |
| McLendon,Mary F | A | 9/27/1996 | | | JCK PL-1st Deboning 5 |
| Gray,Brenda A | A | 10/7/1996 | | | JCK PL-1st Eviscerating |
| Rodriguez,Alma G | A | 10/14/1996 | | | JCK PL-1st Perimeter |
| Wambles,Dorothy A | T | 12/5/1996 | 5/20/2004 | | JCK PL-2nd Leg Processing |
| Lacey,Johnny B | A | 1/2/1997 | | | JCK PL-1st Aging |
| Clayton,Tonya R | T | 1/5/1997 | 2/14/2005 | | JCK PL-2nd Perimeter |
| Tyson,Bridgett L | T | 1/19/1997 | 8/29/2006 | | JCK PL-1st Eviscerating |
| Nanz,Deidra L | A | 2/12/1997 | | | JCK PL-1st Quality Assurance |
| Toney,Felicia D | T | 3/4/1997 | 1/19/2005 | | JCK PL-1st DSI |
| Pruitt,Helen | T | 3/4/1997 | 3/21/2006 | | JCK PL-2nd Reprocessing |
| Ward,Elizabeth A | A | 3/17/1997 | | | JCK PL-2nd Quality Assurance |
| Blair,Jacqueline B | A | 4/2/1997 | | | JCK PL-1st Deboning 3 |
| Pruitt,Rusty L | A | 4/9/1997 | | | JCK PL-2nd Recvng Live Hang |
| Amburgey,Jo A | T | 4/30/1997 | 11/22/2005 | | JCK PL-1st Perimeter |
| Carter,Willie C | A | 5/19/1997 | 7/27/2004 | 6/27/2005 | JCK PL-1st DSI |
| Hobdy,Pamela I | A | 7/2/1997 | | | JCK PL-1st Eviscerating |
| Shipmon,Zondra V | A | 7/17/1997 | | | JCK PL-1st Deboning 3 |
| Shipmon,Charlie B | A | 7/17/1997 | | | JCK PL-1st Deboning 3 |
| Edwards,Daniel D | A | 7/21/1997 | | | JCK PL-1st Recvng Live Hang |
| Munoz,Rose M | A | 8/6/1997 | | | JCK PL-1st Eviscerating |
| Lampley,Enoria D | T | 8/6/1997 | 3/28/2006 | 2/20/2001 | JCK PL-2nd Deboning 1 |
| Rogers,James | A | 8/8/1997 | | | JCK PL-1st Perimeter |
| Bullocks,Deandre L | A | 8/13/1997 | | | JCK PL-2nd Deboning 4 |
| Dawkins,Christopher C | T | 8/27/1997 | 3/19/2007 | 9/26/2005 | JCK PL-1st Recvng Live Hang |
| Frazier,Debra L | A | 8/28/1997 | | | JCK PL-1st Eviscerating |
| Bell,Jo Ann | A | 10/6/1997 | | | JCK PL-1st Deboning 3 |
| Fenn,Brenda S | T | 10/8/1997 | 9/1/2004 | 8/7/2001 | JCK PL-2nd Deboning 2 |
| Johnson,Rose M | T | 6/1/1996 | 6/16/2006 | 5/10/2006 | JCK PL-1st DSI |
| Hawkins,Charlie R | A | 1/11/1998 | | | JCK PL-1st Recvng Live Hang |
| Silar,Mildred J | A | 1/21/1998 | | | JCK PL-1st Deboning 5 |
| Burks,Sandra K | A | 2/2/1998 | | | JCK PL-1st Eviscerating |
| Terry,Cynthia L | A | 2/11/1998 | | | JCK PL-1st Deboning 4 |
| Skates,Edna L | T | 2/18/1998 | 7/19/2004 | | JCK PL-2nd Reprocessing |
| Williams,Phyllis T | A | 4/1/1998 | | | JCK PL-2nd Debone 6 |
| Cooper,Gina V | A | 4/6/1998 | 4/2/2001 | 1/23/2006 | JCK PL-1st Debone 6 |
| Gasca,Miguel | T | 4/14/1998 | 3/18/2005 | 11/9/1998 | JCK PL-2nd Deboning 1 |
| White,Deborah A | T | 5/17/1998 | 9/1/2005 | | JCK PL-2nd Debone Supvr |
| Dowell,Michael R | T | 7/1/1998 | 3/2/2004 | | JCK PL-1st Leg Processing |

| | | | | | |
|---|---|---|---|---|---|
| Vaughn,Melissa L | T | 7/20/1998 | 9/13/2005 | | JCK PL-1st Deboning 5 |
| Qawishabazz,Angela | A | 8/12/1998 | | | JCK PL-1st DSI |
| Jones,Keith L | T | 8/14/1998 | 3/5/2004 | | JCK PL-1st Perimeter |
| Davis,Christopher | A | 8/30/1998 | | | JCK PL-2nd Perimeter |
| Whitehead,Mary A | A | 8/31/1998 | | | JCK PL-1st Deboning 5 |
| Johnson,Florene | L | 9/21/1998 | | | JCK PL-1st Debone 6 |
| Long,Glenda L | T | 9/21/1998 | 1/14/2005 | 7/19/2001 | JCK PL-2nd Quality Assurance |
| Gary,Joshua | T | 9/27/1998 | 6/13/2005 | 7/7/2004 | JCK PL-1st Recvng Live Hang |
| Henderson,Cornelia M | A | 10/12/1998 | 2/16/2000 | 2/13/2001 | JCK PL-1st Deboning 7 |
| Sams,Laqueena D | L | 10/12/1998 | 8/20/1999 | 6/12/2001 | JCK PL-1st Quality Assurance |
| Johnson,Gregory C | T | 10/25/1998 | 9/2/2004 | | JCK PL-2nd Leg Processing |
| Thomas,Jason A | T | 11/8/1998 | 10/20/2005 | 12/3/2004 | JCK PL-2nd DSI |
| Nickels,Sue M | A | 12/2/1998 | | | JCK PL-2nd Leg Processing |
| Gully,Cathan M | T | 12/2/1998 | 6/15/2004 | | JCK PL-2nd Eviscerating |
| Caldwell,Laquina S | T | 12/2/1998 | 2/13/2006 | 12/10/2004 | JCK PL - 1st Debone 9 |
| Adams,Samuel T | A | 3/8/1999 | 5/26/1999 | 3/14/2006 | JCK PL-1st Recvng Live Hang |
| Harris,Anada S | A | 5/23/1999 | 8/1/2001 | 6/12/2004 | JCK PL-1&2 Weighmaster |
| Smith,Kevin L | T | 6/23/1999 | 8/29/2006 | | JCK PL-1st Recvng Live Hang |
| Scott,Catherine | A | 6/30/1999 | | | JCK PL-1st Eviscerating |
| Hook,James A | A | 6/30/1999 | 7/13/1999 | 10/11/2006 | JCK PL-1st Recvng Live Hang |
| Coston,Kenneth L | T | 7/14/1999 | 10/31/2006 | 4/24/2006 | JCK PL-2nd Quality Assurance |
| Barnes,Leroy | T | 8/11/1999 | 12/17/2004 | | JCK PL-2nd Recvng Live Hang |
| Daniels,Melissa L | A | 9/13/1999 | | | JCK PL-1st Perimeter |
| Laster,Isacc J | A | 10/17/1999 | 8/15/2005 | 2/20/2006 | JCK PL-1st Recvng Live Hang |
| Robinson,Tracy L | A | 10/20/1999 | | | JCK PL-2nd Debone Supvr |
| Figueroa,Jaime S | T | 11/10/1999 | 3/7/2004 | 6/14/2001 | JCK PL-2nd Recvng Live Hang |
| Collier,Keff | A | 11/14/1999 | | | JCK PL-2nd Leg Processing |
| Castillo,Manuel J | A | 11/15/1999 | 12/2/2002 | 3/11/2003 | JCK PL-1st Deboning 4 |
| Quinones,Norma A | A | 11/22/1999 | | | JCK PL-1st DSI |
| Aguilar,Rosa A | T | 11/29/1999 | 11/14/2006 | 8/4/2000 | JCK PL-1st Perimeter |
| Cauley,Virginia | A | 1/16/2000 | | | JCK PL-1st Eviscerating |
| Dalola,Donald R | T | 1/16/2000 | 5/19/2006 | 11/15/2004 | JCK PL-2nd DSI |
| Timothy,John A | T | 3/21/2000 | 10/9/2006 | 10/11/2004 | JCK PL-1st DSI |
| Bogan,Arthur C | T | 4/14/2000 | 3/15/2004 | 5/9/2002 | JCK PL-1st Recvng Live Hang |
| Ramirez,Baltazar | T | 5/8/2000 | 4/1/2005 | 11/23/2004 | JCK PL-1st Perimeter |
| Hall,Jacqulyn M | A | 6/7/2000 | | | JCK PL-1st Debone 6 |
| Bell,Lisa A | A | 7/18/2000 | | | JCK PL-2nd Eviscerating |
| Lee,Willie F | T | 8/16/2000 | 4/11/2004 | | JCK PL-2nd Recvng Live Hang |
| Guerrero,Jose L | T | 8/23/2000 | 10/12/2004 | 4/4/2002 | JCK PL-1st Leg Processing |
| Caldwell,Lanadra S | T | 12/12/2000 | 5/15/2006 | 6/19/2001 | JCK PL-1st Debone Supvr |
| Wheeler,Detrick L | T | 12/13/2000 | 3/1/2004 | 10/7/2002 | JCK PL-1st Eviscerating |
| Andrews,Lynette | T | 1/10/2001 | 10/5/2004 | | JCK PL-1st Aging |
| Carson,Connie S | A | 1/23/2001 | | | JCK PL-1st Perimeter |
| Wilkerson,Miriam L | T | 1/23/2001 | 9/13/2005 | | JCK PL-1st Eviscerating |
| Goad,Gary W | T | 1/24/2001 | 5/16/2005 | 3/7/2005 | JCK PL-2nd Recvng Live Hang |
| Holder,Jonathan G | T | 2/13/2001 | 10/14/2004 | 6/28/2004 | JCK PL-2nd Recvng Live Hang |
| Varnitas,Pedro | A | 2/14/2001 | | | JCK PL-2nd Deboning 3 |
| Carnley,Jon L | T | 2/28/2001 | 5/9/2006 | | JCK PL-2nd Recvng Live Hang |
| Coleman,Virginia | A | 3/20/2001 | | | JCK PL-1st Deboning 3 |
| Smith,Vernita L | A | 3/20/2001 | | | JCK PL-1st Quality Assurance |
| Baker,Deaundray L | T | 3/27/2001 | 7/6/2004 | 5/4/2004 | JCK PL-1st Recvng Live Hang |
| Cooks,Barbara J. | A | 4/3/2001 | | | JCK PL-1st Eviscerating |
| Foster,Nora L | L | 4/3/2001 | | | JCK PL-1st Deboning 4 |
| Townsend,Angela L | T | 4/4/2001 | 2/24/2005 | | JCK PL-2nd Eviscerating |
| Soto,Amilcar G | T | 4/18/2001 | 10/25/2004 | 11/26/2002 | JCK PL-1st Deboning 3 |
| Sanders,Kristie D | T | 5/9/2001 | 11/20/2006 | 11/6/2006 | JCK PL-1st Deboning 1 |
| Harrell,Nadine B | T | 5/9/2001 | 2/22/2007 | | JCK PL-2nd Eviscerating |
| Mount,Lanetta | T | 5/22/2001 | 11/4/2004 | 10/28/2002 | JCK PL-1st Deboning 5 |

| | | | | | |
|---|---|---|---|---|---|
| Cape,Melanie A | A | 5/23/2001 | | | JCK PL-1st Deboning 1 |
| Tonn,Susan R | T | 5/30/2001 | 7/16/2004 | | JCK PL-1st Eviscerating |
| Bacciri,Andrea | A | 6/13/2001 | | | JCK PL-2nd Leg Processing |
| Parks,Ronald J | T | 6/13/2001 | 6/2/2004 | 3/1/2004 JCK PL-1st Aging |
| Moore,Andrew | T | 6/20/2001 | 7/20/2004 | | JCK PL-2nd Perimeter |
| Wright,Pamela D | T | 6/20/2001 | 10/2/2005 | | JCK PL-2nd Eviscerating |
| Messick,Ruth W | T | 6/26/2001 | 10/18/2004 | | JCK PL-1st Quality Assurance |
| Soto-Roa,Antonio | A | 6/28/2001 | | | JCK PL-1st Debone 6 |
| Martinez,Lucia | A | 7/3/2001 | | | JCK PL-1st Deboning 4 |
| Guerra,Norma L | T | 7/3/2001 | 9/15/2004 | | JCK PL-1st Deboning 3 |
| Alvarez,Laura L | T | 7/11/2001 | 11/7/2005 | 12/15/2003 JCK PL-1st Deboning 3 |
| Finch,Carolyn S | A | 7/17/2001 | | | JCK PL-1st Perimeter |
| Marquez,Carmen | T | 7/17/2001 | 10/31/2006 | 3/22/2005 JCK PL-1st Debone Supvr |
| McErvin,Tamera | T | 7/31/2001 | 3/9/2004 | | JCK PL-1st Perimeter |
| Harbuck,Anthony L | T | 7/31/2001 | 8/2/2004 | | JCK PL-1st Eviscerating |
| Delgado,Eric S | A | 8/13/2001 | 11/1/2001 | 12/4/2001 JCK PL-1st Deboning 3 |
| Silva,Macario | T | 8/15/2001 | 3/22/2004 | 11/17/2003 JCK PL-1st Leg Processing |
| Council,Earnestine | L | 8/21/2001 | | | JCK PL-1st Quality Assurance |
| Hammonds,Tamara J | T | 8/21/2001 | 5/31/2006 | | JCK PL-2nd Debone Supvr |
| Cabrera,Juan | T | 8/23/2001 | 5/24/2005 | | JCK PL-2nd Leg Processing |
| McLendon,Tamika L | A | 8/28/2001 | | | JCK PL-1st Eviscerating |
| Tarver,Jermaine | A | 8/28/2001 | 10/29/2003 | 9/27/2006 JCK PL-1st Leg Processing |
| Torres,Guadalupe | A | 9/4/2001 | | | JCK PL-2nd Deboning 3 |
| Torres,Jason | A | 9/4/2001 | | | JCK PL-2nd Deboning 4 |
| Suarez,Adam | T | 9/4/2001 | 3/25/2005 | 8/9/2004 JCK PL-2nd Perimeter |
| McGhee,Nichole M | A | 9/6/2001 | | | JCK PL-1st DSI |
| Ramirez,Ernesto | A | 9/18/2001 | 7/29/2003 | 8/18/2003 JCK PL-1st Deboning 4 |
| Perez,Jairo Soto | T | 9/24/2001 | 8/1/2005 | 2/10/2003 JCK PL-1st Deboning 4 |
| Flores,Norma C | A | 9/26/2001 | | | JCK PL-1st Perimeter |
| Davis,Gary | A | 10/10/2001 | | | JCK PL-2nd Deboning 4 |
| Slater,Royal J | T | 10/24/2001 | 4/26/2004 | | JCK PL-2nd Perimeter |
| Stephenson,Glenda M | A | 10/30/2001 | | | JCK PL-1st Aging |
| Copeland,Eddie D | T | 10/31/2001 | 12/28/2004 | | JCK PL-2nd Recvng Live Hang |
| Wilson,Phyllies L | T | 11/14/2001 | 7/14/2004 | | JCK PL-2nd Quality Assurance |
| Ingram,Tomika A | T | 11/20/2001 | 11/7/2005 | | JCK PL-1st Quality Assurance |
| Sellers,Tammie Y | T | 11/28/2001 | 8/10/2004 | | JCK PL-2nd Eviscerating |
| Kerr,William R | T | 11/28/2001 | 3/18/2005 | | JCK PL-2nd Eviscerating |
| Bartolome,Francisco | T | 12/2/2001 | 12/9/2004 | 10/28/2004 JCK PL-2nd Perimeter |
| Valdez,Celsa M | A | 12/9/2001 | 12/1/2003 | 7/12/2004 JCK PL-1st Deboning 3 |
| Ramirez,Ricardo | A | 1/3/2002 | 1/5/2006 | 1/17/2006 JCK PL-1st Perimeter |
| Hancock,Herman L | T | 1/16/2002 | 3/23/2005 | | JCK PL-2nd Perimeter |
| Eutsey Jr,Eddie | T | 1/23/2002 | 2/1/2005 | | JCK PL-2nd Debone Supvr |
| Francisco,Bartolome D | A | 1/30/2002 | 1/27/2003 | 8/23/2004 JCK PL-2nd Eviscerating |
| Ocampo,Ana L. | T | 1/30/2002 | 1/6/2005 | 7/12/2004 JCK PL-1st Deboning 5 |
| Rowe,Margaret | A | 2/5/2002 | | | JCK PL-1st Paws Labor |
| Lopez,Eduardo | T | 2/13/2002 | 4/12/2004 | | JCK PL-2nd Deboning 4 |
| Romero,Rudy | T | 2/13/2002 | 8/12/2004 | 3/2/2004 JCK PL-2nd Deboning 5 |
| Zapata,Alberto E | T | 2/13/2002 | 3/16/2005 | 1/7/2005 JCK PL-2nd Deboning 5 |
| Baker,Brenda D | A | 2/27/2002 | | | JCK PL-2nd Reprocessing |
| Lozano,Naomi S | T | 3/6/2002 | 11/3/2004 | 8/11/2003 JCK PL-2nd Deboning 5 |
| Coleman,Maurice L | T | 3/14/2002 | 4/8/2005 | 3/7/2005 JCK PL-1st Perimeter |
| Madrid,Jessica | A | 4/4/2002 | 1/9/2003 | 10/30/2006 JCK PL-1st Deboning 4 |
| Holguin,Marleen M | A | 4/4/2002 | 6/22/2004 | 2/1/2005 JCK PL-1st Deboning 7 |
| Leger,Valisha D | A | 4/4/2002 | 4/6/2003 | 12/4/2006 JCK PL-2nd Quality Assurance |
| Lara,Daniel | T | 4/4/2002 | 6/4/2004 | | JCK PL-1st Deboning 4 |
| Hernandez,Luis A | T | 4/9/2002 | 5/22/2006 | | JCK PL-2nd Recvng Live Hang |
| Evans,Anthony G | T | 4/11/2002 | 4/13/2004 | | JCK PL-1st Perimeter |
| Montes Jr,Josvaldo | T | 4/11/2002 | 9/12/2005 | 3/9/2004 JCK PL - 1st Debone 9 |

| Name | | | | | |
|---|---|---|---|---|---|
| Ramirez,Pedro | T | 4/15/2002 | 5/12/2005 | 4/18/2005 | JCK PL-1st Deboning 3 |
| Rendon,Israel | T | 4/18/2002 | 10/25/2005 | 2/25/2005 | JCK PL-1st Deboning 2 |
| Pryor,Ethel R | T | 5/9/2002 | 3/17/2005 | | JCK PL-2nd Eviscerating |
| Salinas,Margarita | T | 5/9/2002 | 3/23/2005 | 11/26/2002 | JCK PL-1st Deboning 2 |
| Lopez,Gabriel M | T | 5/9/2002 | 9/5/2006 | | JCK PL-1st Deboning 4 |
| Calixto,Michael | T | 5/23/2002 | 9/8/2005 | 8/31/2005 | JCK PL-2nd Eviscerating |
| Hudson,Charlie W | A | 5/30/2002 | | | JCK PL-1st Recvng Live Hang |
| Gonzales Jr.,Raul | A | 6/7/2002 | | | JCK PL-2nd Aging |
| Puac-Perez,Demetrio | T | 6/12/2002 | 1/30/2005 | 1/7/2005 | JCK PL-2nd Eviscerating |
| Rios,Jessica | A | 6/24/2002 | | | JCK PL-1st Deboning 3 |
| Diego,Miguel S | A | 6/24/2002 | | | JCK PL-1st Debone 6 |
| Ignacio,Juana F | T | 7/2/2002 | 10/4/2004 | | JCK PL-2nd Deboning 4 |
| Alvarado,Richard L | T | 7/2/2002 | 3/10/2005 | | JCK PL-2nd Deboning 4 |
| Richardson,Tracey | A | 7/8/2002 | | | JCK PL-1st Debone 6 |
| Dunn,Angela S | T | 7/8/2002 | 8/24/2004 | | JCK PL-1st Aging |
| Smith,Emma J | A | 7/15/2002 | | | JCK PL-1st Paws Labor |
| Alvarado,Rosa | T | 7/17/2002 | 8/10/2005 | 2/11/2005 | JCK PL-2nd Deboning 5 |
| Espinoza,Michael | T | 7/21/2002 | 8/10/2004 | | JCK PL-2nd Deboning 3 |
| Rosado,Mixtia L | T | 7/21/2002 | 8/17/2004 | 10/16/2003 | JCK PL-2nd Deboning 5 |
| Sosa,Jesse | T | 7/21/2002 | 5/3/2005 | | JCK PL-2nd Deboning 2 |
| Almaguer,Luis | T | 7/21/2002 | 9/18/2006 | | JCK PL-2nd Deboning 3 |
| Williams,Alan B | T | 7/29/2002 | 7/26/2004 | | JCK PL-1st Leg Processing |
| Villanueva,Uvaldo | A | 7/31/2002 | | | JCK PL-2nd Deboning 3 |
| Martinez,Ivan | A | 7/31/2002 | 9/8/2006 | 11/13/2006 | JCK PL-2nd DSI |
| Reyes,Guadalupe | T | 7/31/2002 | 12/28/2004 | 4/20/2004 | JCK PL-2nd Deboning 2 |
| Cazares,Leopoldo | T | 7/31/2002 | 8/8/2005 | | JCK PL-1st Deboning 4 |
| Leger,Gladys E | A | 8/5/2002 | | | JCK PL-2nd Quality Assurance |
| Johnson,Sirnell D | T | 8/5/2002 | 2/10/2006 | 5/4/2004 | JCK PL-1st Recvng Live Hang |
| Nunez,Antonio O | T | 8/7/2002 | 3/1/2004 | | JCK PL-1st Deboning 2 |
| Diaz,Juan J | T | 8/7/2002 | 6/8/2004 | | JCK PL-2nd Deboning 4 |
| Pizano,Michael P | T | 8/7/2002 | 8/10/2004 | | JCK PL-1st Deboning 2 |
| Diego,Sebastian | T | 8/7/2002 | 3/1/2006 | 6/9/2003 | JCK PL-2nd Deboning 2 |
| Austin,Annie P | A | 8/12/2002 | | | JCK PL-1st Deboning 3 |
| Bush,Betty J | A | 8/19/2002 | | | JCK PL-1st Perimeter |
| Sheffield,Evelyn | T | 8/19/2002 | 2/22/2005 | | JCK PL-1st Eviscerating |
| Lerma,Edelina | T | 8/28/2002 | 6/7/2004 | | JCK PL-2nd Deboning 4 |
| Reyes,Elizabeth | T | 8/28/2002 | 6/29/2004 | 4/20/2004 | JCK PL-2nd Deboning 3 |
| Diego,Bartolome | T | 8/28/2002 | 7/12/2004 | | JCK PL-2nd Deboning 2 |
| Mares Jr,Rolando | T | 8/28/2002 | 10/3/2004 | | JCK PL-2nd Deboning 2 |
| Anzo,Zidnnya | T | 8/28/2002 | 7/21/2005 | 5/27/2005 | JCK PL-1st Deboning 5 |
| Gonez,John G | T | 8/28/2002 | 1/18/2006 | 5/27/2005 | JCK PL-2nd Deboning 4 |
| Martinez,Yessica | T | 8/28/2002 | 1/20/2006 | 9/22/2004 | JCK PL-2nd Eviscerating |
| Cortez,Alfredo | T | 8/28/2002 | 2/19/2007 | 3/15/2006 | JCK PL-1st Debone 6 |
| Kelley,Mary J | T | 9/3/2002 | 5/19/2004 | | JCK PL-2nd Perimeter |
| Bolte,Ora J | A | 9/9/2002 | | | JCK PL-2nd Perimeter |
| McWaters,Wesley J | T | 9/16/2002 | 1/16/2005 | | JCK PL-2nd Debone Supvr |
| Lawrence,Jonathan C | T | 9/16/2002 | 6/16/2006 | 4/10/2006 | JCK PL-2nd Recvng Live Hang |
| Lopez III,Leoncio | A | 9/23/2002 | 2/15/2005 | 1/22/2007 | JCK PL-2nd Debone 1 |
| Lopez,Willberto | T | 9/23/2002 | 11/29/2004 | | JCK PL-2nd Deboning 2 |
| De la Fuente,Joe | T | 9/23/2002 | 5/9/2005 | | JCK PL-2nd Deboning 4 |
| Mojarro,Amanda | T | 9/23/2002 | 2/8/2007 | 8/23/2004 | JCK PL-2nd Eviscerating |
| Crittenden,Gene M | A | 10/7/2002 | | | JCK PL-1st Leg Processing |
| Kiser,Mableline | T | 10/7/2002 | 1/11/2006 | | JCK PL-1st Deboning 4 |
| Chapman,Duana F | T | 10/14/2002 | 7/20/2006 | 3/14/2006 | JCK PL-1st Leg Processing |
| Cazarez,Florentino | T | 10/16/2002 | 8/29/2005 | | JCK PL-1st Deboning 4 |
| Navarrette,Roman | T | 10/16/2002 | 12/9/2005 | | JCK PL-2nd Deboning 3 |
| Carey,Renesha C | A | 10/28/2002 | | | JCK PL-1st Leg Processing |
| Barefoot,Janet E | A | 11/4/2002 | | | JCK PL-1st Perimeter |

| Name | Type | Date 1 | Date 2 | Date 3 | Position |
|---|---|---|---|---|---|
| Arellano,Florentino | A | 11/11/2002 | | | JCK PL-1st Deboning 4 |
| Valdez,Carlos | T | 11/11/2002 | 3/7/2004 | | JCK PL-2nd Deboning 5 |
| Rocha,Johnny R | T | 11/11/2002 | 10/5/2004 | | JCK PL-2nd Deboning 3 |
| Aruz,Andres L | T | 11/11/2002 | 12/7/2004 | 11/15/2004 | JCK PL-2nd Eviscerating |
| Vasquez,Armando | T | 11/11/2002 | 12/22/2004 | | JCK PL-2nd Deboning 2 |
| Ocampo,Jesus A | T | 11/11/2002 | 12/28/2004 | | JCK PL-2nd Deboning 4 |
| Almaguer,Damasio | T | 11/11/2002 | 8/15/2005 | | JCK PL-2nd Deboning 2 |
| Mata,Hugo C | T | 11/11/2002 | 2/24/2006 | | JCK PL-2nd Deboning 3 |
| Foster,Lequan M | A | 11/18/2002 | 6/22/2005 | 12/5/2005 | JCK PL-1st Recvng Live Hang |
| Dobbs,Misty L | A | 11/25/2002 | | | JCK PL-2nd Quality Assurance |
| Rico-Haro,Miguel A | A | 11/26/2002 | 11/7/2005 | 6/26/2006 | JCK PL-1st Perimeter |
| Villareal,Mark | A | 12/2/2002 | | | JCK PL-2nd Deboning 3 |
| Ledezma,Francisco J | T | 12/2/2002 | 4/20/2004 | | JCK PL-2nd Eviscerating |
| Pacheco,Jesse | T | 12/2/2002 | 8/9/2004 | | JCK PL-1st Deboning 3 |
| Rivera-Almodovar,Franklin | T | 12/2/2002 | 12/13/2004 | | JCK PL - 2nd Debone 9 |
| Hernandez,Guadalupe | A | 12/16/2002 | 5/2/2004 | 8/7/2006 | JCK PL-2nd Deboning 5 |
| Larios,Miguel A | T | 12/16/2002 | 5/27/2004 | 5/5/2004 | JCK PL-1st Deboning 1 |
| Scott,Teresa | T | 12/16/2002 | 8/22/2005 | | JCK PL-2nd Perimeter |
| Zaragoza-Vargas Jr.,Johnny | A | 1/14/2003 | | | JCK PL-2nd Deboning 5 |
| Vega-Helmout,Antonio | A | 1/14/2003 | | | JCK PL-2nd Deboning 5 |
| Vasques,Jose | T | 1/14/2003 | 4/14/2004 | | JCK PL-2nd Leg Processing |
| Flores,Angelica M | T | 1/14/2003 | 4/20/2004 | | JCK PL-2nd Eviscerating |
| Garces Jr,Daniel | T | 1/14/2003 | 5/2/2004 | | JCK PL-2nd Deboning 5 |
| Barron Jr.,Rogelio | T | 1/14/2003 | 9/20/2004 | | JCK PL-2nd Leg Processing |
| Montoya,Phillip P | T | 1/14/2003 | 12/13/2004 | | JCK PL-2nd Deboning 4 |
| Mateo,Martin | T | 1/14/2003 | 11/10/2006 | 4/4/2006 | JCK PL-2nd Deboning 4 |
| Martinez,Ana I | T | 1/15/2003 | 8/9/2004 | | JCK PL-1st Deboning 2 |
| Cisneros,Jesus | T | 1/15/2003 | 10/3/2004 | | JCK PL-2nd Deboning 5 |
| Spencer,Steven J | T | 1/20/2003 | 5/3/2004 | | JCK PL-1st Leg Processing |
| Tran,Nga | T | 1/27/2003 | 3/10/2004 | | JCK PL-1st Perimeter |
| Rivera,Luis M | T | 2/3/2003 | 3/15/2004 | | JCK PL-1st Quality Assurance |
| Johnson,Allen P | T | 2/3/2003 | 4/28/2004 | | JCK PL-2nd Leg Processing |
| Pennington,Keko K. | T | 2/3/2003 | 5/16/2005 | 11/15/2004 | JCK PL-1st Leg Processing |
| Kirkland Jr,Dennison W | T | 2/3/2003 | 9/15/2006 | | JCK PL-1st Aging |
| Lara,Irasema C | T | 2/10/2003 | 5/19/2004 | 4/14/2004 | JCK PL-1st Eviscerating |
| Burgess,Irene | T | 2/10/2003 | 9/8/2004 | | JCK PL-1st Perimeter |
| Guzman,Michael | T | 2/10/2003 | 11/22/2004 | | JCK PL-1st Recvng Live Hang |
| Cruz,Eric | T | 2/10/2003 | 2/28/2005 | | JCK PL-2nd Recvng Live Hang |
| Valencia,Moises | T | 2/10/2003 | 11/17/2005 | | JCK PL-1st Deboning 3 |
| Motsko,George | T | 2/10/2003 | 6/23/2006 | 8/17/2005 | JCK PL-1st Leg Processing |
| Morales,Richard A | T | 2/10/2003 | 8/9/2006 | 1/26/2006 | JCK PL-1st Deboning 2 |
| Flores,Alex Y | A | 2/11/2003 | | | JCK PL-2nd Eviscerating |
| Calderon,Roxann | T | 2/11/2003 | 4/21/2004 | 4/14/2004 | JCK PL-1st Deboning 1 |
| Suarez,Juliana | T | 2/11/2003 | 7/6/2004 | 1/20/2004 | JCK PL-2nd Perimeter |
| Hernandez,Estanislado | T | 2/11/2003 | 12/28/2004 | | JCK PL-2nd Recvng Live Hang |
| Reyes,Marco A | T | 2/11/2003 | 12/28/2004 | 11/3/2003 | JCK PL-2nd Deboning 2 |
| Navarrete,Salomon | T | 2/11/2003 | 12/28/2004 | | JCK PL-2nd Deboning 4 |
| Gutierrez,Jose M | T | 2/11/2003 | 5/25/2005 | | JCK PL-2nd Deboning 4 |
| Zepeda Jr.,Manuel | T | 2/11/2003 | 12/9/2005 | | JCK PL-2nd Leg Processing |
| Reese,Angelo | A | 2/17/2003 | | | JCK PL-2nd Perimeter |
| Copeland,Letha M | A | 2/24/2003 | | | JCK PL-2nd Perimeter |
| Romero,Flor D | A | 3/3/2003 | | | JCK PL-1st Quality Assurance |
| Martinez,Patrick | A | 3/3/2003 | 10/25/2004 | 2/5/2007 | JCK PL-2nd DSI |
| Figueroa,Ramona | T | 3/3/2003 | 1/10/2005 | | JCK PL-1st Deboning 5 |
| Perez Jr,Manuel | T | 3/3/2003 | 2/9/2005 | | JCK PL-1st Perimeter |
| Torres,Jean P | T | 3/3/2003 | 2/10/2005 | | JCK PL-2nd Deboning 5 |
| Orosco,Melissa M | T | 3/3/2003 | 4/24/2005 | | JCK PL-2nd Eviscerating |
| Rodriguez,Jose N | T | 3/3/2003 | 4/24/2005 | | JCK PL-2nd Eviscerating |

| | | | | | |
|---|---|---|---|---|---|
| Romero,Gasper W | T | 3/3/2003 | 8/29/2005 | | JCK PL-2nd Leg Processing |
| Coronado,Juan D | T | 3/3/2003 | 1/25/2006 | 10/15/2004 | JCK PL-2nd Recvng Live Hang |
| Mireles,Emanuel A | A | 3/4/2003 | 8/18/2004 | 3/8/2005 | JCK PL-2nd Recvng Live Hang |
| Jimenez,Tony | A | 3/4/2003 | | | JCK PL-2nd Deboning 5 |
| Garcia,Esteban | T | 3/4/2003 | 6/4/2004 | | JCK PL-2nd Reprocessing |
| Ramos,Maria R | T | 3/4/2003 | 3/23/2005 | 8/23/2004 | JCK PL-2nd Deboning 3 |
| Mejia,Susana | T | 3/4/2003 | 6/6/2005 | 7/26/2004 | JCK PL-1st Leg Processing |
| Minton,Christy A | T | 3/4/2003 | 2/14/2006 | | JCK PL - 1st Debone 9 |
| Torres,Ronnie O | T | 3/4/2003 | 5/2/2006 | | JCK PL-2nd Deboning 5 |
| Castaneida,Concepcion | T | 3/4/2003 | 2/19/2007 | 5/15/2006 | JCK PL-1st Deboning 3 |
| Almaguer,Rosalba | A | 3/12/2003 | | | JCK PL-1st Deboning 5 |
| Martinez,Gloria | T | 3/12/2003 | 8/2/2005 | 5/27/2005 | JCK PL - 1st Debone 9 |
| White,Curtis L | T | 3/17/2003 | 10/28/2004 | | JCK PL-1st Leg Processing |
| Johnson,Fletcher | T | 3/17/2003 | 11/16/2004 | | JCK PL-2nd Aging |
| Coleman,Rachael M | T | 3/17/2003 | 12/28/2004 | | JCK PL-1st Deboning 2 |
| Diaz,Gary A | T | 3/17/2003 | 2/15/2005 | | JCK PL-1st Debone Supvr |
| Thomas,Jeremy M | T | 3/31/2003 | 9/16/2004 | | JCK PL- Personnel/Safety |
| Valencia,Joanna | A | 4/7/2003 | 2/18/2005 | 10/3/2005 | JCK PL-1st Deboning 5 |
| Alejandro,Ricardo | A | 4/7/2003 | | | JCK PL-2nd Leg Processing |
| Delages,Detra | T | 4/7/2003 | 12/6/2004 | | JCK PL-1st Deboning 4 |
| Salinas,Ignacio | T | 4/7/2003 | 3/1/2005 | | JCK PL-2nd Deboning 2 |
| Ubaldo,Guillermo E. | T | 4/7/2003 | 3/24/2005 | 2/25/2004 | JCK PL - 1st Debone 9 |
| Arambulo,Pedro M | T | 4/7/2003 | 6/5/2006 | | JCK PL-2nd Deboning 5 |
| Martinez Jr,Timothy J | T | 4/7/2003 | 3/12/2007 | | JCK PL-2nd Deboning 4 |
| Salcido,Francisco | A | 4/7/2003 | | | JCK PL-2nd Aging |
| Guerra,Leodoro | A | 4/7/2003 | | | JCK PL-2nd Leg Processing |
| Albarado,Jose | A | 4/7/2003 | | | JCK PL-2nd Leg Processing |
| Gutierrez,Ruben | T | 4/7/2003 | 8/15/2004 | | JCK PL-2nd Eviscerating |
| Hernandez,Carlos D | T | 4/7/2003 | 10/21/2004 | | JCK PL-2nd Perimeter |
| Cartajena,Grisel | T | 4/7/2003 | 10/26/2004 | | JCK PL-2nd Eviscerating |
| Mendoza,Pauline C | T | 4/7/2003 | 1/5/2005 | | JCK PL-2nd Deboning 2 |
| Silva,Danie | T | 4/7/2003 | 3/25/2005 | | JCK PL-2nd Deboning 2 |
| Cardoza,Irma | T | 4/7/2003 | 6/23/2006 | 11/3/2003 | JCK PL-2nd Deboning 2 |
| Cantu,Roberto | T | 4/7/2003 | 7/31/2006 | | JCK PL-2nd Leg Processing |
| Anguiano,Rosa E | A | 4/8/2003 | 10/19/2003 | 1/20/2004 | JCK PL-2nd Deboning 4 |
| Aguirre,Marylou | T | 4/8/2003 | 5/8/2006 | 5/5/2004 | JCK PL-2nd Deboning 2 |
| Tillis,Natasha | T | 4/14/2003 | 1/18/2005 | | JCK PL-1st Eviscerating |
| Jackson,Gloria D | T | 4/14/2003 | 12/19/2005 | | JCK PL-1st Perimeter |
| Rodriguez,Jose M | T | 4/17/2003 | 10/15/2004 | | JCK PL-2nd Eviscerating |
| Castillo,Chruistopher | T | 4/17/2003 | 3/30/2005 | | JCK PL-2nd Eviscerating |
| Stoudmire,Victoria | A | 4/21/2003 | | | JCK PL-1st Leg Processing |
| Whaley,Willie J | L | 4/28/2003 | | | JCK PL-1st Aging |
| Roman,Exiquio | T | 4/28/2003 | 3/8/2004 | | JCK PL-1st Leg Processing |
| Martinez,Inmer E | A | 5/5/2003 | 8/12/2003 | 1/17/2006 | JCK PL-1st Deboning 3 |
| Esparza,Irma | A | 5/5/2003 | 8/12/2003 | 1/17/2006 | JCK PL-1st Deboning 7 |
| Candelaria,Evangelista | A | 5/5/2003 | | | JCK PL-1st Perimeter |
| Burris,Danny D | A | 5/5/2003 | | | JCK PL-2nd Recvng Live Hang |
| Bustamante,Constantino | A | 5/5/2003 | | | JCK PL-2nd Recvng Live Hang |
| Maceda,Eva | A | 5/5/2003 | 5/27/2004 | 7/26/2004 | JCK PL-2nd Deboning 4 |
| Torrez,Angel L | A | 5/5/2003 | | | JCK PL-2nd Deboning 5 |
| Januari,Erasmo | A | 5/5/2003 | | | JCK PL-2nd Aging |
| Llamar,Eduardo | T | 5/5/2003 | 3/7/2004 | | JCK PL-2nd Deboning 4 |
| Perez,Mario | T | 5/5/2003 | 5/24/2004 | | JCK PL-2nd Eviscerating |
| Gutierrez,Leonel | T | 5/5/2003 | 6/8/2004 | | JCK PL-2nd Eviscerating |
| Lucena,Jesse | T | 5/5/2003 | 10/5/2004 | | JCK PL-2nd Deboning 3 |
| Ortiz,Samuel | T | 5/5/2003 | 11/16/2004 | | JCK PL-2nd Deboning 4 |
| Valentin,Hector M | T | 5/5/2003 | 11/22/2004 | | JCK PL-1st Recvng Live Hang |
| Marin,Aureliano | T | 5/5/2003 | 12/7/2004 | | JCK PL-2nd Perimeter |

| Name | Type | Date 1 | Date 2 | Date 3 | Description |
|---|---|---|---|---|---|
| Banda,Jose A | T | 5/5/2003 | 12/8/2004 | | JCK PL-2nd Deboning 4 |
| Camacho,Fabiola | T | 5/5/2003 | 12/28/2004 | 11/3/2003 | JCK PL-2nd Deboning 5 |
| Valduvinos,Miguel A | T | 5/5/2003 | 1/21/2005 | | JCK PL-2nd Deboning 5 |
| Cruz,Daniel | T | 5/5/2003 | 2/24/2005 | | JCK PL-2nd Deboning 4 |
| Iracheta,Aaron | T | 5/5/2003 | 4/11/2005 | | JCK PL-2nd Deboning 4 |
| Lopez,Gumero | T | 5/5/2003 | 8/11/2005 | | JCK PL - 2nd Debone 9 |
| Salazar,Norberto | T | 5/5/2003 | 8/21/2005 | | JCK PL-2nd Deboning 3 |
| Guzman,Pedro R | T | 5/5/2003 | 11/11/2005 | | JCK PL-2nd Perimeter |
| Robles,Jose C | T | 5/5/2003 | 5/19/2006 | | JCK PL-2nd Perimeter |
| Almaguer,Juan A | T | 5/5/2003 | 10/16/2006 | | JCK PL-2nd Recvng Live Hang |
| Vega,Hiran | T | 5/5/2003 | 3/11/2007 | 2/25/2005 | JCK PL-2nd Eviscerating |
| Negron,Jorge L | T | 5/21/2003 | 11/2/2005 | | JCK PL-2nd Deboning 4 |
| Sifuentez,Ruben | T | 5/21/2003 | 2/20/2006 | 7/12/2004 | JCK PL-2nd Deboning 5 |
| Santana,Luis A | T | 5/21/2003 | 5/2/2006 | | JCK PL-2nd Aging |
| Smith,Jennifer O. | T | 5/23/2003 | 4/30/2004 | | JCK PL-1st Perimeter |
| Solorio,Angelica | A | 6/9/2003 | 7/25/2005 | 8/31/2005 | JCK PL-2nd Eviscerating |
| Izaguirre,Geronimo | A | 6/9/2003 | 2/13/2004 | 7/12/2004 | JCK PL-2nd Recvng Live Hang |
| Rodriguez,Isidro | A | 6/9/2003 | | | JCK PL-2nd Aging |
| Garcia Jr,Jose C | A | 6/9/2003 | | | JCK PL-2nd Reprocessing |
| Leon,Felix | T | 6/9/2003 | 3/1/2004 | | JCK PL-2nd Deboning 5 |
| Lara,Yvonne S | T | 6/9/2003 | 7/6/2004 | | JCK PL-2nd Perimeter |
| Santacruz,Alianna | T | 6/9/2003 | 10/26/2004 | | JCK PL-1st Deboning 4 |
| Mejia,Abel | T | 6/9/2003 | 2/7/2005 | | JCK PL-2nd Aging |
| Quinones,Sergio L | T | 6/9/2003 | 9/1/2005 | | JCK PL-2nd Debone Supvr |
| Contreras,Jose A | T | 6/9/2003 | 9/23/2005 | 7/8/2005 | JCK PL-2nd Deboning 5 |
| Cuevas,Byron E | T | 6/9/2003 | 10/20/2005 | | JCK PL-2nd Aging |
| Arredondo,Jose G | T | 6/9/2003 | 7/20/2006 | | JCK PL-2nd Recvng Live Hang |
| Gonzalez,Raul | T | 6/9/2003 | 12/8/2006 | 4/27/2005 | JCK PL-1st Deboning 1 |
| Acevedo,Nicolas | T | 6/9/2003 | 3/2/2007 | | JCK PL-1st Deboning 4 |
| Pecina,Salome | A | 6/10/2003 | 4/13/2004 | 7/12/2004 | JCK PL-1st Deboning 2 |
| Games,Juan G | A | 6/10/2003 | | | JCK PL-1st Deboning 3 |
| Chavez,Maria A | A | 6/10/2003 | | | JCK PL-1st Deboning 5 |
| Ramirez,Juan G | A | 6/10/2003 | | | JCK PL-1st Aging |
| Mantilla,Liliana | A | 6/10/2003 | | | JCK PL-1st DSI |
| Rocha,Reyna | A | 6/10/2003 | 10/15/2003 | 6/9/2005 | JCK PL-2nd Debone 6 |
| Barajas,Carlos | L | 6/10/2003 | | | JCK PL-2nd Deboning 3 |
| Molina,Ernesto | T | 6/10/2003 | 3/31/2004 | | JCK PL-2nd Deboning 2 |
| Lugo,Ricardo L | T | 6/10/2003 | 6/9/2004 | | JCK PL-2nd Eviscerating |
| Reyes,Rosalinda | T | 6/10/2003 | 6/9/2004 | 4/20/2004 | JCK PL-2nd Deboning 3 |
| Sisnero,Irene | T | 6/10/2003 | 4/5/2005 | 11/23/2004 | JCK PL-1st Deboning 5 |
| Greer,Magnum | T | 6/23/2003 | 8/25/2006 | | JCK PL-1st Recvng Live Hang |
| Salinas Jr,Consepcion | A | 7/7/2003 | | | JCK PL-1st Deboning 4 |
| Cantu,Ricardo | A | 7/7/2003 | | | JCK PL-1st Deboning 4 |
| Hernandez,Hilario | A | 7/7/2003 | 5/4/2004 | 10/15/2004 | JCK PL-1st Debone 6 |
| Cepedes,Roberto | A | 7/7/2003 | | | JCK PL-1st Aging |
| Garcia,Victor H | A | 7/7/2003 | 6/4/2004 | 12/12/2006 | JCK PL-2nd Leg Processing |
| Lugo,Luis S | T | 7/7/2003 | 4/4/2004 | | JCK PL-2nd Deboning 3 |
| Bosquez Jr,Natividad | T | 7/7/2003 | 11/2/2004 | | JCK PL-1st Deboning 5 |
| Gonzalez Jr,Manuel | T | 7/7/2003 | 1/21/2005 | | JCK PL-1st Deboning 4 |
| Ortiz,Carlos | T | 7/7/2003 | 2/8/2005 | | JCK PL-1st Leg Processing |
| Reyna,Laura E | T | 7/7/2003 | 8/15/2005 | | JCK PL-1st Deboning 3 |
| Cruz,Jose | T | 7/7/2003 | 8/15/2005 | | JCK PL-1st Deboning 5 |
| Pedroza,Orlando | T | 7/7/2003 | 11/22/2005 | | JCK PL-1st Deboning 2 |
| Roman,Abimael | T | 7/7/2003 | 6/28/2006 | | JCK PL-2nd Leg Processing |
| Galindo,Richard R | T | 7/7/2003 | 9/11/2006 | | JCK PL-1st Deboning 5 |
| Tello,SanJuana | T | 7/14/2003 | 6/22/2005 | 4/4/2005 | JCK PL-1st Deboning 1 |
| Wade,Brandon M | A | 7/21/2003 | | | JCK PL-1st Perimeter |
| Curry,Lanina S | T | 7/21/2003 | 10/29/2004 | | JCK PL-1st Deboning 3 |

| Britt,Charles C | T | 7/21/2003 | 8/15/2005 | | JCK PL-2nd Aging |
| Williams,Katherine | A | 7/28/2003 | | | JCK PL-1st Paws Labor |
| Adams,Kesha M | T | 8/4/2003 | 4/8/2004 | | JCK PL-1st Deboning 1 |
| Reeves,Vera F | T | 8/4/2003 | 1/4/2006 | | JCK PL-1st Perimeter |
| Hinojosa,Juan | A | 8/11/2003 | | | JCK PL-2nd Deboning 2 |
| Garza,Evangelina | A | 8/11/2003 | 12/20/2005 | 10/30/2006 | JCK PL-2nd Deboning 4 |
| Vazquez,Catarino R | A | 8/11/2003 | | | JCK PL-2nd Deboning 7 |
| Yarrito,Elias | T | 8/11/2003 | 4/12/2004 | | JCK PL - 1st Debone 9 |
| Tovar Jr,Pedro | T | 8/11/2003 | 6/16/2004 | | JCK PL-1st Leg Processing |
| Vela,Emede | T | 8/11/2003 | 8/2/2004 | | JCK PL-1st Deboning 5 |
| Alvares,Pablo | T | 8/11/2003 | 1/20/2005 | | JCK PL-2nd Perimeter |
| Alara,Norberto | T | 8/11/2003 | 1/24/2005 | | JCK PL-2nd Perimeter |
| Juarez Jr,Jesus | T | 8/11/2003 | 2/28/2005 | | JCK PL-2nd Recvng Live Hang |
| Dominguez Jr,Alfonso | T | 8/11/2003 | 5/16/2005 | 9/22/2004 | JCK PL-1st Deboning 3 |
| Sanabria,Janet A | T | 8/11/2003 | 2/24/2006 | | JCK PL-1st Deboning 4 |
| Perez,Gelson O | T | 8/11/2003 | 3/20/2006 | | JCK PL-1st Perimeter |
| Kimbrel,Harry T | T | 8/11/2003 | 4/17/2006 | 1/24/2005 | JCK PL-1st Perimeter |
| Campos,Joshua J | T | 8/11/2003 | 5/8/2006 | | JCK PL-1st Deboning 5 |
| Gonzalez Jr,Elias | T | 8/11/2003 | 9/11/2006 | | JCK PL-1st Deboning 3 |
| Rios,Sonia | A | 8/20/2003 | | | JCK PL-2nd Eviscerating |
| Melgar,James A | A | 8/20/2003 | | | JCK PL-2nd Leg Processing |
| Mata Jr,Pedro | T | 8/20/2003 | 3/7/2004 | | JCK PL-2nd Eviscerating |
| Vargas,David | T | 8/20/2003 | 10/8/2004 | | JCK PL-2nd Eviscerating |
| Mercado,Juan C | T | 8/20/2003 | 12/28/2004 | | JCK PL-2nd Eviscerating |
| Phillips,Robin E | T | 8/25/2003 | 4/4/2005 | 1/10/2005 | JCK PL-2nd Recvng Live Hang |
| Reynolds,Quinton C | T | 8/26/2003 | 11/29/2006 | 7/18/2005 | JCK PL-1st Recvng Live Hang |
| Daniels,Latanza C | A | 10/13/2003 | 10/22/2003 | 4/10/2006 | JCK PL-1st Quality Assurance |
| Jose,Vicente S | T | 10/20/2003 | 9/20/2004 | | JCK PL-2nd Leg Processing |
| Martin-Byrd,Sheri | T | 10/27/2003 | 9/27/2004 | | JCK PL-1st Perimeter |
| Castillo,Norma I | A | 11/3/2003 | 1/11/2005 | 3/8/2005 | JCK PL-2nd Deboning 3 |
| Peres,Manuel A. | A | 11/3/2003 | | | JCK PL-2nd Leg Processing |
| Becerra,Fernando Jr | T | 11/3/2003 | 1/21/2005 | | JCK PL-2nd Deboning 5 |
| Regalado,Roel | T | 11/3/2003 | 4/5/2005 | | JCK PL-2nd Deboning 3 |
| Berry,Martin A | A | 11/10/2003 | 1/7/2005 | 2/20/2006 | JCK PL-1st Leg Processing |
| Williams,Wendy M | T | 11/10/2003 | 7/1/2004 | | JCK PL-2nd Perimeter |
| Patterson,Jekevia L | T | 11/10/2003 | 7/5/2004 | | JCK PL-2nd Perimeter |
| Hernandez,Irma | A | 12/1/2003 | | | JCK PL-2nd Debone Supvr |
| Castro,Gilberto | T | 12/1/2003 | 11/2/2004 | 9/7/2004 | JCK PL-2nd Eviscerating |
| Rosario,Nikki N. | T | 12/1/2003 | 8/7/2006 | 11/4/2004 | JCK PL-1st Deboning 5 |
| Griffin,Kevin L | T | 12/8/2003 | 3/2/2004 | | JCK PL-1st Perimeter |
| Wilson,Elton J. | T | 12/8/2003 | 7/19/2004 | | JCK PL-2nd Perimeter |
| Phillips,Rodney S | T | 12/8/2003 | 5/17/2006 | | JCK PL-1st Aging |
| Acevedo,Valentin | A | 12/15/2003 | | | JCK PL-1st Deboning 5 |
| Ascencio,Federico | A | 12/15/2003 | | | JCK PL-1st Aging |
| De Jesus,Bennie | A | 12/15/2003 | | | JCK PL-1st Leg Processing |
| Zayas,Emilio J | T | 12/15/2003 | 3/8/2004 | | JCK PL-1st Deboning 1 |
| Cordero,Xiomara | T | 12/15/2003 | 7/25/2004 | | JCK PL-2nd Deboning 2 |
| Aviles,Jose | T | 12/15/2003 | 8/17/2004 | | JCK PL-1st Perimeter |
| Ramirez,Jorge E | T | 12/15/2003 | 11/17/2004 | | JCK PL-1st Perimeter |
| Rios,Jose V | T | 12/15/2003 | 3/3/2005 | | JCK PL-1st Leg Processing |
| Rodriguez,Jeffrey C | T | 12/15/2003 | 8/19/2005 | | JCK PL-1st Leg Processing |
| Garcia Jr,Javier | T | 12/15/2003 | 9/21/2005 | | JCK PL-1st Leg Processing |
| Trevino,Cristobal | T | 12/15/2003 | 6/8/2006 | | JCK PL-1st Aging |
| Hines,Keith L | T | 12/22/2003 | 3/22/2004 | | JCK PL-1st Perimeter |
| Valdez,Victor E | T | 12/22/2003 | 11/22/2004 | | JCK PL-2nd Perimeter |
| Carr,Marvin C | T | 12/22/2003 | 3/14/2005 | | JCK PL-1st Leg Processing |
| Gilbert,Latasha S | T | 1/12/2004 | 5/4/2004 | | JCK PL-1st Eviscerating |
| Moore,Cornelius | T | 1/12/2004 | 5/24/2004 | | JCK PL-1st Perimeter |

| De la Rosa,Jesus | A | 1/20/2004 | | | JCK PL-1st Perimeter |
|---|---|---|---|---|---|
| Canas,Carlos N | A | 1/20/2004 | 9/3/2004 | 5/30/2006 | JCK PL-2nd Deboning 7 |
| Madrid,Grewil J | A | 1/20/2004 | 10/20/2005 | 3/5/2007 | JCK PL-2nd Perimeter |
| Arzuaga,Migdalia | T | 1/20/2004 | 9/29/2004 | 7/26/2004 | JCK PL – 1st Debone 9 |
| Ramirez,Baltazar | T | 1/20/2004 | 10/5/2004 | | JCK PL-2nd Leg Processing |
| Flores,Oscar R | T | 1/20/2004 | 4/14/2005 | | JCK PL-2nd Leg Processing |
| Puga,Julio C | T | 1/20/2004 | 5/8/2006 | | JCK PL-2nd Perimeter |
| Serrano,Jessenia | T | 1/20/2004 | 5/9/2006 | | JCK PL-1st Eviscerating |
| Gissendanner,Larry Y | T | 2/2/2004 | 3/2/2004 | | JCK PL-1st Perimeter |
| Shirley,Aaron A | T | 2/2/2004 | 3/28/2004 | | JCK PL-2nd Leg Processing |
| McLeod,Richard A | T | 2/2/2004 | 3/30/2004 | | JCK PL-2nd Aging |
| Mercer,James R. | T | 2/2/2004 | 3/30/2004 | | JCK PL-2nd Leg Processing |
| Parker,Joseph B | T | 2/2/2004 | 3/23/2005 | | JCK PL-2nd Aging |
| Elder,Leroy | T | 2/9/2004 | 3/4/2004 | | JCK PL-2nd Perimeter |
| Elder,Marco | T | 2/9/2004 | 3/14/2004 | | JCK PL-2nd Perimeter |
| Burks,Melvin W | T | 2/9/2004 | 3/15/2004 | | JCK PL-2nd Perimeter |
| Acree,Pamela N | T | 2/9/2004 | 4/19/2004 | | JCK PL-1st Eviscerating |
| Russaw,Wayne T | T | 2/16/2004 | 6/30/2004 | | JCK PL-1st Perimeter |
| Barrera Jr,Eleazar | A | 2/20/2004 | | | JCK PL-2nd Eviscerating |
| Barajas,Juan M | T | 2/20/2004 | 5/13/2004 | | JCK PL-1st Leg Processing |
| Balderas,Manuel | T | 2/20/2004 | 5/9/2005 | 7/15/2004 | JCK PL-1st Deboning 3 |
| Perez III,Alejandro | T | 2/20/2004 | 9/28/2005 | 12/6/2004 | JCK PL-2nd Eviscerating |
| Brown,Gregory | T | 2/23/2004 | 4/9/2004 | | JCK PL-1st Perimeter |
| Stanfield,Antonio F | T | 2/23/2004 | 2/10/2005 | 7/6/2004 | JCK PL-2nd DSI |
| Miller,Heath J | T | 3/1/2004 | 3/22/2004 | | JCK PL-1st Perimeter |
| Mitchell,Marquetta T | T | 3/1/2004 | 4/6/2004 | | JCK PL-2nd Deboning 1 |
| Hernandez Jr.,Adan | T | 3/2/2004 | 4/12/2004 | | JCK PL-2nd Deboning 1 |
| Cuellar,Ronnie | T | 3/2/2004 | 4/18/2004 | | JCK PL-2nd Deboning 1 |
| Pineda,Melissa A | T | 3/2/2004 | 3/23/2005 | | JCK PL-2nd Perimeter |
| Shipman,Lee C | T | 3/8/2004 | 3/18/2004 | | JCK PL-1st Perimeter |
| Foster,Norman | T | 3/8/2004 | 3/22/2004 | | JCK PL-1st Leg Processing |
| Pierce,Donald E | T | 3/8/2004 | 7/12/2004 | | JCK PL-1st Leg Processing |
| Ramirez,Jose R | T | 3/9/2004 | 11/19/2004 | | JCK PL-1st Perimeter |
| Broughton,Jordan D | T | 3/15/2004 | 4/15/2004 | | JCK PL-1st Recvng Live Hang |
| James,Nathaniel | A | 4/12/2004 | | | JCK PL-1st Recvng Live Hang |
| Knight,Taletha J | T | 4/12/2004 | 4/21/2004 | | JCK PL-1st Deboning 1 |
| Pruitt,James B | T | 4/12/2004 | 4/29/2004 | | JCK PL-1st Perimeter |
| Howell,Bessie M | T | 4/12/2004 | 5/5/2004 | | JCK PL-1st Deboning 1 |
| Perez,Antonio L | T | 4/12/2004 | 6/30/2004 | | JCK PL-1st Aging |
| Hussey,Cynthia R | T | 4/12/2004 | 7/22/2004 | | JCK PL-1st Deboning 1 |
| Jones,Mary E | T | 4/12/2004 | 10/22/2004 | | JCK PL-1st DSI |
| Goldsmith,Rickey M | T | 4/12/2004 | 9/16/2005 | | JCK PL-1st Aging |
| Rivera,Yamil | A | 4/14/2004 | | | JCK PL-1st Eviscerating |
| Cruz,Wilfred H | A | 4/14/2004 | | | JCK PL-1st Aging |
| Gomez Jr,Jesse M | T | 4/14/2004 | 5/27/2004 | | JCK PL-1st Deboning 1 |
| Huff,Karlee | T | 4/14/2004 | 6/15/2004 | | JCK PL-1st Deboning 1 |
| Perez,Osbaldo | T | 4/14/2004 | 4/7/2006 | | JCK PL-1st Deboning 4 |
| Casado,Moraima | T | 4/14/2004 | 12/18/2006 | 12/13/2004 | JCK PL-1st Deboning 3 |
| Maddox,Sarah L | A | 4/19/2004 | | | JCK PL-1st Reprocessing |
| Crawford,Ozzie A | T | 4/19/2004 | 4/30/2004 | | JCK PL-2nd Leg Processing |
| Johnson,Eboni C | T | 4/19/2004 | 5/2/2004 | | JCK PL-2nd Deboning 1 |
| Mitchell,Jreamia L | T | 4/19/2004 | 1/27/2005 | | JCK PL-2nd Leg Processing |
| Martin,Desmond L | T | 4/19/2004 | 2/7/2005 | | JCK PL-2nd Deboning 2 |
| Arzola,Guillermo | A | 4/20/2004 | 4/19/2005 | 7/10/2006 | JCK PL-1st Recvng Live Hang |
| Garcia,Consuelo | A | 4/20/2004 | | | JCK PL-2nd Eviscerating |
| Valdez,Erika | A | 4/20/2004 | 9/18/2006 | 11/13/2006 | JCK PL-2nd Eviscerating |
| Enriquez,David | A | 4/20/2004 | | | JCK PL-2nd Deboning 3 |
| Rael,Domnick A | A | 4/20/2004 | | | JCK PL-2nd Deboning 4 |

| | | | | | |
|---|---|---|---|---|---|
| Carmona,Edith | T | 4/20/2004 | 4/26/2004 | | JCK PL-2nd Deboning 1 |
| Trinidad,Jose J | T | 4/20/2004 | 1/18/2005 | | JCK PL-2nd Deboning 4 |
| Botello,Francisca | T | 4/20/2004 | 1/23/2005 | 10/28/2004 | JCK PL-2nd Perimeter |
| Perez,Melvin | T | 4/20/2004 | 6/23/2004 | | JCK PL-2nd Perimeter |
| Jimenez Jr,Ramon M | T | 4/20/2004 | 7/27/2006 | | JCK PL-2nd Deboning 4 |
| Gaytan,Roberto | T | 4/20/2004 | 10/23/2006 | | JCK PL-2nd Eviscerating |
| Snell,Marcus A | T | 4/26/2004 | 5/20/2004 | | JCK PL-2nd Leg Processing |
| Morales,Maria D | T | 4/27/2004 | 6/7/2004 | | JCK PL-1st Deboning 1 |
| Brown,Ella C | T | 5/4/2004 | 5/18/2004 | | JCK PL-1st Deboning 1 |
| McLeod,Brittny R | T | 5/4/2004 | 5/26/2004 | | JCK PL-1st Deboning 1 |
| Crawford,Monique T | T | 5/4/2004 | 6/1/2004 | | JCK PL-1st Deboning 1 |
| Wheeler,Bobby L | T | 5/4/2004 | 6/7/2004 | | JCK PL-1st Eviscerating |
| Jackson,Latreca D | T | 5/4/2004 | 8/30/2004 | | JCK PL - 1st Debone 9 |
| Grubbs,Tomika L | T | 5/4/2004 | 8/22/2005 | | JCK PL-1st Deboning 3 |
| Medina,Jonathan | A | 5/5/2004 | | | JCK PL-1st Deboning 4 |
| Toro,Jessynes M | T | 5/5/2004 | 5/26/2004 | | JCK PL-2nd Leg Processing |
| Benevides,Gina M | T | 5/5/2004 | 6/6/2005 | 10/28/2004 | JCK PL-2nd Eviscerating |
| Rivera,Victor J | T | 5/5/2004 | 10/3/2005 | | JCK PL-2nd Eviscerating |
| Alvarado Jr,Francisco | T | 5/5/2004 | 6/26/2006 | | JCK PL-2nd Aging |
| Cabezas,Rosendo F | T | 5/5/2004 | 1/9/2007 | | JCK PL-2nd Debone 6 |
| Ross,Stacy M | T | 5/17/2004 | 7/6/2004 | | JCK PL-1st Deboning 1 |
| McClellan,Gerard F. | T | 5/17/2004 | 8/2/2004 | | JCK PL-1st Perimeter |
| Smith,Darnice | T | 5/17/2004 | 8/26/2004 | | JCK PL - 1st Debone 9 |
| Hernandez,Juanita | A | 5/27/2004 | 3/15/2006 | 7/24/2006 | JCK PL-1st Deboning 8 |
| Escalante,Eddie | A | 5/27/2004 | | | JCK PL-2nd Deboning 5 |
| Saldivar,Cesar | A | 5/27/2004 | | | JCK PL-2nd Perimeter |
| Pardo,Rafael M | T | 5/27/2004 | 6/2/2004 | | JCK PL-1st Deboning 1 |
| Rosado,Oscar | T | 5/27/2004 | 1/31/2005 | | JCK PL-1st Deboning 5 |
| Ortiz,Michael A | T | 5/27/2004 | 1/5/2006 | | JCK PL-2nd Perimeter |
| Guzman,John D | T | 5/27/2004 | 3/1/2006 | | JCK PL-2nd Deboning 2 |
| Stoudmire,Coddie M | T | 6/1/2004 | 6/15/2004 | | JCK PL-2nd Eviscerating |
| Flores,Marcos | T | 6/1/2004 | 6/23/2004 | | JCK PL-1st Perimeter |
| Hill,Kimmy | T | 6/1/2004 | 8/22/2004 | | JCK PL-2nd Perimeter |
| Killingsworth,Wesley A | T | 6/7/2004 | 6/17/2004 | | JCK PL-1st Perimeter |
| Downing,Debra R | A | 6/17/2004 | | | JCK PL-2nd Quality Assurance |
| Williams,Douglas T | T | 6/17/2004 | 8/4/2004 | | JCK PL-1st Recvng Live Hang |
| Odom,Rhonda R. | T | 6/17/2004 | 10/26/2004 | | JCK PL-2nd Quality Assurance |
| Hooten,William R | T | 6/28/2004 | 8/27/2004 | | JCK PL-2nd Eviscerating |
| Harrison,Richard Jr | T | 7/6/2004 | 8/26/2004 | | JCK PL-2nd Recvng Live Hang |
| Gray,Christopher L | T | 7/6/2004 | 11/2/2004 | | JCK PL-1st Perimeter |
| Falcon,Victor | A | 7/12/2004 | | | JCK PL-1st Deboning 3 |
| Rodriguez Jr.,Jose G | A | 7/12/2004 | | | JCK PL-2nd Leg Processing |
| Hernandez,Brenda I | T | 7/12/2004 | 7/25/2004 | | JCK PL-2nd Deboning 1 |
| Jahnson,Gabriel L | T | 7/12/2004 | 8/12/2004 | | JCK PL-2nd Deboning 1 |
| Santos,Zuleyka | T | 7/12/2004 | 8/30/2004 | | JCK PL - 1st Debone 9 |
| Santana,Diana I | T | 7/12/2004 | 11/8/2004 | | JCK PL-2nd Perimeter |
| Rivera,Oscar | T | 7/12/2004 | 2/17/2005 | | JCK PL-2nd Perimeter |
| Rivera,Luis A | T | 7/12/2004 | 8/1/2005 | | JCK PL-1st Deboning 3 |
| Garza,Pedro | T | 7/12/2004 | 8/15/2005 | | JCK PL-1st Deboning 3 |
| Blake,Kristie L | T | 7/12/2004 | 10/31/2005 | 10/15/2004 | JCK PL-1st Deboning 4 |
| Smith,Wardell | T | 7/19/2004 | 8/2/2004 | | JCK PL-1st Aging |
| McWaters,Eric K | T | 7/19/2004 | 12/28/2004 | | JCK PL-1st Aging |
| Rodriguez,Edgardo | A | 7/26/2004 | 10/3/2006 | 2/5/2007 | JCK PL-1st Deboning 5 |
| Falcon,Justin | A | 7/26/2004 | | | JCK PL-2nd Eviscerating |
| Rivera,Ramon | T | 7/26/2004 | 9/7/2004 | | JCK PL-2nd Eviscerating |
| Rodriguez,Johnny | T | 7/26/2004 | 9/28/2004 | | JCK PL - 1st Debone 9 |
| Freeman,Kristie S | T | 7/26/2004 | 12/16/2004 | | JCK PL- Admin Clean Up |
| Ortiz,Alexandra | T | 7/26/2004 | 9/6/2005 | | JCK PL-1st Deboning 4 |

| | | | | | |
|---|---|---|---|---|---|
| Ruiz,Angel Z | T | 7/26/2004 | 2/14/2006 | | JCK PL-1st Deboning 5 |
| Ferguson,Antone O | A | 8/2/2004 | | | JCK PL-2nd Perimeter |
| Ford,Deborah M | T | 8/2/2004 | 8/16/2004 | | JCK PL-2nd Leg Processing |
| Pleasure,Tameka L | T | 8/2/2004 | 8/22/2004 | | JCK PL-2nd Perimeter |
| Burney,Isaiah | T | 8/2/2004 | 9/20/2004 | | JCK PL-2nd Aging |
| Greene,Shaleasha A | T | 8/2/2004 | 11/17/2004 | | JCK PL-2nd Perimeter |
| Cardoza,Alfred | A | 8/9/2004 | | | JCK PL-1st Debone 6 |
| Baez,Willie A | T | 8/9/2004 | 9/9/2004 | | JCK PL-1st Perimeter |
| Felan,Lorraine | T | 8/9/2004 | 9/23/2004 | | JCK PL - 1st Debone 9 |
| Felan,Floyd L | T | 8/9/2004 | 9/23/2004 | | JCK PL - 1st Debone 9 |
| Cavazos,Jerry | T | 8/9/2004 | 10/20/2004 | | JCK PL-1st Deboning 4 |
| Sauceda,Edwin G. | T | 8/9/2004 | 12/28/2004 | | JCK PL-1st Leg Processing |
| Ayala,Olga | T | 8/9/2004 | 5/18/2005 | | JCK PL-1st Deboning 4 |
| Benitez,Alfonso G | T | 8/9/2004 | 8/11/2005 | | JCK PL-2nd Leg Processing |
| Salazar,Juan A | T | 8/9/2004 | 11/22/2005 | | JCK PL-1st Deboning 2 |
| Ortiz,Wilfredo | T | 8/9/2004 | 11/22/2005 | | JCK PL-1st Deboning 3 |
| Zuniga,Luis G | T | 8/9/2004 | 2/14/2006 | | JCK PL-1st Deboning 5 |
| Nazario,Daniel | T | 8/9/2004 | 5/19/2006 | | JCK PL-2nd Deboning 2 |
| Presas,Billy J | T | 8/9/2004 | 2/12/2007 | | JCK PL-2nd Leg Processing |
| Jiles,Artez | T | 8/11/2004 | 8/24/2004 | | JCK PL-2nd Eviscerating |
| Perkins,Antonio D | A | 8/16/2004 | 6/13/2006 | 10/3/2006 | JCK PL-1st Eviscerating |
| Richardson,Edison E | A | 8/16/2004 | | | JCK PL-1st Debone 6 |
| Liptrot,Sherlynn A | T | 8/16/2004 | 8/26/2004 | | JCK PL-1st Deboning 1 |
| Brown,Lozene | T | 8/16/2004 | 3/24/2005 | | JCK PL - 1st Debone 9 |
| Rivas,Jose L | A | 8/23/2004 | | | JCK PL-1st Leg Processing |
| Andaluz,Jonathan | A | 8/23/2004 | | | JCK PL-1st Leg Processing |
| Olivas,Frances M | A | 8/23/2004 | | | JCK PL-2nd Eviscerating |
| Villareal,Pedro R | A | 8/23/2004 | | | JCK PL-2nd Deboning 3 |
| Sierra,Delfin R | A | 8/23/2004 | | | JCK PL-2nd Deboning 4 |
| Ramos,Matthew R | A | 8/23/2004 | | | JCK PL-2nd Deboning 5 |
| Medina,Juan C | T | 8/23/2004 | 11/23/2004 | | JCK PL-1st Deboning 4 |
| Veles,Yesaira | T | 8/23/2004 | 11/7/2005 | 6/9/2005 | JCK PL-1st Deboning 1 |
| Delgado,Anthony | T | 8/23/2004 | 11/7/2005 | | JCK PL-1st Leg Processing |
| Falcon,Ramon | T | 8/23/2004 | 5/26/2006 | | JCK PL-2nd Deboning 3 |
| Snell,Cedric L | T | 8/30/2004 | 9/3/2004 | | JCK PL-1st Perimeter |
| Burks,Tammy L | T | 8/30/2004 | 9/20/2004 | | JCK PL-1st Deboning 1 |
| Collier,Kathy A | T | 8/30/2004 | 8/7/2006 | | JCK PL-2nd Reprocessing |
| Burks,Shannon | T | 8/31/2004 | 9/20/2004 | | JCK PL-1st Deboning 1 |
| Rivers,Trashanda T | T | 8/31/2004 | 9/24/2004 | | JCK PL-1st Deboning 1 |
| Stanford,Sabrina A | T | 8/31/2004 | 10/1/2004 | | JCK PL-1st Deboning 1 |
| Owens,Brandon M | T | 8/31/2004 | 10/5/2004 | | JCK PL-1st Eviscerating |
| Baker,Isom L | A | 9/7/2004 | | | JCK PL-1st Deboning 4 |
| Hinojosa Jr,Arnulfo | A | 9/7/2004 | | | JCK PL-2nd Deboning 3 |
| Cosme,Angel M | A | 9/7/2004 | | | JCK PL-2nd Deboning 4 |
| Gonzalez,Hilda L | A | 9/7/2004 | | | JCK PL-2nd DSI |
| Ramon,Maira S | T | 9/7/2004 | 9/30/2004 | | JCK PL-2nd Deboning 1 |
| Rivera,Francisco I | T | 9/7/2004 | 12/13/2004 | | JCK PL-2nd Leg Processing |
| McGirt,Erica A | T | 9/7/2004 | 3/30/2005 | | JCK PL-2nd Eviscerating |
| Lopez,Manuel | T | 9/7/2004 | 5/11/2005 | | JCK PL-1st Deboning 5 |
| Rivera III,Ramon | T | 9/7/2004 | 9/26/2005 | | JCK PL-2nd Deboning 2 |
| Guzman,Jonathan R | T | 9/7/2004 | 4/17/2006 | | JCK PL-2nd Leg Processing |
| Rodriguez,Nick A | T | 9/7/2004 | 5/30/2006 | | JCK PL-1st Deboning 4 |
| Coleman,Jamaal | T | 9/13/2004 | 9/23/2004 | | JCK PL-1st Deboning 1 |
| King,William H | T | 9/13/2004 | 10/25/2004 | | JCK PL-1st Perimeter |
| Townsend,Lorie A | T | 9/13/2004 | 8/12/2005 | | JCK PL-1st Perimeter |
| Aleman,Christopher | A | 9/22/2004 | | | JCK PL-1st Perimeter |
| Rodriges,Adriana | A | 9/22/2004 | | | JCK PL-1st DSI |
| Reyes,Regino | A | 9/22/2004 | | | JCK PL-2nd Deboning 4 |

| Madera,Pedro A | A | 9/22/2004 | 2/6/2006 | 3/5/2007 | JCK PL-2nd Deboning 4 |
|---|---|---|---|---|---|
| De Leon,Benjamin | A | 9/22/2004 | | | JCK PL-2nd Leg Processing |
| Gonzalez,Fernando Jr. | T | 9/22/2004 | 12/16/2004 | | JCK PL-1st Deboning 1 |
| Rojas,Tanisha | T | 9/22/2004 | 12/16/2004 | | JCK PL-1st Deboning 1 |
| Miranda,Eddie | T | 9/22/2004 | 12/20/2004 | | JCK PL-2nd Eviscerating |
| Martinez,Alberto | T | 9/22/2004 | 2/10/2005 | | JCK PL-2nd Leg Processing |
| Melendez,Joel | T | 9/22/2004 | 3/14/2005 | | JCK PL-2nd Eviscerating |
| Lucero,Juan | T | 9/22/2004 | 8/4/2005 | | JCK PL-2nd Aging |
| Herrera,Jose F. | T | 9/22/2004 | 8/11/2005 | | JCK PL-2nd Leg Processing |
| Nava,Leopoldo | T | 9/22/2004 | 4/25/2006 | | JCK PL-1st Deboning 4 |
| Medrano,Rene | T | 9/22/2004 | 7/6/2006 | | JCK PL-1st Deboning 4 |
| Haynes,Annette R | T | 9/27/2004 | 10/8/2004 | | JCK PL-1st DSI |
| Seacat,Trista | T | 9/27/2004 | 10/14/2004 | | JCK PL-1st DSI |
| Johnson,Valerie L | T | 9/27/2004 | 10/16/2004 | | JCK PL-1st DSI |
| Eutsey,Chenell R | T | 9/27/2004 | 2/21/2005 | | JCK PL-1st DSI |
| Raji,Habeeb T | T | 9/27/2004 | 3/14/2005 | | JCK PL-1st DSI |
| Petty,Derneller L | T | 9/28/2004 | 10/14/2004 | | JCK PL-1st DSI |
| Stafford,Joshua E | T | 10/4/2004 | 8/7/2006 | | JCK PL-2nd Recvng Live Hang |
| Castillo Jr,Antonio | T | 10/5/2004 | 10/13/2004 | | JCK PL-1st Deboning 1 |
| Dominguez,Manuel | T | 10/5/2004 | 10/14/2004 | | JCK PL-1st Deboning 1 |
| Nesler,Isaac R | T | 10/11/2004 | 10/20/2004 | | JCK PL-1st DSI |
| Wallace,Adrianne L | T | 10/11/2004 | 10/26/2004 | | JCK PL-1st DSI |
| Williams,Mary A | T | 10/11/2004 | 11/8/2004 | | JCK PL-1st DSI |
| Britt,Latasha F | T | 10/11/2004 | 11/12/2004 | | JCK PL-1st DSI |
| Magwood,Malissia D | T | 10/11/2004 | 11/19/2004 | | JCK PL-1st DSI |
| Daniels,Brenda F | T | 10/11/2004 | 6/27/2005 | | JCK PL-1st DSI |
| Reed,Marchello S | T | 10/11/2004 | 5/12/2006 | 3/20/2006 | JCK PL-1st DSI |
| Perez,Maribel | A | 10/15/2004 | 9/1/2005 | 4/17/2006 | JCK PL-1st Deboning 3 |
| Ramos,Edwin J | A | 10/15/2004 | 5/11/2005 | 5/26/2005 | JCK PL-1st Perimeter |
| Alvarado,Israel G | A | 10/15/2004 | | | JCK PL-2nd DSI |
| Belia,Nancy | A | 10/15/2004 | | | JCK PL-2nd DSI |
| Tomas,Juan | A | 10/15/2004 | 8/29/2005 | 1/8/2007 | JCK PL-2nd DSI |
| Reyes,Jamin | T | 10/15/2004 | 10/26/2004 | | JCK PL-2nd DSI |
| Gaona,Yolanda | T | 10/15/2004 | 11/4/2004 | | JCK PL-2nd DSI |
| Rubalcava Jr,Juan | T | 10/15/2004 | 12/1/2004 | | JCK PL-1st Deboning 1 |
| Northigthon,Angelena R | T | 10/15/2004 | 12/1/2004 | | JCK PL - 1st Debone 9 |
| Rodriguez Jr,Adolfo | T | 10/15/2004 | 12/10/2004 | | JCK PL-1st Deboning 1 |
| Downing,Jennifer N | T | 10/15/2004 | 12/22/2004 | | JCK PL-2nd Eviscerating |
| Castro,Fredy A | T | 10/15/2004 | 7/6/2005 | | JCK PL-1st Deboning 2 |
| Martinez III,Dionicio | T | 10/15/2004 | 7/8/2005 | | JCK PL-1st Aging |
| Rosario,Joel A | T | 10/15/2004 | 3/24/2006 | | JCK PL-1st Perimeter |
| Candelaria,Alexander | T | 10/15/2004 | 6/23/2006 | | JCK PL-1st Leg Processing |
| Barreto,Antonio A | T | 10/15/2004 | 10/23/2006 | | JCK PL-2nd DSI |
| Lawrence,Richard E | A | 10/19/2004 | | | JCK PL-1st Recvng Live Hang |
| Korges,James P | T | 10/25/2004 | 10/28/2004 | | JCK PL-2nd DSI |
| Lovik,Anthony D | T | 10/25/2004 | 10/29/2004 | | JCK PL-1st DSI |
| Jones,Antonio C | T | 10/25/2004 | 11/2/2004 | | JCK PL-1st DSI |
| Jones,Tameika L | T | 10/25/2004 | 11/3/2004 | | JCK PL-1st DSI |
| Williams,Valencia D | T | 10/25/2004 | 11/8/2004 | | JCK PL-1st DSI |
| Cheatwood,Donney R | T | 10/25/2004 | 11/16/2004 | | JCK PL-1st DSI |
| McClain,Ebony L | T | 10/25/2004 | 11/3/2004 | | JCK PL-1st DSI |
| Rey,Francisco J | A | 10/28/2004 | | | JCK PL-1st Deboning 4 |
| Gomez,Miguel A | A | 10/28/2004 | | | JCK PL-1st Debone 6 |
| Mody,Elizabeth | A | 10/28/2004 | | | JCK PL-1st Debone 6 |
| Torres,Jose J | A | 10/28/2004 | | | JCK PL-2nd Debone 6 |
| Flores,Andreb | A | 10/28/2004 | | | JCK PL-2nd Debone 6 |
| Romero,Doreen | A | 10/28/2004 | | | JCK PL-2nd Perimeter |
| Torres-Gusman,Vaneza | T | 10/28/2004 | 11/16/2004 | | JCK PL-1st Deboning 1 |

| | | | | | |
|---|---|---|---|---|---|
| Martel,Sonia | T | 10/28/2004 | 11/16/2004 | | JCK PL-1st Deboning 1 |
| Dinn,Adrian | T | 10/28/2004 | 3/3/2006 | 8/17/2005 | JCK PL - 1st Debone 9 |
| Dominguez,Christina | T | 10/28/2004 | 7/10/2006 | 1/24/2005 | JCK PL-2nd Reprocessing |
| Berrones,Lee R | T | 10/28/2004 | 8/29/2006 | | JCK PL-2nd Recvng Live Hang |
| Lopez,Jose A | A | 11/4/2004 | | | JCK PL-1st Deboning 1 |
| Buzo,Juan M | A | 11/4/2004 | | | JCK PL-1st Deboning 3 |
| Roberts,Jose E | T | 11/4/2004 | 12/30/2004 | | JCK PL-1st Deboning 1 |
| Vega,Maribel | T | 11/4/2004 | 3/1/2005 | | JCK PL-1st Deboning 1 |
| Holguin,Jose | T | 11/4/2004 | 5/12/2005 | | JCK PL-2nd DSI |
| Rosales Jr,Juan J | T | 11/4/2004 | 10/10/2005 | | JCK PL-2nd Recvng Live Hang |
| Richardson,Kenya L | T | 11/8/2004 | 6/9/2005 | | JCK PL-2nd DSI |
| McLendon,Naomi I | A | 11/15/2004 | 4/18/2005 | 10/11/2006 | JCK PL-1st Deboning 2 |
| Burnett,Angelo Z | A | 11/15/2004 | | | JCK PL-1st DSI |
| Greasham,Tamika L | T | 11/15/2004 | 11/22/2004 | | JCK PL-1st DSI |
| Nelson,Erica S. | T | 11/15/2004 | 12/28/2004 | | JCK PL-2nd DSI |
| Bolden,Kenneth L | T | 11/15/2004 | 12/28/2004 | | JCK PL-2nd DSI |
| Jones,Cedric A | T | 11/15/2004 | 1/14/2005 | | JCK PL-1st DSI |
| Nickson,Marcus T | T | 11/15/2004 | 1/18/2005 | | JCK PL-2nd Aging |
| Tillman,Steven P | T | 11/15/2004 | 3/17/2005 | | JCK PL-1st DSI |
| Oldham,Maria M | T | 11/15/2004 | 5/23/2005 | | JCK PL-1st DSI |
| Moses,Tiffiany S | T | 11/15/2004 | 8/12/2005 | | JCK PL-1st DSI |
| Robinson,Shanita | T | 11/15/2004 | 8/15/2005 | | JCK PL-1st DSI |
| Smallwood,Michelle L | T | 11/15/2004 | 11/11/2005 | | JCK PL-1st DSI |
| Robinson,Rosalyn K | T | 11/15/2004 | 3/13/2006 | | JCK PL-1st DSI |
| James,Dorinda | T | 11/19/2004 | 12/1/2004 | | JCK PL-2nd DSI |
| Jones,Yameeka S | T | 11/19/2004 | 12/1/2004 | | JCK PL-2nd DSI |
| Daniels,Sergio | T | 11/19/2004 | 12/6/2004 | | JCK PL-1st DSI |
| Phillips,Jimmy | T | 11/19/2004 | 12/12/2004 | | JCK PL-2nd DSI |
| Grantham,Deanna N | T | 11/19/2004 | 2/10/2005 | | JCK PL-2nd Deboning 1 |
| Loman,Travis M | T | 11/19/2004 | 4/6/2005 | | JCK PL-2nd DSI |
| Dell,Amanda | A | 11/23/2004 | 1/20/2006 | 1/8/2007 | JCK PL-2nd Eviscerating |
| Hickerson,Billie J | A | 11/23/2004 | | | JCK PL-2nd Debone 1 |
| Cabonias,Irene R | A | 11/23/2004 | | | JCK PL-2nd Deboning 3 |
| Carrion,Samuel | A | 11/23/2004 | | | JCK PL-2nd DSI |
| Hernandez,Edwin | T | 11/23/2004 | 2/24/2005 | | JCK PL-2nd Deboning 3 |
| Gonzalez,Jose A | T | 11/23/2004 | 3/14/2005 | | JCK PL-2nd Deboning 1 |
| Mendoza,Luis E | T | 11/23/2004 | 3/18/2005 | | JCK PL-2nd Deboning 1 |
| Montelongo,Dino R | T | 11/23/2004 | 3/29/2005 | | JCK PL-2nd Deboning 5 |
| Mendoza,Pedro O | T | 11/23/2004 | 4/4/2005 | | JCK PL-2nd Eviscerating |
| Olivares,Dayman J | T | 11/23/2004 | 5/3/2005 | | JCK PL-1st Recvng Live Hang |
| Diaz,Eric | T | 11/23/2004 | 6/6/2005 | | JCK PL-2nd Deboning 5 |
| Rodriguez,Natalie I | T | 11/23/2004 | 11/17/2005 | | JCK PL-2nd Deboning 5 |
| Lara,Arturo F | T | 11/23/2004 | 5/8/2006 | | JCK PL-2nd Deboning 4 |
| Villarreal,Bulmar Jr | T | 11/23/2004 | 6/5/2006 | | JCK PL-2nd Deboning 5 |
| Goolsby,Richard | T | 12/3/2004 | 12/29/2004 | | JCK PL-2nd DSI |
| Hood,Dianne P | T | 12/3/2004 | 12/29/2004 | | JCK PL-2nd DSI |
| Jordan Jr,Ben | T | 12/3/2004 | 9/26/2005 | | JCK PL-1st Perimeter |
| Mosquiera,Veronica I | T | 12/6/2004 | 2/14/2005 | | JCK PL-2nd Eviscerating |
| Fuente,Joey | A | 12/6/2004 | | | JCK PL-2nd Deboning 5 |
| Gonzalez,Benito | A | 12/6/2004 | | | JCK PL-2nd Aging |
| Juarez,David | A | 12/6/2004 | | | JCK PL-2nd Perimeter |
| Tapia,Daniel | A | 12/6/2004 | | | JCK PL-2nd DSI |
| Cheverria,Jessie | T | 12/6/2004 | 1/9/2005 | | JCK PL-2nd DSI |
| Cavazos,Valerio G | T | 12/6/2004 | 2/7/2005 | | JCK PL-2nd Deboning 1 |
| Estrada,Eleno A | T | 12/6/2004 | 2/14/2005 | | JCK PL-2nd DSI |
| Sanchez,Ramon | T | 12/6/2004 | 2/28/2005 | | JCK PL-2nd DSI |
| Pacheco,Carlos | T | 12/6/2004 | 5/3/2005 | | JCK PL-1st Recvng Live Hang |
| Perez,Julia N | T | 12/6/2004 | 5/16/2005 | | JCK PL-2nd Eviscerating |

| Name | | Date 1 | Date 2 | Date 3 | Department |
|---|---|---|---|---|---|
| Rodriguez,Victor | T | 12/6/2004 | 10/2/2006 | 4/4/2006 | JCK PL-1st Deboning 4 |
| Sanders,Jeffrey E | T | 12/10/2004 | 12/29/2004 | | JCK PL-2nd DSI |
| Miller,Chandra D | T | 12/10/2004 | 1/2/2005 | | JCK PL-2nd DSI |
| Campbell,Michelle | T | 12/10/2004 | 1/21/2005 | | JCK PL - 2nd Debone 9 |
| Hill,Betty A | T | 12/10/2004 | 1/30/2005 | | JCK PL-2nd Deboning 1 |
| Kynard,Michael W | T | 12/10/2004 | 4/4/2005 | | JCK PL-2nd DSI |
| Bullard,Samantha L | T | 12/10/2004 | 12/16/2004 | | JCK PL-1st Deboning 1 |
| Diggs,Melody M | T | 12/10/2004 | 1/10/2005 | | JCK PL-1st Deboning 1 |
| Edwards,Curtis M | T | 12/10/2004 | 3/7/2005 | | JCK PL-1st Perimeter |
| Owens,Christopher L | T | 12/10/2004 | 8/1/2005 | | JCK PL-1st Aging |
| Jackson,Eddie D | T | 12/10/2004 | 10/25/2006 | | JCK PL-2nd Perimeter |
| Rodriguez,Yadira J | A | 12/13/2004 | | | JCK PL-1st Deboning 5 |
| Hinzo,Paul | A | 12/13/2004 | | | JCK PL-2nd Deboning 2 |
| Juares,Sanjuanita | A | 12/13/2004 | | | JCK PL-2nd Deboning 5 |
| Venegas,Jorge | A | 12/13/2004 | | | JCK PL-2nd Perimeter |
| Gerena,Michael A | A | 12/13/2004 | 6/28/2006 | 3/5/2007 | JCK PL-2nd Perimeter |
| Nevarez,Victor R | T | 12/13/2004 | 12/26/2004 | | JCK PL-2nd Eviscerating |
| Villareal,Alex | T | 12/13/2004 | 1/11/2005 | | JCK PL-2nd Deboning 1 |
| Lucero,Glenn D | T | 12/13/2004 | 2/18/2005 | | JCK PL-1st Deboning 1 |
| Galdmez,Veronica R | T | 12/13/2004 | 3/14/2005 | | JCK PL-2nd Eviscerating |
| Martinez,Jose | T | 12/13/2004 | 4/3/2005 | | JCK PL-2nd Recvng Live Hang |
| Mendoza,Mario A | T | 12/13/2004 | 7/7/2005 | | JCK PL-2nd Perimeter |
| Lopez,Shreena E | T | 12/13/2004 | 4/4/2006 | | JCK PL-1st Deboning 5 |
| Torres,Juan | T | 12/13/2004 | 6/2/2006 | | JCK PL-2nd Perimeter |
| Rivera,Lee A | T | 12/13/2004 | 6/19/2006 | | JCK PL-1st Deboning 2 |
| Galindez,Francisco J | T | 12/13/2004 | 7/11/2006 | | JCK PL-2nd Perimeter |
| Benavidez,Erika M | T | 12/13/2004 | 8/3/2006 | | JCK PL-2nd Eviscerating |
| Garcia,Michael | T | 12/13/2004 | 2/16/2007 | | JCK PL-2nd Deboning 4 |
| Morales,Emanuel | A | 12/17/2004 | | | JCK PL-2nd Deboning 4 |
| Canales,Alfred | A | 12/17/2004 | | | JCK PL-2nd Debone 6 |
| Rubio Jr,William | A | 12/17/2004 | | | JCK PL-2nd Aging |
| Cortez,Maria L | A | 12/17/2004 | 6/21/2005 | 9/19/2005 | JCK PL-2nd Perimeter |
| Thomas,Ronald | T | 12/17/2004 | 12/28/2004 | | JCK PL-2nd Deboning 1 |
| Gonzalez,Daniel | T | 12/17/2004 | 2/8/2005 | | JCK PL-2nd Leg Processing |
| Tyson,Anna K | T | 12/17/2004 | 2/18/2005 | | JCK PL-1st Deboning 1 |
| Thomas,Yolanda E | T | 12/17/2004 | 10/4/2005 | | JCK PL-2nd Quality Assurance |
| Flores,Manuel | T | 12/17/2004 | 10/24/2006 | | JCK PL-2nd Deboning 2 |
| Watson,Lynn | T | 12/21/2004 | 1/6/2005 | | JCK PL-2nd Deboning 1 |
| De Leon,Dimas | T | 1/7/2005 | 2/14/2005 | | JCK PL-2nd Deboning 1 |
| Sosa,Martin | T | 1/7/2005 | 2/24/2005 | | JCK PL-2nd Deboning 1 |
| Flores,Christopher R | T | 1/7/2005 | 3/29/2005 | | JCK PL-2nd Deboning 1 |
| Chavira,Arturo | T | 1/7/2005 | 12/29/2005 | | JCK PL-2nd Deboning 5 |
| Rivera,Rogelio | T | 1/7/2005 | 9/18/2006 | | JCK PL-2nd Aging |
| Baker,Laura L | T | 1/10/2005 | 1/18/2005 | | JCK PL-2nd Deboning 1 |
| Golden,Victoria L | T | 1/10/2005 | 3/10/2005 | | JCK PL-2nd Deboning 1 |
| Anderson,Jeremy L | T | 1/10/2005 | 7/18/2005 | | JCK PL-2nd Eviscerating |
| DeJarnette,Sandra B | T | 1/10/2005 | 1/18/2006 | | JCK PL-2nd Quality Assurance |
| Willis,Wayne L | A | 1/18/2005 | | | JCK PL-1st Perimeter |
| Smith,Lisa M | T | 1/18/2005 | 1/30/2005 | | JCK PL-2nd Perimeter |
| Jones,Theophilus L | T | 1/18/2005 | 2/24/2005 | | JCK PL-2nd Aging |
| Carrion,David L | A | 1/24/2005 | | | JCK PL-1st Deboning 4 |
| Abundiz,Reina A | A | 1/24/2005 | | | JCK PL-2nd Deboning 3 |
| Rodriguez,Joe J | A | 1/24/2005 | | | JCK PL-2nd Deboning 5 |
| Sanchez Jr,Geraroo J | A | 1/24/2005 | | | JCK PL-2nd Deboning 5 |
| Viera,Angel M | A | 1/24/2005 | | | JCK PL-2nd Deboning 5 |
| Kiefer,Jesse A | A | 1/24/2005 | | | JCK PL-2nd Debone 6 |
| Sanchez,Alfredo | A | 1/24/2005 | 7/14/2005 | 7/10/2006 | JCK PL-2nd Perimeter |
| Villines,Valerie L | T | 1/24/2005 | 4/3/2005 | | JCK PL-2nd Perimeter |

| | | | | | |
|---|---|---|---|---|---|
| Cruz,Carlos | T | 1/24/2005 | 4/3/2005 | | JCK PL-2nd Perimeter |
| Galvan,Moises | T | 1/24/2005 | 4/11/2005 | | JCK PL-2nd Aging |
| Gonzales,Alberto | T | 1/24/2005 | 4/21/2005 | | JCK PL-2nd DSI |
| Leal,Jose G | T | 1/24/2005 | 6/9/2005 | | JCK PL - 2nd Debone 9 |
| Nieto,Juan I | T | 1/24/2005 | 7/14/2005 | | JCK PL-2nd Recvng Live Hang |
| Munos,Damyan N | T | 1/24/2005 | 8/9/2006 | | JCK PL - 2nd Debone 9 |
| Mascorro,Bylly J | T | 1/24/2005 | 10/23/2006 | | JCK PL-2nd Aging |
| Vagan,Marbin | T | 1/24/2005 | 3/6/2007 | | JCK PL-2nd Debone 6 |
| Willis,John L | T | 1/25/2005 | 2/11/2005 | | JCK PL-2nd Recvng Live Hang |
| Hamilton,Myrtis R | A | 1/31/2005 | | | JCK PL-1st Leg Processing |
| Rodgers,Terence | T | 1/31/2005 | 2/28/2005 | | JCK PL-1st Perimeter |
| Reynoso,Armando E | T | 1/31/2005 | 4/5/2005 | | JCK PL-1st Aging |
| Ponce,Janet | T | 1/31/2005 | 5/11/2005 | | JCK PL-1st Debone Supvr |
| Huffstickler,Melanie K | T | 1/31/2005 | 8/12/2005 | | JCK PL-1st DSI |
| Gales,Angela L | T | 1/31/2005 | 3/19/2007 | 9/25/2006 | JCK PL-1st Deboning 8 |
| Ramirez,Heriberto Jr | A | 2/1/2005 | | | JCK PL-1st Perimeter |
| Luna,Izuain A | T | 2/1/2005 | 5/3/2006 | | JCK PL-1st Deboning 5 |
| Skanes,Jarvis D | T | 2/7/2005 | 6/13/2005 | | JCK PL-1st DSI |
| Rivera,Lazlie A | A | 2/11/2005 | | | JCK PL-2nd Debone 6 |
| Tijerina,Eduardo | T | 2/11/2005 | 3/31/2005 | | JCK PL-2nd DSI |
| Hernandez,Jhon M | T | 2/11/2005 | 6/20/2005 | | JCK PL-2nd Deboning 5 |
| Robinson,Joanetta J | T | 2/11/2005 | 12/18/2006 | 2/14/2006 | JCK PL-1st Deboning 3 |
| Diaz,Faustino | T | 2/11/2005 | 2/14/2007 | | JCK PL-2nd Eviscerating |
| Zabala,Ramiro | A | 2/18/2005 | | | JCK PL-2nd Recvng Live Hang |
| Cruz,Jeffrey | A | 2/18/2005 | | | JCK PL-2nd Deboning 5 |
| Navarrete,Maria E | T | 2/18/2005 | 2/24/2005 | | JCK PL-2nd Eviscerating |
| Navarrete,Steve L | T | 2/18/2005 | 2/24/2005 | | JCK PL-2nd Eviscerating |
| Perez,Angel M | T | 2/18/2005 | 3/25/2005 | | JCK PL-2nd Deboning 1 |
| Otero,Jessica M | T | 2/18/2005 | 3/25/2005 | | JCK PL-2nd Deboning 1 |
| Bautista,Andres | T | 2/18/2005 | 5/25/2005 | | JCK PL-2nd Eviscerating |
| Washington,Catina D | A | 2/21/2005 | | | JCK PL-1st Aging |
| Ramsey,Justin P | T | 2/21/2005 | 3/3/2005 | | JCK PL-2nd DSI |
| Cooper,Frederick D | T | 2/21/2005 | 3/10/2005 | | JCK PL-2nd Leg Processing |
| Garcia,Ernestina | T | 2/21/2005 | 4/18/2005 | | JCK PL-1st DSI |
| Parker,Travis J | T | 2/21/2005 | 5/25/2005 | | JCK PL-2nd DSI |
| Pate,James A | T | 2/21/2005 | 6/13/2005 | | JCK PL-2nd DSI |
| Williams,Earnest G | T | 2/21/2005 | 6/28/2006 | 4/24/2006 | JCK PL-2nd Perimeter |
| Campbell,Angela M | T | 2/21/2005 | 10/23/2006 | | JCK PL-1st Quality Assurance |
| Gasca,Jose L | A | 2/25/2005 | | | JCK PL-2nd Deboning 5 |
| Ortiz,Ronnie L. | A | 2/25/2005 | | | JCK PL-2nd Debone 6 |
| Garcia,Carlos | T | 2/25/2005 | 4/18/2005 | | JCK PL-2nd Deboning 1 |
| Pardo,Nelson G | T | 2/25/2005 | 4/21/2005 | | JCK PL-1st Leg Processing |
| Zuniga Jr,Ricardo | T | 2/25/2005 | 12/20/2005 | | JCK PL-2nd Deboning 5 |
| Francisco,Juan F | T | 2/25/2005 | 5/8/2006 | | JCK PL-2nd Deboning 5 |
| Bocanegra,Emanuel | T | 2/25/2005 | 10/5/2006 | | JCK PL-2nd Leg Processing |
| Sibert,Alonza C | T | 2/28/2005 | 3/18/2005 | | JCK PL-2nd Perimeter |
| Doster,Marcus A | T | 2/28/2005 | 1/16/2007 | | JCK PL-1st Perimeter |
| Sanders,Joyce S | T | 3/7/2005 | 3/14/2005 | | JCK PL-1st DSI |
| Sherman,James L | T | 3/7/2005 | 3/25/2005 | | JCK PL-1st Perimeter |
| Crossley,Jennifer D | T | 3/7/2005 | 3/31/2005 | | JCK PL-2nd Perimeter |
| McNabb,Ramon | T | 3/7/2005 | 4/8/2005 | | JCK PL-1st Aging |
| Harbuck,Trista C | T | 3/7/2005 | 5/2/2005 | | JCK PL-1st Deboning 1 |
| Farrell,Ashley N | T | 3/7/2005 | 6/13/2005 | | JCK PL - 1st Debone 9 |
| Floyd,Rachel E | T | 3/7/2005 | 6/16/2005 | | JCK PL- Admin Clean Up |
| Campbell,Annie G | T | 3/7/2005 | 6/23/2005 | | JCK PL-1st Eviscerating |
| Ramos,Danni F | A | 3/8/2005 | | | JCK PL-1st Deboning 4 |
| Rodriguez,Eneida | A | 3/8/2005 | 5/11/2005 | 3/15/2006 | JCK PL-1st Deboning 7 |
| Flores,Aaron | A | 3/8/2005 | | | JCK PL-2nd Perimeter |

| Name | Type | Date 1 | Date 2 | Date 3 | Department |
|---|---|---|---|---|---|
| Rodriguez,Pedro Jr | L | 3/8/2005 | | | JCK PL-1st Aging |
| Ramirez,Cynthia | T | 3/8/2005 | 3/23/2005 | | JCK PL-1st DSI |
| Biera,Renaldo | T | 3/8/2005 | 4/11/2005 | | JCK PL-2nd Deboning 1 |
| Cruz,Christopher S | T | 3/8/2005 | 4/22/2005 | | JCK PL-1st Deboning 1 |
| Samadi,Yaganeh | T | 3/8/2005 | 3/23/2006 | | JCK PL - 1st Debone 9 |
| Martinez,Daniel L | T | 3/8/2005 | 3/20/2007 | | JCK PL-2nd Perimeter |
| Harrison,Stephanie P | T | 3/14/2005 | 3/23/2005 | | JCK PL-1st DSI |
| Contreras,Raul | A | 3/15/2005 | | | JCK PL-1st Recvng Live Hang |
| Figueroa,Evelyn | A | 3/15/2005 | | | JCK PL-1st Deboning 3 |
| Garza,Julian J | T | 3/15/2005 | 5/5/2005 | | JCK PL-2nd Perimeter |
| Ortiz,Javier | T | 3/15/2005 | 5/23/2005 | | JCK PL - 1st Debone 9 |
| Valdez,Timothy A | T | 3/15/2005 | 9/26/2005 | | JCK PL-1st Deboning 4 |
| Johnson,Tyesha D | A | 3/21/2005 | 4/21/2005 | 3/14/2006 | JCK PL-2nd Perimeter |
| Farris,Brandon E. | T | 3/21/2005 | 4/15/2005 | | JCK PL-2nd Eviscerating |
| King,Ebony P | T | 3/21/2005 | 8/17/2005 | | JCK PL - 1st Debone 9 |
| Perez,Alberto | A | 3/22/2005 | | | JCK PL-2nd Debone 6 |
| Cedillo,Abigail | T | 3/22/2005 | 5/5/2005 | | JCK PL-2nd Perimeter |
| Gomez,Yolanda | T | 3/22/2005 | 2/3/2006 | 1/17/2006 | JCK PL-1st Deboning 1 |
| Ramirez,Ramiro | T | 3/22/2005 | 6/16/2006 | | JCK PL-2nd Aging |
| Lucas,Andres | T | 3/22/2005 | 8/23/2006 | | JCK PL-1st Deboning 3 |
| Copeland,Martha J | A | 3/29/2005 | | | JCK PL-1st Eviscerating |
| Boykin,Cindy F | A | 3/29/2005 | | | JCK PL-1st DSI |
| McDonald,James D | T | 3/29/2005 | 7/7/2005 | | JCK PL-2nd Recvng Live Hang |
| Burks,Tina L | T | 3/29/2005 | 6/9/2006 | | JCK PL-1st DSI |
| Rodriguez,Michael | A | 4/4/2005 | | | JCK PL-1st Deboning 3 |
| Gonzales,Francisco R | A | 4/4/2005 | | | JCK PL-2nd Perimeter |
| Ramirez,Blanca E | T | 4/4/2005 | 5/11/2005 | | JCK PL-1st Deboning 1 |
| Cruz,Faride | T | 4/4/2005 | 5/26/2005 | | JCK PL-1st Deboning 1 |
| Cortez,Sindia A | T | 4/4/2005 | 10/3/2005 | 5/26/2005 | JCK PL-1st Deboning 1 |
| Zapata,Rodolfo | T | 4/4/2005 | 3/13/2006 | | JCK PL-2nd Perimeter |
| Juarez,Johnny J | T | 4/4/2005 | 6/2/2006 | | JCK PL-2nd Perimeter |
| Espinoza,Monico | T | 4/4/2005 | 6/8/2006 | | JCK PL-1st Aging |
| Pablo,Shilley R | A | 4/11/2005 | | | JCK PL-1st DSI |
| Jueckstock,Bobbie I | A | 4/11/2005 | | | JCK PL-2nd Quality Assurance |
| Watkins,Devin S | T | 4/11/2005 | 4/29/2005 | | JCK PL-1st DSI |
| Key,Kiyomi W | T | 4/11/2005 | 5/5/2005 | | JCK PL-2nd Deboning 1 |
| Rivers,Antonio D | T | 4/11/2005 | 6/6/2005 | | JCK PL-2nd DSI |
| Morgan,Jeremy D | T | 4/11/2005 | 6/22/2005 | | JCK PL-1st DSI |
| Davis,Joseph A | T | 4/11/2005 | 7/19/2005 | | JCK PL-1st Perimeter |
| Morales,Aaron | A | 4/14/2005 | | | JCK PL-2nd Perimeter |
| Jimenez,Juan L | T | 4/14/2005 | 5/12/2005 | | JCK PL-1st Recvng Live Hang |
| Rosario,Carlos A | T | 4/14/2005 | 5/25/2005 | | JCK PL-2nd Deboning 1 |
| McCommas,Robert M | T | 4/14/2005 | 6/21/2005 | | JCK PL-2nd Eviscerating |
| Kono,Lillian E | T | 4/14/2005 | 1/30/2007 | | JCK PL-1st Deboning 5 |
| McKinney,Rene L | T | 4/25/2005 | 5/12/2005 | | JCK PL-2nd Eviscerating |
| Doggrell,Patsy A | T | 4/25/2005 | 3/29/2006 | | JCK PL-2nd Reprocessing |
| Herrera,James E | A | 4/27/2005 | | | JCK PL-2nd Deboning 3 |
| Mendez,Javier O | A | 4/27/2005 | | | JCK PL-2nd Deboning 5 |
| Cantu,Juan M | A | 4/27/2005 | | | JCK PL-2nd Deboning 7 |
| Lopez,Abel | A | 4/27/2005 | | | JCK PL-2nd Perimeter |
| Perez,David W | T | 4/27/2005 | 6/29/2005 | | JCK PL - 2nd Debone 9 |
| Burgos,Pedro L | T | 4/27/2005 | 7/14/2005 | | JCK PL-2nd Eviscerating |
| Tino,Jamie A | T | 4/27/2005 | 10/4/2005 | | JCK PL-2nd Perimeter |
| Infante,Linda Y | T | 4/27/2005 | 11/28/2005 | 10/17/2005 | JCK PL-2nd DSI |
| Cuen,Samuel P | T | 4/27/2005 | 12/29/2005 | | JCK PL-2nd Deboning 4 |
| Perez,Jose A | T | 4/27/2005 | 12/22/2006 | | JCK PL-2nd Deboning 5 |
| Williams,Charvetta R | T | 5/5/2005 | 5/23/2005 | | JCK PL-1st Deboning 1 |
| Wise,Richard T | T | 5/5/2005 | 7/6/2005 | | JCK PL-2nd Recvng Live Hang |

| Name | Type | Date 1 | Date 2 | Date 3 | Department |
|---|---|---|---|---|---|
| Terry,Bobby D | T | 5/5/2005 | 9/20/2005 | | JCK PL-2nd Perimeter |
| Cartin,Yazmin E | A | 5/13/2005 | | | JCK PL-1st Deboning 5 |
| Medrano,Roman G | A | 5/13/2005 | | | JCK PL-1st Debone 6 |
| Gonzalez,Andi | A | 5/13/2005 | | | JCK PL-1st Deboning 7 |
| Suarez,Juan R | A | 5/13/2005 | | | JCK PL-2nd Eviscerating |
| Torres,Thomas R | A | 5/13/2005 | | | JCK PL-2nd Recvng Live Hang |
| Varrera,Michael A | A | 5/13/2005 | | | JCK PL-2nd Deboning 4 |
| Munoz,Angelina | A | 5/13/2005 | | | JCK PL-2nd Deboning 5 |
| Ramos,John M | T | 5/13/2005 | 8/1/2005 | | JCK PL-1st Perimeter |
| Ibarra,Ivan U | T | 5/13/2005 | 8/29/2005 | | JCK PL - 1st Debone 9 |
| Soto,Gabriel | T | 5/13/2005 | 10/17/2006 | | JCK PL-2nd Deboning 2 |
| Hernandez,Tymothy | A | 5/20/2005 | 6/22/2005 | 9/19/2005 | JCK PL-1st Deboning 4 |
| Salcedo,Anna S | T | 5/20/2005 | 6/20/2005 | | JCK PL-1st Deboning 1 |
| Contreras,Carlos | T | 5/20/2005 | 10/3/2005 | | JCK PL-2nd Recvng Live Hang |
| Solis,Monica J | T | 5/20/2005 | 10/26/2005 | 10/3/2005 | JCK PL-2nd Eviscerating |
| Gonsalez,SanJuanita | T | 5/20/2005 | 12/12/2005 | | JCK PL - 1st Debone 9 |
| Ramirez,Ivan | T | 5/20/2005 | 1/12/2006 | | JCK PL-1st Aging |
| Salinas,Jesus E | T | 5/20/2005 | 4/26/2006 | | JCK PL-2nd DSI |
| Rivera,Omar J | T | 5/20/2005 | 6/23/2006 | | JCK PL-1st Leg Processing |
| Bazan,Joseph A | T | 5/20/2005 | 7/21/2006 | | JCK PL - 1st Debone 9 |
| Garcia,Juan F | T | 5/20/2005 | 8/23/2006 | | JCK PL-1st Leg Processing |
| Hussey,Patsy L | T | 5/23/2005 | 7/25/2005 | | JCK PL-1st Perimeter |
| Mekay,Quiney | A | 5/27/2005 | | | JCK PL-1st Deboning 4 |
| Santiago,Manuel | A | 5/27/2005 | | | JCK PL-2nd Recvng Live Hang |
| Cardenas,Francisco J | A | 5/27/2005 | | | JCK PL-2nd Recvng Live Hang |
| Delgado,Hector | T | 5/27/2005 | 12/16/2005 | | JCK PL-1st Deboning 2 |
| Osborn,Norma F | T | 5/31/2005 | 6/2/2005 | | JCK PL-1st DSI |
| Wheeler,Yalonda C | T | 5/31/2005 | 6/16/2005 | | JCK PL-2nd Eviscerating |
| Rios,Jose | T | 5/31/2005 | 6/22/2005 | | JCK PL-1st Deboning 1 |
| Ingram,Victor L | T | 5/31/2005 | 8/16/2005 | | JCK PL-1st DSI |
| Legree,Lateshia N | T | 6/6/2005 | 6/13/2005 | | JCK PL-2nd Perimeter |
| White,Lyle L | T | 6/6/2005 | 6/14/2005 | | JCK PL-1st Recvng Live Hang |
| Staley,Constance M | T | 6/6/2005 | 6/24/2005 | | JCK PL-1st DSI |
| Duncan,Michael L | T | 6/6/2005 | 8/18/2005 | | JCK PL-1st Deboning 1 |
| Munos,James W | A | 6/9/2005 | | | JCK PL-1st Deboning 3 |
| Martinez,Arturo | A | 6/9/2005 | | | JCK PL-1st Perimeter |
| Palomin,Jorge | A | 6/9/2005 | | | JCK PL-2nd Deboning 3 |
| Vecerra,Lorena | T | 6/9/2005 | 7/8/2005 | | JCK PL-2nd Deboning 1 |
| Flores,Marvil L | T | 6/9/2005 | 7/18/2005 | | JCK PL-2nd Deboning 1 |
| Espinoza,Juan J | T | 6/9/2005 | 7/18/2005 | | JCK PL-2nd Deboning 1 |
| Cortez,Jose | T | 6/9/2005 | 8/17/2005 | | JCK PL-2nd Deboning 1 |
| Hernandez,Armando | T | 6/9/2005 | 9/7/2005 | | JCK PL-2nd Deboning 1 |
| Maldonado,Irma A | T | 6/9/2005 | 1/5/2007 | | JCK PL-1st Deboning 3 |
| Carillo,Gerardo E | T | 6/9/2005 | 1/29/2007 | | JCK PL-1st Deboning 5 |
| Griffith,Tereasa L | T | 6/16/2005 | 8/16/2005 | | JCK PL-1st DSI |
| Gonzalez,Rose M | A | 6/23/2005 | | | JCK PL-1st DSI |
| Santiago,Oscar | A | 6/23/2005 | | | JCK PL-1st DSI |
| Ramos,Steve | A | 6/23/2005 | | | JCK PL-2nd Perimeter |
| Cartagena,William | T | 6/23/2005 | 7/8/2005 | | JCK PL-1st Deboning 1 |
| Duras,Juan P | T | 6/23/2005 | 7/8/2005 | | JCK PL-1st DSI |
| Tino,Gregorio C | T | 6/23/2005 | 2/15/2006 | | JCK PL - 1st Debone 9 |
| Arroyo,Arturo | T | 6/23/2005 | 2/24/2006 | | JCK PL-2nd Eviscerating |
| De Jesus,Corpus | T | 6/23/2005 | 3/5/2007 | | JCK PL-1st Deboning 4 |
| Paige,Tommy J | T | 6/27/2005 | 7/18/2005 | | JCK PL-1st Eviscerating |
| Kelly,Carlicia | T | 6/27/2005 | 7/27/2005 | | JCK PL-2nd Quality Assurance |
| Simmons,Zachery W | T | 6/27/2005 | 2/15/2007 | | JCK PL-1st Quality Assurance |
| McDonald,Eunice E | A | 7/5/2005 | | | JCK PL-1st Debone 6 |
| Boykin,Annette | A | 7/5/2005 | | | JCK PL-1st Leg Processing |

| Green,Charles | T | 7/5/2005 | 7/25/2005 | | JCK PL-1st Aging |
| Valdobinos,Guadalupe | A | 7/8/2005 | | | JCK PL-1st Deboning 5 |
| Anaya,Madelline S | A | 7/8/2005 | | | JCK PL-1st Deboning 7 |
| Ramos,Julio | A | 7/8/2005 | | | JCK PL-1st Deboning 7 |
| Cantu,Greg | A | 7/8/2005 | | | JCK PL-1st Deboning 7 |
| Vallejo,Rolando L | A | 7/8/2005 | | | JCK PL-2nd Recvng Live Hang |
| Cortez,Chano Jr | T | 7/8/2005 | 8/16/2005 | | JCK PL-1st Deboning 1 |
| Caldero,Luis M | T | 7/8/2005 | 1/9/2006 | | JCK PL-2nd Eviscerating |
| Ramirez,Liliana | T | 7/8/2005 | 2/9/2006 | | JCK PL - 1st Debone 9 |
| Morales,Julio C. | T | 7/8/2005 | 3/4/2006 | | JCK PL-1st Aging |
| Gonzalez-Pizarro,Efren | T | 7/8/2005 | 3/13/2006 | | JCK PL-1st Leg Processing |
| Tapia,Dolan | T | 7/8/2005 | 6/16/2006 | | JCK PL-2nd Leg Processing |
| Soto,Efrain | T | 7/8/2005 | 9/15/2006 | | JCK PL - 1st Debone 9 |
| Martinez,Daniel | T | 7/8/2005 | 9/25/2006 | | JCK PL-2nd Deboning 5 |
| Hernandez,Vidal | T | 7/8/2005 | 3/6/2007 | | JCK PL-2nd Recvng Live Hang |
| Salas,Andres R | T | 7/8/2005 | 4/4/2006 | | JCK PL-2nd Leg Processing |
| Adair,Sammy L | A | 7/18/2005 | | | JCK PL-1st Recvng Live Hang |
| Boykin,Sebrena  F | T | 7/18/2005 | 7/25/2005 | | JCK PL-1st DSI |
| Leach,Leslie M | T | 7/18/2005 | 8/24/2005 | | JCK PL-2nd Eviscerating |
| Glee,Antwuan T | T | 7/18/2005 | 9/9/2005 | | JCK PL-1st DSI |
| Williams,Jeannette | T | 7/18/2005 | 8/29/2006 | | JCK PL-2nd DSI |
| Linares,Melissa J | A | 7/21/2005 | | | JCK PL-2nd Eviscerating |
| Colon,Melvin | A | 7/21/2005 | | | JCK PL-2nd Recvng Live Hang |
| Rivas,Christopher  J | A | 7/21/2005 | | | JCK PL-2nd Leg Processing |
| Berrios,Juan C | A | 7/21/2005 | | | JCK PL-2nd DSI |
| Soto,Adrian | T | 7/21/2005 | 10/12/2005 | | JCK PL-2nd Deboning 3 |
| Magana,Sheila M | T | 7/21/2005 | 10/12/2005 | | JCK PL-2nd Deboning 1 |
| Cantu,Jr Ernesto | T | 7/21/2005 | 8/30/2006 | | JCK PL-2nd Leg Processing |
| Serrano,Christian A | T | 7/21/2005 | 10/5/2006 | | JCK PL-2nd Leg Processing |
| Valle,Hector O | T | 7/21/2005 | 2/5/2007 | | JCK PL-2nd DSI |
| Green,Mable L | A | 7/27/2005 | | | JCK PL-1st DSI |
| McCullough,Ashley N | T | 7/27/2005 | 8/8/2005 | | JCK PL-1st DSI |
| Council,Belishia L | T | 7/27/2005 | 8/8/2005 | | JCK PL-1st DSI |
| Reul,Katherine V | T | 7/27/2005 | 8/8/2005 | | JCK PL-1st DSI |
| Brooks,Bridgett L | T | 7/27/2005 | 8/12/2005 | | JCK PL-2nd DSI |
| Alaniz,Gilbert | A | 8/3/2005 | | | JCK PL-2nd DSI |
| Martines,Jesus | A | 8/3/2005 | | | JCK PL-2nd DSI |
| Gonzalez,Jose L | T | 8/3/2005 | 9/12/2005 | | JCK PL-2nd DSI |
| Perez,Arturo M | T | 8/3/2005 | 10/12/2005 | | JCK PL-2nd Deboning 1 |
| Tillis,Brian J | A | 8/10/2005 | | | JCK PL-1st Aging |
| Cotton,Brenda L | A | 8/10/2005 | | | JCK PL-1st Quality Assurance |
| Stinson,Dillon A | T | 8/10/2005 | 10/14/2005 | | JCK PL-1st Aging |
| Stinson,Derek S | T | 8/10/2005 | 10/14/2005 | | JCK PL-1st Aging |
| Gonzalez,Adapto | A | 8/17/2005 | | | JCK PL-2nd Recvng Live Hang |
| Presas,Daniel L | A | 8/17/2005 | | | JCK PL-1st Deboning 7 |
| Adorno,Omar A | A | 8/17/2005 | | | JCK PL-1st Leg Processing |
| Arevalo,Abram | A | 8/17/2005 | | | JCK PL-1st Leg Processing |
| Colon,Carlos J | A | 8/17/2005 | | | JCK PL-1st DSI |
| Beltran,Daniel | A | 8/17/2005 | | | JCK PL-2nd Recvng Live Hang |
| Hernandez,Randi | A | 8/17/2005 | | | JCK PL-2nd Deboning 4 |
| Castro,Saul H | A | 8/17/2005 | | | JCK PL-2nd Deboning 5 |
| Zapata,Jr Ramon | A | 8/17/2005 | | | JCK PL-2nd Deboning 5 |
| Soriano,Andres | A | 8/17/2005 | | | JCK PL-2nd Leg Processing |
| Medina,Ivan J | T | 8/17/2005 | 9/22/2005 | | JCK PL-1st Recvng Live Hang |
| Hernandez,Jose L | T | 8/17/2005 | 12/20/2005 | | JCK PL-2nd Deboning 4 |
| Hidalgo,Vanessa L | T | 8/17/2005 | 1/17/2006 | | JCK PL-2nd Deboning 1 |
| Quintanilla,Alessandra H | T | 8/17/2005 | 2/10/2006 | 12/12/2005 | JCK PL-2nd Eviscerating |
| Cardenas,Abelardo | T | 8/17/2005 | 2/14/2006 | | JCK PL-1st Perimeter |

| | | | | | |
|---|---|---|---|---|---|
| Cheverria,Miguel A | T | 8/17/2005 | 5/18/2006 | | JCK PL-2nd Leg Processing |
| Cordova,Javier | T | 8/17/2005 | 6/2/2006 | | JCK PL-2nd Leg Processing |
| Perez,Henry | T | 8/17/2005 | 7/12/2006 | | JCK PL-2nd DSI |
| Torres,Rocyana | T | 8/17/2005 | 1/4/2007 | | JCK PL-2nd Deboning 3 |
| Martinez,Domingo | T | 8/17/2005 | 3/21/2007 | | JCK PL-2nd Leg Processing |
| Allen,Willie A | A | 8/25/2005 | | | JCK PL-1st Recvng Live Hang |
| Evans,Brandie N | A | 8/25/2005 | | | JCK PL-1st DSI |
| Foster,William M | A | 8/25/2005 | | | JCK PL-2nd Recvng Live Hang |
| Perdue,Christie L | T | 8/25/2005 | 8/31/2005 | | JCK PL-1st DSI |
| Tillis,Jennifer L | T | 8/25/2005 | 8/31/2005 | | JCK PL-1st DSI |
| Burke,Joshua L | T | 8/25/2005 | 9/1/2005 | | JCK PL-2nd DSI |
| Merritt,Latanga N | T | 8/25/2005 | 9/9/2005 | | JCK PL-1st DSI |
| Srickland,Jessica N | T | 8/25/2005 | 9/21/2005 | | JCK PL-1st DSI |
| Lee,Craigge L | T | 8/25/2005 | 9/29/2005 | | JCK PL-2nd Leg Processing |
| Rodgers,Ronald L | T | 8/25/2005 | 9/30/2005 | | JCK PL-1st Aging |
| Kypfer,Heath J | T | 8/25/2005 | 10/12/2005 | | JCK PL-2nd Aging |
| Hill,Mamie L | T | 8/25/2005 | 3/17/2006 | | JCK PL-1st Eviscerating |
| Abundis,Jose | A | 8/31/2005 | 8/25/2006 | 1/22/2007 | JCK PL-1st Recvng Live Hang |
| Carles,Jamie | A | 8/31/2005 | | | JCK PL-1st Perimeter |
| Villarreal,Sebastian | A | 8/31/2005 | | | JCK PL-2nd Deboning 3 |
| Ortega,Ricardo | A | 8/31/2005 | | | JCK PL-2nd Debone 6 |
| Torre,Glendaliz | A | 8/31/2005 | | | JCK PL-2nd DSI |
| Carrillo,Mirna J | L | 8/31/2005 | | | JCK PL-2nd Deboning 3 |
| Padilla,Jesus | T | 8/31/2005 | 10/3/2005 | | JCK PL-2nd DSI |
| Soto,Francis A | T | 8/31/2005 | 10/10/2005 | | JCK PL-2nd Eviscerating |
| Molina,Adan | T | 8/31/2005 | 10/12/2005 | | JCK PL-2nd Deboning 1 |
| Rivera,Alfredo L | T | 8/31/2005 | 10/20/2005 | | JCK PL-2nd Deboning 1 |
| Montes,Gabriel | T | 8/31/2005 | 12/9/2005 | | JCK PL-2nd Deboning 1 |
| Roman,Kelvin O | T | 8/31/2005 | 10/2/2006 | | JCK PL-1st Recvng Live Hang |
| Galvez,Sabas | T | 8/31/2005 | 12/8/2006 | | JCK PL-2nd DSI |
| Rivera,Mario | A | 9/19/2005 | | | JCK PL-1st DSI |
| Sandoval,Ricardo | A | 9/19/2005 | | | JCK PL-2nd Perimeter |
| Mara,Gustavo | A | 9/19/2005 | | | JCK PL-2nd Perimeter |
| Prezaz,William | A | 9/19/2005 | | | JCK PL-2nd DSI |
| Caquias,Sandy | A | 9/19/2005 | | | JCK PL-2nd DSI |
| Troche,Luis A | A | 9/19/2005 | | | JCK PL-2nd DSI |
| Velasquez,Adrian R | L | 9/19/2005 | | | JCK PL-2nd Deboning 5 |
| Chavarria,David | T | 9/19/2005 | 10/10/2005 | | JCK PL-2nd Perimeter |
| Orsini,Jesus | T | 9/19/2005 | 11/2/2005 | | JCK PL-2nd DSI |
| Cortez,Jorge | T | 9/19/2005 | 1/17/2006 | | JCK PL-2nd Deboning 1 |
| Duarte,Nereida | T | 9/19/2005 | 3/20/2006 | | JCK PL - 2nd Debone 9 |
| Martinez,Salvador | T | 9/19/2005 | 5/5/2006 | | JCK PL-2nd Leg Processing |
| Matias,Dorian A | T | 9/19/2005 | 5/9/2006 | | JCK PL - 1st Debone 9 |
| Gonzalez,Adrian | T | 9/19/2005 | 8/29/2006 | | JCK PL-2nd DSI |
| Ray,Bobby | A | 9/26/2005 | | | JCK PL-1st DSI |
| Douglas,Dennis L | T | 9/26/2005 | 9/30/2005 | | JCK PL-1st Recvng Live Hang |
| Stinson,David S | T | 9/26/2005 | 10/31/2005 | | JCK PL-1st Leg Processing |
| Price,Michael D | T | 9/26/2005 | 3/13/2006 | | JCK PL-2nd Aging |
| Williamson,Pamela J | T | 9/26/2005 | 2/15/2007 | | JCK PL-1st Quality Assurance |
| Robles,William O | A | 10/3/2005 | | | JCK PL-1st Deboning 1 |
| Camargo,David | A | 10/3/2005 | | | JCK PL-1st Deboning 7 |
| Rojas,Abraham | A | 10/3/2005 | | | JCK PL-1st Deboning 7 |
| Hidalgo,Fernando | A | 10/3/2005 | | | JCK PL-1st Deboning 7 |
| Varella,Vanessa L | A | 10/3/2005 | | | JCK PL-1st Deboning 7 |
| Flores,Alan A | A | 10/3/2005 | | | JCK PL-2nd Deboning 3 |
| Zapata,Edward P | A | 10/3/2005 | | | JCK PL-2nd Aging |
| Juares,Michael A | A | 10/3/2005 | | | JCK PL-2nd Leg Processing |
| Muniz,Javier A | A | 10/3/2005 | | | JCK PL-2nd DSI |

| | | | | | |
|---|---|---|---|---|---|
| Rosa,Angie D | A | 10/3/2005 | | | JCK PL-2nd DSI |
| Pagan,Orialys | T | 10/3/2005 | 10/20/2005 | | JCK PL-2nd Deboning 1 |
| Martinez,Gerardo | T | 10/3/2005 | 10/27/2005 | | JCK PL-1st Aging |
| Francisco,Javier | T | 10/3/2005 | 11/2/2005 | | JCK PL-2nd Aging |
| Solano,Matthew | T | 10/3/2005 | 11/16/2005 | | JCK PL-1st Deboning 1 |
| Colon,Javier | T | 10/3/2005 | 1/17/2006 | | JCK PL-2nd Aging |
| Aleman,Isidro | T | 10/3/2005 | 10/2/2006 | | JCK PL-2nd Deboning 5 |
| Vazquez,Jaqueline | T | 10/3/2005 | 10/25/2006 | | JCK PL-1st Deboning 3 |
| Leverette,Rashone M | A | 10/10/2005 | | | JCK PL-1st DSI |
| Davis,Mary L | T | 10/10/2005 | 10/16/2005 | | JCK PL-2nd Quality Assurance |
| Musgrove,Felicia R | T | 10/10/2005 | 10/17/2005 | | JCK PL-1st Eviscerating |
| Hudson,Jamie J | T | 10/10/2005 | 10/19/2005 | | JCK PL-1st Deboning 1 |
| Hamby,Jessica R. | T | 10/10/2005 | 11/2/2005 | | JCK PL-1st Deboning 1 |
| Adams,Jermaine T | T | 10/10/2005 | 7/17/2006 | | JCK PL-1st Aging |
| Barron,Ramiro | A | 10/17/2005 | | | JCK PL-1st Deboning 7 |
| Montes,Rayan H | A | 10/17/2005 | | | JCK PL-2nd Deboning 4 |
| Perez,Moises | A | 10/17/2005 | | | JCK PL-2nd Debone 6 |
| Solis,Sara J | T | 10/17/2005 | 12/15/2005 | | JCK PL-1st Deboning 1 |
| Vidal,Heriberto | T | 10/17/2005 | 7/1/2006 | | JCK PL-1st Aging |
| Stringer,Connie L | A | 10/25/2005 | | | JCK PL-1st Perimeter |
| Walker,Brad M | T | 10/25/2005 | 11/8/2005 | | JCK PL-2nd Quality Assurance |
| Reed,Matthew O | T | 10/25/2005 | 11/11/2005 | | JCK PL-1st DSI |
| McNair,Boris A | T | 10/25/2005 | 11/11/2005 | | JCK PL-2nd Quality Assurance |
| Smith,Samuel | T | 10/25/2005 | 4/5/2006 | | JCK PL-1st Recvng Live Hang |
| Foster,Bernette | A | 11/7/2005 | | | JCK PL-1st Perimeter |
| Haggan,Tanesha N | T | 11/7/2005 | 4/3/2006 | | JCK PL-1st DSI |
| Garcia,Bianca A | T | 11/14/2005 | 12/12/2005 | | JCK PL-1st Deboning 1 |
| Smiley,Jennifer R | T | 11/21/2005 | 12/1/2005 | | JCK PL-1st DSI |
| McClendon,Melissa A | T | 11/21/2005 | 12/2/2005 | | JCK PL-1st DSI |
| Tyson,Tanya R | T | 11/21/2005 | 12/13/2005 | | JCK PL-1st Eviscerating |
| Martinez,Luis R | T | 11/22/2005 | 2/15/2006 | | JCK PL-2nd Deboning 1 |
| Garcia,Edgar | T | 11/30/2005 | 12/13/2005 | | JCK PL-1st Deboning 1 |
| Acosta,Luis A | T | 11/30/2005 | 9/19/2006 | | JCK PL-2nd Deboning 3 |
| Candelario,Manrique | T | 11/30/2005 | 11/14/2006 | | JCK PL-1st Leg Processing |
| Riley,Martha J | A | 12/5/2005 | | | JCK PL-2nd Reprocessing |
| McCray,Sumecka L | T | 12/5/2005 | 12/14/2005 | | JCK PL-2nd Quality Assurance |
| McClendon,Kathy L | T | 12/5/2005 | 12/23/2005 | | JCK PL-1st Deboning 1 |
| Anderson,Vanessa L | A | 12/12/2005 | | | JCK PL-1st Perimeter |
| Colley,Shirley A | A | 12/12/2005 | | | JCK PL-2nd DSI |
| McNear,Frederick J | T | 12/12/2005 | 1/19/2006 | | JCK PL-1st Recvng Live Hang |
| Casas,Carlos M | T | 12/12/2005 | 3/4/2006 | | JCK PL-1st Perimeter |
| Pena,Mark | T | 12/12/2005 | 5/8/2006 | | JCK PL-1st Deboning 3 |
| Sanchez,Hector | T | 12/12/2005 | 6/12/2006 | | JCK PL-1st Deboning 3 |
| Perez,Abimael | T | 12/12/2005 | 8/22/2006 | | JCK PL-2nd Deboning 2 |
| Bywater,Kimberly A | T | 12/13/2005 | 1/31/2006 | | JCK PL-2nd Quality Assurance |
| Covington,Albert | T | 1/9/2006 | 1/31/2006 | | JCK PL-1st Eviscerating |
| Coleman,Althea | T | 1/9/2006 | 2/14/2006 | | JCK PL-1st Leg Processing |
| Toney,Quvius D | T | 1/9/2006 | 5/26/2006 | | JCK PL-1st Aging |
| Johnson,Kawana D | T | 1/9/2006 | 6/8/2006 | | JCK PL-1st Leg Processing |
| Bowlan,Heather D | T | 1/9/2006 | 7/7/2006 | | JCK PL-1st Leg Processing |
| Sanford,Wentoria H | T | 1/9/2006 | 11/1/2006 | | JCK PL-1st Deboning 7 |
| Garcia,Arnoldo | A | 1/17/2006 | | | JCK PL-1st Deboning 5 |
| Alegria,Leonel A | A | 1/17/2006 | | | JCK PL-1st Aging |
| Hernandez,Maria | A | 1/17/2006 | | | JCK PL-1st Perimeter |
| Rivera,Edwin L | A | 1/17/2006 | | | JCK PL-2nd Debone 6 |
| Hernandez,Ana L | T | 1/17/2006 | 6/28/2006 | | JCK PL-2nd Deboning 2 |
| Perez,Wimarie | T | 1/17/2006 | 9/11/2006 | | JCK PL-2nd Deboning 5 |
| Kennedy,Susan R | A | 1/23/2006 | 3/15/2006 | 4/10/2006 | JCK PL-1st Perimeter |

| Name | | Date 1 | Date 2 | Date 3 | Description |
|------|---|--------|--------|--------|-------------|
| Renfroe,Jean H | A | 1/23/2006 | | | JCK PL-1st Perimeter |
| Broadnax,Sherry | T | 1/23/2006 | 2/7/2006 | | JCK PL-1st DSI |
| Afatia,Katherine P | T | 1/23/2006 | 3/1/2006 | | JCK PL-1st DSI |
| Miller,Dominique A | T | 1/23/2006 | 3/15/2006 | | JCK PL-1st DSI |
| Wilson,Jerome | T | 1/23/2006 | 4/17/2006 | | JCK PL-1st DSI |
| Lane,Trease L | T | 1/23/2006 | 10/3/2006 | | JCK PL-1st DSI |
| Santoyo,Victoria M | A | 1/26/2006 | | | JCK PL-1st Deboning 5 |
| Alcantar,Jaime | A | 1/26/2006 | | | JCK PL-1st Debone 6 |
| Becerra,Roberto | A | 1/26/2006 | | | JCK PL-2nd Debone 6 |
| Mangome,Kenneth | A | 1/26/2006 | | | JCK PL-2nd Perimeter |
| Ortiz,Jose A | T | 1/26/2006 | 4/17/2006 | | JCK PL - 2nd Debone 9 |
| Cruz,Jabier J | T | 1/26/2006 | 10/16/2006 | | JCK PL-2nd Deboning 2 |
| Wells,Lisa A | A | 1/30/2006 | | | JCK PL-1st DSI |
| Cooper,Connie J | T | 1/30/2006 | 2/7/2006 | | JCK PL-2nd DSI |
| Spencer,Nicole A | T | 1/30/2006 | 2/8/2006 | | JCK PL-1st Deboning 1 |
| Ballard,Darrell R | T | 1/30/2006 | 2/8/2006 | | JCK PL-2nd Recvng Live Hang |
| Lowe,Nichole B | T | 1/30/2006 | 2/9/2006 | | JCK PL-1st DSI |
| Franklin,Sandra D | T | 1/30/2006 | 2/13/2006 | | JCK PL-1st Deboning 1 |
| Martin,Louise M | T | 1/30/2006 | 2/13/2006 | | JCK PL-1st DSI |
| Mckee,Jean P | T | 1/30/2006 | 2/22/2006 | | JCK PL-2nd Quality Assurance |
| McNeal,April T | T | 1/30/2006 | 3/20/2006 | | JCK PL-2nd Deboning 1 |
| Rogers,Leon | T | 1/30/2006 | 4/7/2006 | | JCK PL-1st Perimeter |
| Skanes,Alexis L | T | 1/30/2006 | 4/17/2006 | | JCK PL-1st DSI |
| Ordon,Bobby L | T | 1/30/2006 | 5/18/2006 | | JCK PL-1st DSI |
| Newton,Brenda | A | 2/1/2006 | | | JCK PL-1st Perimeter |
| Bigham,Latoysha R | A | 2/1/2006 | | | JCK PL-1st Perimeter |
| Hudson,Kenyatta | T | 2/1/2006 | 2/24/2006 | | JCK PL-2nd Deboning 1 |
| Dean,Tina C | T | 2/1/2006 | 4/7/2006 | | JCK PL-2nd Quality Assurance |
| Bryant,Charlotte R | T | 2/1/2006 | 4/19/2006 | | JCK PL-1st DSI |
| Rosado,Domingo | A | 2/2/2006 | | | JCK PL-1st Leg Processing |
| Romero,Julio A | T | 2/2/2006 | 2/8/2006 | | JCK PL-1st Deboning 1 |
| Maldonado,Ismael | A | 2/14/2006 | | | JCK PL-1st Deboning 5 |
| Cortes,Jackeline | A | 2/14/2006 | | | JCK PL-2nd Eviscerating |
| Maravilla,Juan J | A | 2/14/2006 | | | JCK PL-2nd Deboning 2 |
| Lopez,Eli S | A | 2/14/2006 | | | JCK PL-2nd Leg Processing |
| Hollerman,Rosalind L | T | 2/20/2006 | 3/1/2006 | | JCK PL-2nd DSI |
| Spratley,Genelle D | T | 2/20/2006 | 3/28/2006 | | JCK PL-2nd DSI |
| Stuckey,Lashonda C | T | 2/20/2006 | 6/2/2006 | | JCK PL-1st DSI |
| Dobbs,Sharon D | T | 2/20/2006 | 9/1/2006 | 7/17/2006 | JCK PL-1st Deboning 1 |
| Farrell,Kaleif K | T | 2/20/2006 | 9/8/2006 | 8/23/2006 | JCK PL-1st Recvng Live Hang |
| Guajardo,Melissa | A | 2/27/2006 | | | JCK PL-1st Deboning 5 |
| Meza,Jorge | A | 2/27/2006 | | | JCK PL-1st Debone 6 |
| Pasillas,Richard | A | 2/27/2006 | | | JCK PL-1st Debone 6 |
| Agosto,Yaitza | A | 2/27/2006 | | | JCK PL-1st Deboning 7 |
| Salas,Maria D | A | 2/27/2006 | | | JCK PL-2nd Deboning 2 |
| Urbina,Daniel | T | 2/27/2006 | 1/9/2007 | | JCK PL-2nd DSI |
| Gilmore,Mathew W | A | 3/14/2006 | 8/18/2006 | 8/29/2006 | JCK PL-1st Recvng Live Hang |
| Tarver,Lavinia L | A | 3/14/2006 | | | JCK PL-1st Deboning 1 |
| Allen,Sharon Y | A | 3/14/2006 | | | JCK PL-1st Deboning 5 |
| Maddox,Vanessa D | A | 3/14/2006 | | | JCK PL-1st Leg Processing |
| Merriweather,Erica E | T | 3/14/2006 | 3/20/2006 | | JCK PL-1st Deboning 1 |
| Moneyham,Camesha R | T | 3/14/2006 | 3/20/2006 | | JCK PL-1st Deboning 1 |
| Evans,Erica L | T | 3/14/2006 | 3/23/2006 | | JCK PL-1st DSI |
| Coleman,Yolanda R | T | 3/14/2006 | 3/24/2006 | | JCK PL-2nd Deboning 1 |
| Powell,Carlos C | T | 3/14/2006 | 3/24/2006 | | JCK PL-2nd Deboning 1 |
| Berry,Belinda A | T | 3/14/2006 | 3/27/2006 | | JCK PL-2nd Deboning 1 |
| Griffin,Kirth D | T | 3/14/2006 | 6/5/2006 | | JCK PL-1st Leg Processing |
| Scott,Candice Y | T | 3/14/2006 | 6/27/2006 | | JCK PL-1st Leg Processing |

| | | | | |
|---|---|---|---|---|
| Todd,Ben W | T | 3/14/2006 | 8/4/2006 | JCK PL-1st Leg Processing |
| Crawley,Atiya C | T | 3/14/2006 | 9/21/2006 | JCK PL-1st Leg Processing |
| Burks,Cassandra L | T | 3/14/2006 | 10/2/2006 | JCK PL-1st Deboning 7 |
| Pabon,Ricardo | A | 3/15/2006 | | JCK PL-1st Deboning 5 |
| Tovar,Guillermo | A | 3/15/2006 | | JCK PL-2nd Recvng Live Hang |
| Quiroga,Johnny | A | 3/15/2006 | | JCK PL-2nd Recvng Live Hang |
| Quinteto,Daniela | A | 3/15/2006 | | JCK PL-2nd Deboning 4 |
| Montes,Alexis O | A | 3/15/2006 | | JCK PL-2nd Aging |
| Herera,Riki J | T | 3/15/2006 | 5/2/2006 | JCK PL-2nd Aging |
| Torres,Rahiza M | T | 3/15/2006 | 10/30/2006 | JCK PL-2nd Reprocessing |
| Diaz,Fidencio | T | 3/15/2006 | 11/13/2006 | JCK PL-2nd Aging |
| Puentes,Raul E | T | 3/15/2006 | 3/4/2007 | JCK PL-2nd Aging |
| Thigpen,Jessie | A | 3/27/2006 | | JCK PL-1st Recvng Live Hang |
| Mitchell,Renee | A | 3/27/2006 | | JCK PL-1st Deboning 2 |
| Stewart,Angela M | A | 3/27/2006 | | JCK PL-1st Deboning 2 |
| McClendon,Alice A | T | 3/27/2006 | 4/17/2006 | JCK PL-1st Deboning 1 |
| Greenwood,Melanie D | T | 3/27/2006 | 4/18/2006 | JCK PL-1st Deboning 1 |
| Flournoy,Willie S | T | 3/27/2006 | 4/24/2006 | JCK PL-1st Aging |
| Molinares,Jose L | T | 3/27/2006 | 5/4/2006 | JCK PL-1st Deboning 1 |
| Henderson,Zankia J | T | 3/27/2006 | 5/18/2006 | JCK PL-1st Deboning 1 |
| McClendon,Mark A | T | 3/27/2006 | 5/18/2006 | JCK PL-1st Leg Processing |
| Thomas,Monica D | T | 3/27/2006 | 5/22/2006 | JCK PL-1st Deboning 1 |
| Upshaw,Santana A | T | 3/27/2006 | 5/23/2006 | JCK PL-1st Deboning 1 |
| McFarland,Melissa D | T | 3/27/2006 | 6/12/2006 | JCK PL-1st Deboning 1 |
| Chavez,Valeria C | T | 3/27/2006 | 8/4/2006 | JCK PL-1st Deboning 1 |
| Grantham,Bryan A | T | 3/27/2006 | 8/18/2006 | JCK PL-1st Leg Processing |
| Dailey,Vermillion D | T | 3/27/2006 | 10/4/2006 | JCK PL-2nd Quality Assurance |
| Huerta,Otilio | A | 4/4/2006 | | JCK PL-1st Deboning 3 |
| Moya,Bobby G | A | 4/4/2006 | | JCK PL-1st Perimeter |
| Rodriguez,Javier A | A | 4/4/2006 | | JCK PL-2nd Leg Processing |
| Gonzalez,Adilia | T | 4/4/2006 | 5/4/2006 | JCK PL-1st Deboning 1 |
| Ramirez,Alma | T | 4/4/2006 | 6/2/2006 | JCK PL-1st Deboning 1 |
| Alvarado,Luis D | T | 4/4/2006 | 2/5/2007 | JCK PL-2nd Recvng Live Hang |
| Williams,Vera M | A | 4/10/2006 | | JCK PL-1st DSI |
| Griner,Cherrelle N | A | 4/10/2006 | | JCK PL-1st DSI |
| Anderson,Summer D | A | 4/10/2006 | | JCK PL-2nd Quality Assurance |
| Wilson,Brandon S | T | 4/10/2006 | 5/1/2006 | JCK PL-1st DSI |
| Jones,Demetra L | T | 4/10/2006 | 5/9/2006 | JCK PL-1st Deboning 1 |
| Jackson,Robert M | T | 4/10/2006 | 5/11/2006 | JCK PL-1st Aging |
| Brown,Latran M | T | 4/10/2006 | 5/30/2006 | JCK PL-1st Perimeter |
| Sewell,Jennifer N | T | 4/10/2006 | 6/5/2006 | JCK PL-1st DSI |
| Smith,Deloris M | T | 4/10/2006 | 6/28/2006 | JCK PL-1st Leg Processing |
| McCleese,William L | T | 4/10/2006 | 7/20/2006 | JCK PL-1st Aging |
| Arnette,Kimberly | T | 4/10/2006 | 7/24/2006 | JCK PL-1st DSI |
| Gilbert,Kendall L | T | 4/10/2006 | 8/9/2006 | JCK PL-1st Perimeter |
| O'neal,Caitlin M | T | 4/10/2006 | 11/3/2006 | JCK PL-1st DSI |
| Zamora,Wendy | A | 4/17/2006 | | JCK PL-1st Deboning 7 |
| Montes,Ricardo | A | 4/17/2006 | | JCK PL-1st Debone 6 |
| Munoz,Esther | A | 4/17/2006 | | JCK PL-2nd DSI |
| Sosa,Juan | A | 4/17/2006 | | JCK PL-2nd DSI |
| Rivera,Davis | A | 4/17/2006 | | JCK PL-2nd DSI |
| Carrillo,Jose A | T | 4/17/2006 | 10/3/2006 | JCK PL-1st Deboning 7 |
| Rich,Mary B | A | 4/24/2006 | | JCK PL-1st Leg Processing |
| Caple,Stephen A | A | 4/24/2006 | | JCK PL-2nd Quality Assurance |
| Foster,Keba | T | 4/24/2006 | 5/11/2006 | JCK PL-1st Deboning 1 |
| Jenkins,Steven R | T | 4/24/2006 | 5/11/2006 | JCK PL-2nd Quality Assurance |
| Bowie,Charlene Y | T | 4/24/2006 | 5/24/2006 | JCK PL-1st Deboning 1 |
| Russell,Kena L | T | 4/24/2006 | 6/5/2006 | JCK PL-1st Deboning 1 |

| | | | | | |
|---|---|---|---|---|---|
| Hall,Zane B | T | 4/24/2006 | 7/10/2006 | | JCK PL-1st Perimeter |
| Pruitt,Christopher C | T | 4/24/2006 | 8/3/2006 | | JCK PL-1st Perimeter |
| Mulkey,Stanley D | T | 4/24/2006 | 8/25/2006 | | JCK PL-1st Perimeter |
| Washington,Porter | T | 4/24/2006 | 2/28/2007 | | JCK PL-1st Aging |
| Gonzalez,Cesar | A | 5/2/2006 | | | JCK PL-1st Deboning 4 |
| Benavidez,John R | A | 5/2/2006 | | | JCK PL-1st Deboning 7 |
| Vargas,Miguel A | A | 5/2/2006 | | | JCK PL-2nd DSI |
| Casillas,Maria Del Carmen | A | 5/2/2006 | | | JCK PL-2nd DSI |
| Flores,Boby J | A | 5/2/2006 | | | JCK PL-2nd DSI |
| Valdez,Rachel J | A | 5/2/2006 | | | JCK PL-2nd DSI |
| Ramos,Jesus M | A | 5/2/2006 | | | JCK PL-2nd DSI |
| Alaniz,Janie R | T | 5/2/2006 | 7/11/2006 | | JCK PL-1st Deboning 7 |
| Garcia,Daniel L | T | 5/2/2006 | 9/8/2006 | | JCK PL-2nd DSI |
| Galvan,Stephen | T | 5/2/2006 | 10/29/2006 | | JCK PL-2nd Deboning 4 |
| Perez,Alma R | T | 5/2/2006 | 2/7/2007 | | JCK PL-2nd Debone 6 |
| Ruelas,Richard H | T | 5/2/2006 | 3/18/2007 | | JCK PL-2nd DSI |
| Chavez,Angel M | A | 5/10/2006 | | | JCK PL-1st Deboning 7 |
| Morris,Stacee L | A | 5/10/2006 | | | JCK PL-1st Aging |
| White,Cordaryl J | A | 5/10/2006 | | | JCK PL-1st Aging |
| Mallory,Latonya F | T | 5/10/2006 | 6/9/2006 | | JCK PL-1st DSI |
| Franks,Crystal T | T | 5/10/2006 | 6/13/2006 | | JCK PL-1st Deboning 7 |
| Lynch,Debbie E | T | 5/10/2006 | 6/15/2006 | | JCK PL-1st DSI |
| Brown,O'Bryant E | T | 5/10/2006 | 6/15/2006 | | JCK PL-1st DSI |
| Canty,Jessica L | T | 5/10/2006 | 6/16/2006 | | JCK PL-1st Deboning 7 |
| Mulkey,Clifton T | T | 5/10/2006 | 10/2/2006 | | JCK PL-1st Aging |
| Vidal,Benjamin | A | 5/15/2006 | | | JCK PL-1st Deboning 7 |
| Rodriguez,Rosa | A | 5/15/2006 | 10/23/2006 | 1/22/2007 | JCK PL-2nd Deboning 3 |
| Martinez,Sergio | A | 5/15/2006 | | | JCK PL-2nd Aging |
| Ortiz,Florentina | T | 5/15/2006 | 10/2/2006 | | JCK PL-2nd Perimeter |
| Daniels,Tony T | A | 5/24/2006 | | | JCK PL-1st DSI |
| Williams,Shane J | T | 5/24/2006 | 6/6/2006 | | JCK PL-1st DSI |
| Flowers,Namon | T | 5/24/2006 | 6/12/2006 | | JCK PL-2nd Aging |
| Gist,Kemba M | T | 5/24/2006 | 7/1/2006 | | JCK PL-2nd Perimeter |
| Gonzalez,Frank | A | 5/30/2006 | | | JCK PL-1st Deboning 4 |
| Gonzales,Carlos | A | 5/30/2006 | | | JCK PL-1st Leg Processing |
| Santana,Cesar O | A | 5/30/2006 | | | JCK PL-2nd Deboning 2 |
| Aguilar,Carlos R | A | 5/30/2006 | | | JCK PL-2nd Deboning 4 |
| Martin,Avil | A | 5/30/2006 | | | JCK PL-2nd Debone 6 |
| Crespo,Jose A | A | 5/30/2006 | | | JCK PL-2nd Perimeter |
| Mendez,Tomas | A | 5/30/2006 | | | JCK PL-2nd Perimeter |
| Sanchez,Aoner | T | 5/30/2006 | 6/19/2006 | | JCK PL-1st Deboning 7 |
| Benitez,Margarita | T | 5/30/2006 | 9/25/2006 | | JCK PL-2nd Deboning 5 |
| Davis,Daisy L | A | 6/5/2006 | 11/6/2006 | 2/27/2007 | JCK PL-1st Perimeter |
| Wheeler,Megan Y | T | 6/5/2006 | 6/6/2006 | | JCK PL-1st DSI |
| Rogers,Constance C | T | 6/5/2006 | 6/15/2006 | | JCK PL-1st DSI |
| Jackson,Asia M | T | 6/5/2006 | 6/15/2006 | | JCK PL-2nd DSI |
| Flowers,Kevin T | T | 6/5/2006 | 7/27/2006 | | JCK PL-1st DSI |
| Valenzuela,Ralph | A | 6/12/2006 | | | JCK PL-1st DSI |
| Herrera,Andrew J | A | 6/12/2006 | | | JCK PL-2nd Debone 1 |
| Morin,Ernest | A | 6/12/2006 | | | JCK PL-2nd Perimeter |
| Jimenez,Victoria L | T | 6/12/2006 | 11/6/2006 | | JCK PL-1st DSI |
| Hernandez,Phillip | T | 6/12/2006 | 12/11/2006 | | JCK PL-1st DSI |
| Resendez,Enodio | A | 1/26/2005 | | | JCK PL-1st Deboning 8 |
| Edwards,Cherrelle L | A | 6/19/2006 | | | JCK PL-1st DSI |
| Williams,Elesia L | A | 6/19/2006 | | | JCK PL-1st DSI |
| Hester,Ruben | A | 6/19/2006 | 10/30/2006 | 2/12/2007 | JCK PL-2nd DSI |
| Walker,Lakia M | T | 6/19/2006 | 7/19/2006 | | JCK PL-1st DSI |
| Harris,James R | T | 6/19/2006 | 9/12/2006 | | JCK PL-1st DSI |

| Mitchell,Tiajuana L | T | 6/19/2006 | 9/25/2006 | | JCK PL-1st Deboning 1 |
| Quijada,Pedro A | A | 6/26/2006 | | | JCK PL-1st Deboning 7 |
| Valle,Julio R | A | 6/26/2006 | | | JCK PL-1st Deboning 8 |
| Estrada,Luis A | A | 6/26/2006 | | | JCK PL-1st Deboning 8 |
| Quiroz,Rafael | A | 6/26/2006 | | | JCK PL-1st Deboning 8 |
| Garcia,Adrian R | A | 6/26/2006 | | | JCK PL-2nd Deboning 2 |
| Mora,Anthony | A | 6/26/2006 | | | JCK PL-2nd Deboning 3 |
| Roman,Yamil O | A | 6/26/2006 | | | JCK PL-2nd Deboning 3 |
| Sepeda,Ismael | A | 6/26/2006 | | | JCK PL-2nd Deboning 5 |
| Ornelas,Ruben J | A | 6/26/2006 | | | JCK PL-2nd Debone 6 |
| Mercado,Adriana | T | 6/26/2006 | 8/1/2006 | | JCK PL-1st Deboning 1 |
| Valenzuela,Adrienne | T | 6/26/2006 | 8/3/2006 | | JCK PL-2nd Eviscerating |
| Esquivel,Antonio | T | 6/26/2006 | 11/21/2006 | | JCK PL-1st Aging |
| Mercado,Jose A | T | 6/26/2006 | 12/18/2006 | | JCK PL-1st Leg Processing |
| Cande,Florinda | T | 6/26/2006 | 1/28/2007 | | JCK PL-2nd Deboning 5 |
| Terry,Tara N | T | 7/5/2006 | 7/11/2006 | | JCK PL-1st Deboning 1 |
| Copeland,Edwon M | T | 7/5/2006 | 7/12/2006 | | JCK PL-1st Leg Processing |
| Grace,Angela S | T | 7/5/2006 | 8/14/2006 | | JCK PL-2nd Quality Assurance |
| Turner,Herbert J | T | 7/5/2006 | 8/14/2006 | | JCK PL-2nd Quality Assurance |
| Bradly,Tonya N | T | 7/5/2006 | 9/19/2006 | | JCK PL-1st Leg Processing |
| Andrews,Rachel L | T | 7/5/2006 | 2/19/2007 | | JCK PL-1st Aging |
| Holley,Tatashia M | T | 7/5/2006 | 2/27/2007 | | JCK PL-1st Leg Processing |
| Diaz,Rolando | A | 7/10/2006 | | | JCK PL-1st Deboning 7 |
| Mendez,Patricia | A | 7/10/2006 | | | JCK PL-1st Deboning 8 |
| Moreno,Edith M | A | 7/10/2006 | | | JCK PL-1st Deboning 8 |
| Ibarra,Israel | A | 7/10/2006 | | | JCK PL-1st Deboning 8 |
| Perez,Jorge H | A | 7/10/2006 | | | JCK PL-1st Deboning 8 |
| Lopez,Emilio | A | 7/10/2006 | | | JCK PL-1st Deboning 8 |
| Santana,Jesus M | A | 7/10/2006 | | | JCK PL-1st Deboning 8 |
| Escobar,Elsa | A | 7/10/2006 | | | JCK PL-1st Deboning 8 |
| Flores,Maria E | A | 7/10/2006 | | | JCK PL-1st Deboning 8 |
| Maldonado,Edgardo M | T | 7/10/2006 | 8/16/2006 | | JCK PL-1st Deboning 7 |
| Campos,Yeimi V | T | 7/10/2006 | 8/23/2006 | | JCK PL-1st Deboning 1 |
| Bazan,Mingo | T | 7/10/2006 | 9/13/2006 | | JCK PL-2nd Perimeter |
| Ramos,Alejandro | T | 7/10/2006 | 11/20/2006 | | JCK PL-1st Deboning 5 |
| Jijon,Jesus A | T | 7/10/2006 | 1/9/2007 | | JCK PL-2nd Recvng Live Hang |
| Hawkins,Terrance I | A | 7/17/2006 | | | JCK PL-1st DSI |
| Stokelin,Andrea | T | 7/17/2006 | 7/31/2006 | | JCK PL-1st Deboning 1 |
| Williams,Natasha A | T | 7/17/2006 | 7/31/2006 | | JCK PL-1st Deboning 1 |
| Davis,Antonio V | T | 7/17/2006 | 8/22/2006 | | JCK PL-2nd Perimeter |
| King,Eric D | T | 7/17/2006 | 8/30/2006 | | JCK PL-1st Perimeter |
| Barnes,Jameshia S | T | 7/17/2006 | 1/4/2007 | | JCK PL-1st Perimeter |
| Muniz,Luis F | A | 7/24/2006 | | | JCK PL-1st Deboning 5 |
| Robles,Santos C | A | 7/24/2006 | 10/16/2006 | 2/19/2007 | JCK PL-2nd Recvng Live Hang |
| Trejo,Antonio | A | 7/24/2006 | | | JCK PL-2nd DSI |
| Lugo,Carlos A | A | 7/24/2006 | | | JCK PL-2nd DSI |
| Coleman,Tracey G | A | 7/31/2006 | | | JCK PL-1st Perimeter |
| Barnes,Julius J | A | 7/31/2006 | | | JCK PL-1st Perimeter |
| Maloney,Twilla D | A | 7/31/2006 | | | JCK PL-1st DSI |
| Stringer,Devine J | T | 7/31/2006 | 8/3/2006 | | JCK PL-1st Aging |
| Downing,Steven C | T | 7/31/2006 | 8/3/2006 | | JCK PL-1st Aging |
| Thomas,Tameka L | T | 7/31/2006 | 8/21/2006 | | JCK PL-1st Leg Processing |
| Mireles,Pablo | A | 8/7/2006 | | | JCK PL-1st Deboning 8 |
| Rosario,Jayson | A | 8/7/2006 | | | JCK PL-1st Deboning 8 |
| Ortega,Sonia | A | 8/7/2006 | | | JCK PL-1st Deboning 8 |
| Sigueroa,Jeliza | A | 8/7/2006 | | | JCK PL-2nd Paws Labor |
| Cardenas,Elena | A | 8/7/2006 | | | JCK PL-2nd Deboning 2 |
| Rodriguez,Jovanni E | A | 8/7/2006 | | | JCK PL-2nd Deboning 2 |

| | | | | |
|---|---|---|---|---|
| Echevarria,Angel L | A | 8/7/2006 | | JCK PL-2nd Deboning 2 |
| Maldonado,Nancy | A | 8/7/2006 | | JCK PL-2nd Deboning 2 |
| Perez,Sheila M | A | 8/7/2006 | | JCK PL-2nd Deboning 3 |
| Marrero,Jason V | A | 8/7/2006 | | JCK PL-2nd Deboning 3 |
| Acosta,Alexis | A | 8/7/2006 | | JCK PL-2nd Deboning 7 |
| Chavez,Jesus | A | 8/7/2006 | | JCK PL-2nd Perimeter |
| Ortez,Rubi L | L | 8/7/2006 | | JCK PL-1st Deboning 8 |
| Colon,Liz | T | 8/7/2006 | 9/19/2006 | JCK PL-1st DSI |
| Arroyo,Jerry | T | 8/7/2006 | 9/19/2006 | JCK PL-1st DSI |
| Rosado,Joseph | T | 8/7/2006 | 9/19/2006 | JCK PL-1st DSI |
| Martinez,Jesus | T | 8/7/2006 | 10/4/2006 | JCK PL - 2nd Debone 9 |
| Mercado,Danna M | T | 8/7/2006 | 11/28/2006 | JCK PL-2nd Deboning 3 |
| Foster,Donna L | A | 8/10/2006 | | JCK PL-1st Leg Processing |
| Hutchinson,Natasha | T | 8/10/2006 | 8/15/2006 | JCK PL-1st Deboning 1 |
| Jackson,Dewayne L | T | 8/10/2006 | 8/15/2006 | JCK PL-1st Leg Processing |
| Foster,Martha L | T | 8/10/2006 | 8/18/2006 | JCK PL-1st Deboning 1 |
| English,Jameson C | T | 8/10/2006 | 9/26/2006 | JCK PL-1st Leg Processing |
| Mike,Marlon D | A | 8/14/2006 | | JCK PL-1st Recvng Live Hang |
| Mathews,Miracle H | A | 8/14/2006 | | JCK PL-1st Perimeter |
| Miller,Annie G | A | 8/14/2006 | | JCK PL-1st Perimeter |
| Griffin,Trevon J | T | 8/14/2006 | 8/18/2006 | JCK PL-1st Leg Processing |
| Johnson,Latrice N | T | 8/14/2006 | 8/18/2006 | JCK PL-1st DSI |
| Andrews,Latasha C | T | 8/14/2006 | 8/18/2006 | JCK PL-1st DSI |
| Tarver,Zane L | T | 8/14/2006 | 10/2/2006 | JCK PL-1st DSI |
| Ramirez,Manuel | A | 8/21/2006 | | JCK PL-2nd Deboning 2 |
| Ruiz,Yakira | A | 8/21/2006 | | JCK PL-2nd Deboning 2 |
| Garcia,Michael A | A | 8/21/2006 | | JCK PL-2nd Deboning 2 |
| Mares,Griselda | A | 8/21/2006 | | JCK PL-2nd Deboning 3 |
| Gonzalez,Lori B | A | 8/21/2006 | | JCK PL-2nd Deboning 4 |
| Delgado,Luis D | A | 8/21/2006 | | JCK PL-2nd Aging |
| Medina,Eric J | A | 8/21/2006 | | JCK PL-2nd Aging |
| Rivera,Ignacio G | A | 8/21/2006 | | JCK PL-2nd Leg Processing |
| Wilson,Shoshana L | A | 8/23/2006 | | JCK PL-1st Quality Assurance |
| Watson,Paula K | A | 8/23/2006 | | JCK PL-2nd DSI |
| Richardson,Joyce | T | 8/23/2006 | 8/29/2006 | JCK PL-1st DSI |
| Dickerson,Andre D | T | 8/23/2006 | 8/31/2006 | JCK PL-1st Recvng Live Hang |
| Galloway,Marcus A | T | 8/23/2006 | 9/5/2006 | JCK PL-1st DSI |
| Richardson,Tabitha D | T | 8/23/2006 | 9/8/2006 | JCK PL-1st Deboning 1 |
| Richardson,Jennifer R | T | 8/23/2006 | 9/8/2006 | JCK PL-1st Deboning 1 |
| Richardson,Renee | T | 8/23/2006 | 9/8/2006 | JCK PL-1st Leg Processing |
| Richardson,Irene D | T | 8/23/2006 | 9/8/2006 | JCK PL-1st DSI |
| Toledo,Andrea R | A | 8/28/2006 | | JCK PL-1st Deboning 4 |
| Costa,Josue A | A | 8/28/2006 | | JCK PL-1st Deboning 8 |
| Esparza,Jaime C | A | 8/28/2006 | | JCK PL-2nd Deboning 7 |
| Perez,Pedro | A | 8/28/2006 | | JCK PL-2nd Aging |
| Hernandez,Armando | T | 8/28/2006 | 1/30/2007 | JCK PL-2nd Leg Processing |
| Culver,JoAnn | A | 8/31/2006 | | JCK PL-1st DSI |
| Messick,Donna S | T | 8/31/2006 | 9/13/2006 | JCK PL-1st DSI |
| Barber,Raymond E | T | 8/31/2006 | 10/20/2006 | JCK PL-1st Recvng Live Hang |
| Perez,Joel | T | 8/31/2006 | 2/26/2007 | JCK PL-1st Aging |
| Bautista,Dora L | A | 9/5/2006 | | JCK PL-1st Deboning 2 |
| Flores,Rudis A | A | 9/5/2006 | | JCK PL-1st Deboning 2 |
| Ramos,Bryan O | A | 9/5/2006 | | JCK PL-1st Debone 6 |
| Flores,Roberto J | A | 9/5/2006 | | JCK PL-1st Deboning 8 |
| Cruz,Juan A | A | 9/5/2006 | | JCK PL-2nd Recvng Live Hang |
| Zamora,Jesus | A | 9/5/2006 | | JCK PL-2nd Deboning 2 |
| Lopez,Vanessa | A | 9/5/2006 | | JCK PL-2nd Deboning 7 |
| Prieto de Ramirez,Gabriela | L | 9/5/2006 | | JCK PL-1st Deboning 2 |

| | | | | |
|---|---|---|---|---|
| Cazarez,Diana A | T | 9/5/2006 | 9/25/2006 | JCK PL-1st Deboning 7 |
| Carrisalez,Richard | T | 9/5/2006 | 10/1/2006 | JCK PL-2nd Deboning 1 |
| Sisneros,Juan M | T | 9/5/2006 | 10/16/2006 | JCK PL-1st Deboning 7 |
| Sanchez Jr,Jose | A | 9/5/2006 | | JCK PL-1st Debone 6 |
| Saucillo,Juan A | A | 9/6/2006 | | JCK PL-1st Deboning 5 |
| Stafford,Ashley S | A | 9/11/2006 | | JCK PL-1st DSI |
| Effner,Lillian A | A | 9/11/2006 | | JCK PL-1st DSI |
| Scott,Flora D | A | 9/11/2006 | | JCK PL-1st DSI |
| Hill,Juanita D | A | 9/11/2006 | | JCK PL-1st DSI |
| Brown,Curtis L | T | 9/11/2006 | 10/3/2006 | JCK PL-2nd Eviscerating |
| Richardson, Shannon S | T | 9/11/2006 | 10/24/2006 | JCK PL-1st DSI |
| Mitchell,Janet S | T | 9/11/2006 | 11/20/2006 | JCK PL - 1st Debone 9 |
| Rumlin,Santanna D | T | 9/11/2006 | 3/7/2007 | JCK PL-1st Deboning 2 |
| Borquez,Justina L | A | 9/14/2006 | | JCK PL-2nd Eviscerating |
| Hernandez,Rogelio | A | 9/14/2006 | | JCK PL-2nd Deboning 2 |
| Galaviz,Jose F | A | 9/14/2006 | | JCK PL-2nd Perimeter |
| Perez,James M | T | 9/14/2006 | 11/1/2006 | JCK PL-2nd Deboning 1 |
| Rivera,Jose E | T | 9/14/2006 | 1/29/2007 | JCK PL-1st Shipping |
| Rivera,Raul | T | 9/14/2006 | 2/6/2007 | JCK PL-1st Deboning 2 |
| Green,Shalonda J | A | 9/18/2006 | | JCK PL-1st DSI |
| Hill,Linda G | A | 9/18/2006 | | JCK PL-1st DSI |
| Terry,Laura L | A | 9/18/2006 | | JCK PL-1st DSI |
| Crawley,Pamala | T | 9/18/2006 | 10/23/2006 | JCK PL-1st Eviscerating |
| Parks,Cheryl L | T | 9/18/2006 | 11/3/2006 | JCK PL-1st Leg Processing |
| Acosta,Patricia | A | 9/25/2006 | | JCK PL-1st Deboning 2 |
| Pena,Vanessa A | A | 9/25/2006 | | JCK PL-1st Deboning 3 |
| Macias,Alberto | A | 9/25/2006 | | JCK PL-1st Deboning 5 |
| Ybarra,Melissa A | A | 9/25/2006 | | JCK PL-1st Deboning 5 |
| Carrillo,Steve A | A | 9/25/2006 | | JCK PL-1st Debone 6 |
| Cortez,Jorge A | A | 9/25/2006 | | JCK PL-2nd Recvng Live Hang |
| Ortiz,David J | A | 9/25/2006 | | JCK PL-2nd Debone 6 |
| Saldivar,Jr | A | 9/25/2006 | | JCK PL-2nd Deboning 7 |
| Bonilla,Daniel J | A | 9/25/2006 | | JCK PL-2nd Aging |
| Gomez,Keno | A | 9/25/2006 | | JCK PL-2nd Aging |
| Mendez,Javier | A | 9/25/2006 | | JCK PL-2nd Leg Processing |
| Santos,Damian | A | 9/25/2006 | | JCK PL-2nd Leg Processing |
| Velasquez,Hector J | T | 9/25/2006 | 10/16/2006 | JCK PL-1st Deboning 3 |
| Martinez,Eliseo | T | 9/25/2006 | 10/31/2006 | JCK PL-1st Leg Processing |
| Salazar,Brandi L | T | 9/25/2006 | 11/3/2006 | JCK PL-1st Deboning 1 |
| Diaz,Luis O | T | 9/25/2006 | 12/7/2006 | JCK PL-1st Recvng Live Hang |
| Arispe,Freddy | T | 9/25/2006 | 12/20/2006 | JCK PL - 1st Debone 9 |
| Martinez,Kenneth L | T | 9/25/2006 | 1/10/2007 | JCK PL-1st Leg Processing |
| Guerrero,Armando | T | 9/25/2006 | 1/22/2007 | JCK PL-1st Deboning 2 |
| Apodaca,Maria L | T | 9/25/2006 | 2/9/2007 | JCK PL-2nd Deboning 2 |
| Guerrero,Julia | T | 9/25/2006 | 2/26/2007 | JCK PL-2nd Reprocessing |
| Caldwell,Ashley R | A | 9/27/2006 | | JCK PL-2nd Eviscerating |
| Burnside,Christel D | T | 9/27/2006 | 10/23/2006 | JCK PL-1st DSI |
| White,Jessica E | T | 9/27/2006 | 10/29/2006 | JCK PL-2nd Quality Assurance |
| McCoy,Crystal R | T | 9/27/2006 | 10/30/2006 | JCK PL-1st Aging |
| Marshall,Harold E | T | 9/27/2006 | 12/10/2006 | JCK PL-2nd Recvng Live Hang |
| Williams,Exie Jr | T | 9/27/2006 | 1/2/2007 | JCK PL-1st Aging |
| Robinson,Taneka S | T | 9/27/2006 | 2/9/2007 | JCK PL-1st DSI |
| Johnson,L V | T | 9/27/2006 | 10/18/2006 | JCK PL-1st Leg Processing |
| Guzman,Carlos | A | 10/2/2006 | | JCK PL-1st Deboning 2 |
| Sanchez,Yvette I | A | 10/2/2006 | | JCK PL-1st Leg Processing |
| Ferretiz,Doris M | A | 10/2/2006 | | JCK PL-1st DSI |
| Canal,Alberto | A | 10/2/2006 | | JCK PL-2nd Recvng Live Hang |
| Lorenzo,Juan | T | 10/2/2006 | 11/28/2006 | JCK PL-2nd DSI |

| | | | | |
|---|---|---|---|---|
| Wilkinson,Adrian S | A | 10/3/2006 | | JCK PL-1st Perimeter |
| Myles,Vickey D | A | 10/3/2006 | | JCK PL-1st Leg Processing |
| Collins,Latonya M | T | 10/3/2006 | 10/16/2006 | JCK PL-1st DSI |
| Rogers,Billy R | T | 10/3/2006 | 10/27/2006 | JCK PL-1st Leg Processing |
| Dean,Wanda L | T | 10/3/2006 | 10/30/2006 | JCK PL-2nd DSI |
| Eutsey,Calvin L | T | 10/3/2006 | 11/3/2006 | JCK PL-2nd DSI |
| Covington,Jeanette | T | 10/3/2006 | 11/6/2006 | JCK PL-2nd Eviscerating |
| Whitehead,Jennifer M | T | 10/3/2006 | 11/20/2006 | JCK PL-2nd Leg Processing |
| Peterson,Kristen S | T | 10/3/2006 | 1/9/2007 | JCK PL-2nd Quality Assurance |
| Salinas,Griscelda | A | 10/9/2006 | | JCK PL-2nd Debone 6 |
| DelaCruz,Juan J | A | 10/9/2006 | | JCK PL-2nd Aging |
| Hurley,Cynthia R | A | 10/11/2006 | | JCK PL-1st Leg Processing |
| Tuck,Johnnie M | A | 10/11/2006 | | JCK PL-1st Leg Processing |
| Green,Kasandra D | A | 10/11/2006 | | JCK PL-1st DSI |
| Wheeler,Andrew L | T | 10/11/2006 | 3/19/2007 | JCK PL-1st Perimeter |
| Wheeler,Ranada R | T | 10/11/2006 | 3/19/2007 | JCK PL-1st Leg Processing |
| Ganuza,Salomon | A | 10/15/2006 | | JCK PL-2nd Deboning 5 |
| Paredes,James E | A | 10/15/2006 | | JCK PL-2nd Deboning 7 |
| Sanchez,Jose O | A | 10/15/2006 | | JCK PL-2nd DSI |
| Gutierrez,SanJuanita | A | 10/17/2006 | | JCK PL-1st Deboning 2 |
| Vega,Carlos J | A | 10/17/2006 | | JCK PL-1st Deboning 4 |
| Melendes,Luis | A | 10/17/2006 | | JCK PL-2nd DSI |
| Garcia,Carlos J | T | 10/17/2006 | 11/10/2006 | JCK PL-2nd Recvng Live Hang |
| Hickman,Kevin T | A | 10/24/2006 | | JCK PL-1st Recvng Live Hang |
| Britt,Roynisha L | A | 10/24/2006 | | JCK PL-1st DSI |
| McLeod,Chasity C | A | 10/24/2006 | | JCK PL-1st DSI |
| Casrell,Terrence T | T | 10/24/2006 | 11/20/2006 | JCK PL-2nd DSI |
| Grant,Ladarrious | T | 10/24/2006 | 11/27/2006 | JCK PL-1st Aging |
| Rivera,Hector M | A | 10/30/2006 | | JCK PL-1st Deboning 2 |
| Valdes,Juan M | A | 10/30/2006 | | JCK PL-1st Deboning 2 |
| Cortez,Efrain | A | 10/30/2006 | | JCK PL-1st Deboning 2 |
| Parrilla,Yoselin I | A | 10/30/2006 | | JCK PL-1st Deboning 2 |
| Pequeno,Laura | A | 10/30/2006 | | JCK PL-1st Deboning 2 |
| Muniz,Jahaira I | A | 10/30/2006 | | JCK PL-1st Deboning 4 |
| Alvizo,Maria | A | 10/30/2006 | | JCK PL-1st Deboning 5 |
| Sanchez,Juan M | A | 10/30/2006 | | JCK PL-1st Leg Processing |
| Saldivar,Ricardo | A | 10/30/2006 | | JCK PL-1st DSI |
| Cruz,Jonathan | A | 10/30/2006 | | JCK PL-2nd Eviscerating |
| Carrera,Hector R | T | 10/30/2006 | 12/27/2006 | JCK PL-1st Deboning 1 |
| Gonzalez,Denis P | T | 10/30/2006 | 1/8/2007 | JCK PL-1st Leg Processing |
| McGee,Bridget M | A | 11/6/2006 | | JCK PL-1st Paws Labor |
| Jones,Elaine | A | 11/6/2006 | | JCK PL-1st Paws Labor |
| Wheeler,Shakeesha P | A | 11/6/2006 | | JCK PL-1st Leg Processing |
| Oatis,Kimberly V | T | 11/6/2006 | 12/22/2006 | JCK PL-1st Deboning 1 |
| Campos,Carlos R | A | 11/13/2006 | | JCK PL-1st Deboning 1 |
| Olvera,Cristina | A | 11/13/2006 | | JCK PL-1st Deboning 1 |
| Morales,Jonathan | A | 11/13/2006 | | JCK PL-1st Deboning 2 |
| Pereira,Josue S | A | 11/13/2006 | | JCK PL-1st Deboning 2 |
| Gonzalez,Zulisa | A | 11/13/2006 | | JCK PL-1st Deboning 2 |
| Serrato,Jose M | A | 11/13/2006 | | JCK PL-1st Leg Processing |
| Rodriguez,Hector | T | 11/13/2006 | 1/8/2007 | JCK PL-1st Deboning 1 |
| Guerrero,Maria G | T | 11/13/2006 | 3/5/2007 | JCK PL-1st Deboning 2 |
| Cunningham,Marvin S | A | 11/20/2006 | | JCK PL-1st Paws Labor |
| Foster,James J | A | 11/20/2006 | | JCK PL-1st Leg Processing |
| Ramsey,John D | A | 11/20/2006 | | JCK PL-1st DSI |
| Bruce,Anita A | A | 11/20/2006 | | JCK PL-1st DSI |
| Thompkins,Jamaica S | T | 11/20/2006 | 11/27/2006 | JCK PL-1st DSI |
| Hooten,Shaquandra L | T | 11/20/2006 | 11/29/2006 | JCK PL-1st DSI |

| Name | | Date 1 | Date 2 | Department |
|------|---|--------|--------|------------|
| Spikner,Rennisha D | T | 11/20/2006 | 12/26/2006 | JCK PL-2nd DSI |
| Trinidad,Jonatan | A | 11/27/2006 | | JCK PL-1st Deboning 1 |
| Rodriguez,Jose A | A | 11/27/2006 | | JCK PL-1st Deboning 2 |
| Diaz,Tristan | A | 11/27/2006 | | JCK PL-1st Deboning 2 |
| Jourbert,Yanina | A | 11/27/2006 | | JCK PL-1st Deboning 2 |
| Vega,Arturo | A | 11/27/2006 | | JCK PL-1st Aging |
| Moyao,Pablo | A | 11/27/2006 | | JCK PL-1st Aging |
| Perez,Alejandro | A | 11/27/2006 | | JCK PL-2nd Recvng Live Hang |
| Escobar,Sonia | A | 11/27/2006 | | JCK PL-2nd Deboning 2 |
| Aguirre,Annabel | A | 11/27/2006 | | JCK PL-2nd Deboning 7 |
| Campos,Gerardo | A | 11/27/2006 | | JCK PL-2nd Deboning 7 |
| Avila,Carlivan | A | 11/27/2006 | | JCK PL-2nd Aging |
| Esparza,Alicia | T | 11/27/2006 | 1/22/2007 | JCK PL-1st Deboning 1 |
| Nogueras,Yaisanette | T | 11/27/2006 | 1/22/2007 | JCK PL-1st Deboning 1 |
| Craddock,Nicholas L | A | 12/4/2006 | | JCK PL-1st Aging |
| Ridgeway,Bernice | A | 12/4/2006 | | JCK PL-1st DSI |
| Foster,Tangnika E | A | 12/4/2006 | | JCK PL-1st DSI |
| Rush,Vanessa L | A | 12/4/2006 | | JCK PL-2nd Quality Assurance |
| McLendon,Ashley S | T | 12/4/2006 | 12/27/2006 | JCK PL-1st Eviscerating |
| Veasey,Jason M | T | 12/4/2006 | 1/12/2007 | JCK PL-1st Aging |
| Watson,Sherri K | T | 12/4/2006 | 1/17/2007 | JCK PL-2nd DSI |
| Terry,Megan M | T | 12/4/2006 | 1/25/2007 | JCK PL-2nd Perimeter |
| Dominguez,Victoria | A | 12/12/2006 | | JCK PL-1st Deboning 1 |
| Evans,Kiana L | A | 12/12/2006 | | JCK PL-1st Deboning 1 |
| Vicens,Efrain | A | 12/12/2006 | | JCK PL-1st Debone 6 |
| Sanchez,Juan Pablo A | A | 12/12/2006 | | JCK PL-1st Aging |
| Colon,Yamil | A | 12/12/2006 | | JCK PL-1st Leg Processing |
| Serrano,Damaris | A | 12/12/2006 | | JCK PL-2nd Paws Labor |
| Zamarripa,Cristina | A | 12/12/2006 | | JCK PL-2nd Debone 1 |
| Nieto,Alma L | A | 12/12/2006 | | JCK PL-2nd Deboning 2 |
| Galvan,Lilia | A | 12/12/2006 | | JCK PL-2nd Deboning 2 |
| Martinez,Myra | A | 12/12/2006 | | JCK PL-2nd Deboning 2 |
| Camacho,Anthony A | A | 12/12/2006 | | JCK PL-2nd Deboning 2 |
| Baez,Mario | A | 12/12/2006 | | JCK PL-2nd Deboning 7 |
| Torres,Edward J | A | 12/12/2006 | | JCK PL-2nd Deboning 7 |
| Rivera,Wilfredo | A | 12/12/2006 | | JCK PL-2nd Deboning 7 |
| Arizmendez,Adam M | A | 12/12/2006 | | JCK PL-2nd Aging |
| Ramires,Fabian | A | 12/12/2006 | | JCK PL-2nd Leg Processing |
| Gonzalez,Luis | T | 12/12/2006 | 1/21/2007 | JCK PL-2nd Deboning 7 |
| Gonsales,Maricela | T | 12/12/2006 | 3/4/2007 | JCK PL-2nd Perimeter |
| Moore,Amy R | A | 12/20/2006 | | JCK PL-1st Recvng Live Hang |
| Collier,Cedric D | A | 12/20/2006 | | JCK PL-1st Recvng Live Hang |
| Gary,Sherlonda M | A | 12/20/2006 | | JCK PL-2nd Leg Processing |
| Jones,James H | L | 12/20/2006 | | JCK PL-1st Paws Labor |
| Terry,Regina R | T | 12/20/2006 | 1/9/2007 | JCK PL-2nd Perimeter |
| Jackson,Willene | T | 12/20/2006 | 1/17/2007 | JCK PL-2nd Debone 1 |
| Collins,Betty J | T | 12/20/2006 | 1/17/2007 | JCK PL-2nd Debone 1 |
| Taylor,Derwin D | T | 12/20/2006 | 1/17/2007 | JCK PL-2nd DSI |
| Tyson,Albert L | T | 12/20/2006 | 1/17/2007 | JCK PL-2nd DSI |
| Meeks,William W | T | 12/20/2006 | 1/25/2007 | JCK PL-2nd Recvng Live Hang |
| Quintero,Daniel | A | 1/8/2007 | | JCK PL-1st Deboning 1 |
| Santiago,Jabier | A | 1/8/2007 | | JCK PL-1st Deboning 1 |
| Gonzales,Lilia | A | 1/8/2007 | | JCK PL-1st Deboning 1 |
| Gonzalez,Pamela B | A | 1/8/2007 | | JCK PL-1st Deboning 1 |
| Rodriguez,Jonathan | A | 1/8/2007 | | JCK PL-1st Deboning 2 |
| Alexis,Santiago W | A | 1/8/2007 | | JCK PL-2nd Debone 1 |
| Cantu,Daniel | A | 1/8/2007 | | JCK PL-2nd Debone 1 |
| Guardado,Monica | A | 1/8/2007 | | JCK PL-2nd Deboning 2 |

| | | | | |
|---|---|---|---|---|
| Rivera,Grisselle | A | 1/8/2007 | | JCK PL-2nd Deboning 2 |
| Pagan,Jeffrey | A | 1/8/2007 | | JCK PL-2nd Deboning 5 |
| Vidal,Luis A | A | 1/8/2007 | | JCK PL-2nd Deboning 5 |
| Castro,Betty L | A | 1/8/2007 | | JCK PL-2nd Debone 6 |
| Ramirez,Rogelio | A | 1/8/2007 | | JCK PL-2nd Deboning 7 |
| Omega,Randy | A | 1/8/2007 | | JCK PL-2nd Deboning 7 |
| Martin,Jorge | A | 1/8/2007 | | JCK PL-2nd Deboning 7 |
| Dias,Miguel | A | 1/8/2007 | | JCK PL-2nd Aging |
| Espinoza,Rutilo | A | 1/8/2007 | | JCK PL-2nd Aging |
| Gallegos,Roxana | A | 1/8/2007 | | JCK PL-2nd Perimeter |
| Garcia,Ricardo | A | 1/8/2007 | | JCK PL-2nd Leg Processing |
| Aguilar,Jose S | A | 1/8/2007 | | JCK PL-2nd Leg Processing |
| Hernandez,Ingrid | A | 1/8/2007 | | JCK PL-2nd Reprocessing |
| Ortiz,Claudia J | A | 1/8/2007 | | JCK PL-2nd DSI |
| Suniga,Manuel | A | 1/8/2007 | | JCK PL-2nd DSI |
| Contreras,Yesenia | T | 1/8/2007 | 3/5/2007 | JCK PL-2nd Debone 1 |
| Bravo,Antonio | T | 1/8/2007 | 3/6/2007 | JCK PL-2nd Debone 1 |
| Hill,Jerry D | A | 1/16/2007 | | JCK PL-1st Perimeter |
| Santiago,Jose R | A | 1/16/2007 | | JCK PL-1st Leg Processing |
| Santiago,Ricardo | A | 1/16/2007 | | JCK PL-1st Leg Processing |
| Corr,Terra B | T | 1/16/2007 | 1/18/2007 | JCK PL-1st Deboning 1 |
| Raemsch,Christopher C | T | 1/16/2007 | 1/22/2007 | JCK PL-1st Recvng Live Hang |
| Vega-Garza,Melanie | T | 1/16/2007 | 1/24/2007 | JCK PL-2nd Debone 1 |
| Goode,Mauretta Y | T | 1/16/2007 | 2/5/2007 | JCK PL-2nd Eviscerating |
| McGlothine,Sammy G | T | 1/16/2007 | 2/6/2007 | JCK PL-1st Aging |
| Atkins,Anthony A | T | 1/16/2007 | 2/12/2007 | JCK PL-1st Recvng Live Hang |
| Donaldson,Jennifer A | T | 1/16/2007 | 2/22/2007 | JCK PL-1st Perimeter |
| Wheeler,Sharon P | T | 1/16/2007 | 3/19/2007 | JCK PL-1st Deboning 1 |
| Chavez,Hilda R | A | 4/7/2005 | | JCK PL-1st Deboning 2 |
| Castillo,Roxana | A | 9/26/2005 | | JCK PL-1st Deboning 1 |
| Chaidez,Richard M | A | 1/25/2006 | | JCK PL-1st Deboning 1 |
| Vela,Marisol | A | 3/7/2006 | | JCK PL-1st Deboning 1 |
| Vizarreta,Luis A | A | 1/22/2007 | | JCK PL-1st Deboning 8 |
| De los Santos,Jorge L | A | 1/22/2007 | | JCK PL-1st DSI |
| Perez,Agustin | A | 1/22/2007 | | JCK PL-2nd Debone 1 |
| Herrera,Walter A | A | 1/22/2007 | | JCK PL-2nd Debone 1 |
| Cortez,Michelle I | A | 1/22/2007 | | JCK PL-2nd Debone 6 |
| Bonilla,Josue M | A | 1/22/2007 | | JCK PL-2nd Deboning 7 |
| Luco,Angel M | A | 1/22/2007 | | JCK PL-2nd Aging |
| Ferrari,Samuel | A | 1/22/2007 | | JCK PL-2nd Aging |
| Polido,Jose | A | 1/22/2007 | | JCK PL-2nd Leg Processing |
| Rubio,Joelusi | A | 1/22/2007 | | JCK PL-2nd DSI |
| Ledesma,Jesus | T | 1/22/2007 | 2/6/2007 | JCK PL-2nd Leg Processing |
| West,Justin A | A | 1/29/2007 | | JCK PL-2nd DSI |
| Cole,Roy P | T | 1/29/2007 | 2/5/2007 | JCK PL-2nd Leg Processing |
| Brooks,Arthur J | T | 1/29/2007 | 2/19/2007 | JCK PL-2nd Recvng Live Hang |
| White,Willie J | T | 1/29/2007 | 2/19/2007 | JCK PL-2nd Perimeter |
| Flowers,Timothy E | T | 1/29/2007 | 3/6/2007 | JCK PL-2nd Aging |
| Zarazinski,Joan A | T | 1/29/2007 | 3/20/2007 | JCK PL-2nd DSI |
| Sepulveda,Felipe | A | 2/5/2007 | | JCK PL-1st Deboning 1 |
| Bueno,Zulema | A | 2/5/2007 | | JCK PL-1st Deboning 1 |
| Garcia,Adrian | A | 2/5/2007 | | JCK PL-1st Deboning 1 |
| Robles,Jose A | A | 2/5/2007 | | JCK PL-1st Aging |
| Aleman,Jacqueline A | A | 2/5/2007 | | JCK PL-2nd Eviscerating |
| Guerra,Ismael | A | 2/5/2007 | | JCK PL-2nd Paws Labor |
| Valdes,Omar | A | 2/5/2007 | | JCK PL-2nd Debone 1 |
| Horta,Cynthia M | A | 2/5/2007 | | JCK PL-2nd Debone 1 |
| Gonzalez,Felipe | A | 2/5/2007 | | JCK PL-2nd Debone 1 |

| | | | | |
|---|---|---|---|---|
| Cruz,Jose | A | 2/5/2007 | | JCK PL-2nd Debone 1 |
| Clavel,Lissette M | A | 2/5/2007 | | JCK PL-2nd Debone 1 |
| Santos,Esquiel | A | 2/5/2007 | | JCK PL-2nd Debone 1 |
| Cortina,Jacinto | A | 2/5/2007 | | JCK PL-2nd Deboning 4 |
| Solis,Yesica M | A | 2/5/2007 | | JCK PL-2nd Debone 6 |
| Romo,Johnny L | A | 2/5/2007 | | JCK PL-2nd Deboning 7 |
| Flores,Jesus A | A | 2/5/2007 | | JCK PL-2nd Leg Processing |
| Martinez,Abraham | A | 2/5/2007 | | JCK PL-2nd Leg Processing |
| Santiago,Osvaldo L | A | 2/5/2007 | | JCK PL-2nd DSI |
| Vance,Voncille L | A | 2/11/2007 | | JCK PL-2nd Perimeter |
| Rumlin,Chantiney | A | 2/12/2007 | | JCK PL-1st DSI |
| Henderson,Alvin M | A | 2/12/2007 | | JCK PL-1st DSI |
| Segura,Stacie E | A | 2/12/2007 | | JCK PL-1st DSI |
| Scott,Robert  L | A | 2/12/2007 | | JCK PL-2nd Eviscerating |
| Walker,Kevin L | A | 2/12/2007 | | JCK PL-2nd Leg Processing |
| Abney,Loren M | A | 2/12/2007 | | JCK PL-2nd DSI |
| Williamson,Fernandez T | T | 2/12/2007 | 2/16/2007 | JCK PL-2nd DSI |
| Okonkwo,Stephen C | T | 2/12/2007 | 2/19/2007 | JCK PL-1st Recvng Live Hang |
| Rhett,Janice L | T | 2/12/2007 | 2/26/2007 | JCK PL-2nd DSI |
| Silguero,Adrian | A | 2/19/2007 | | JCK PL-2nd Eviscerating |
| Hernandez,Barbara | A | 2/19/2007 | | JCK PL-2nd Eviscerating |
| Boneu,Francisco J | A | 2/19/2007 | | JCK PL-2nd Paws Labor |
| Carvajal,Jimmy J | A | 2/19/2007 | | JCK PL-2nd Recvng Live Hang |
| Fuentes,Sammy | A | 2/19/2007 | | JCK PL-2nd Recvng Live Hang |
| Reyes,Axel O | A | 2/19/2007 | | JCK PL-2nd Debone 1 |
| Martinez,Edwin E | A | 2/19/2007 | | JCK PL-2nd Debone 1 |
| Rangel,Emanuel | A | 2/19/2007 | | JCK PL-2nd Debone 1 |
| Marban,Juan L | A | 2/19/2007 | | JCK PL-2nd Debone 1 |
| Martinez,Jose A | A | 2/19/2007 | | JCK PL-2nd Debone 1 |
| Rubio,Joel A | A | 2/19/2007 | | JCK PL-2nd Deboning 2 |
| Silvia,Martin | A | 2/19/2007 | | JCK PL-2nd Deboning 4 |
| Cantun,Elizabet | A | 2/19/2007 | | JCK PL-2nd Debone 6 |
| Asiaca,Hector L | A | 2/19/2007 | | JCK PL-2nd Perimeter |
| Balderas,Jose A | A | 2/19/2007 | | JCK PL-2nd Leg Processing |
| Gonzalez,Jakeline | A | 2/19/2007 | | JCK PL-2nd Reprocessing |
| Caseres,Mary A | A | 2/19/2007 | | JCK PL-2nd DSI |
| Flores,Anthony M | A | 2/19/2007 | | JCK PL-2nd DSI |
| Miller,Darren | T | 2/19/2007 | 3/6/2007 | JCK PL-2nd DSI |
| Window,Stephanie L | A | 2/27/2007 | | JCK PL-2nd Recvng Live Hang |
| Duncan,Derrick D | A | 2/27/2007 | | JCK PL-2nd Perimeter |
| Vance,Lawanda L | A | 2/27/2007 | | JCK PL-2nd Leg Processing |
| Hill,Venita N | A | 2/27/2007 | | JCK PL-2nd DSI |
| Glover,Mary M | T | 2/27/2007 | 3/20/2007 | JCK PL-2nd Leg Processing |
| Ramirez,Lorenso A | A | 3/5/2007 | | JCK PL-1st Perimeter |
| Morado,Michael | A | 3/5/2007 | | JCK PL-1st Leg Processing |
| Moralez,Jorge | A | 3/5/2007 | | JCK PL-1st Leg Processing |
| Zamorano,Luis | A | 3/5/2007 | | JCK PL-1st Leg Processing |
| Zamora,Miguel | A | 3/5/2007 | | JCK PL-2nd Eviscerating |
| Rosado,Rosa | A | 3/5/2007 | | JCK PL-2nd Paws Labor |
| Jasso,Gerardo | A | 3/5/2007 | | JCK PL-2nd Paws Labor |
| Santiago,Rafael J | A | 3/5/2007 | | JCK PL-2nd Recvng Live Hang |
| Gomez,Lamberto P | A | 3/5/2007 | | JCK PL-2nd Debone 1 |
| Candelaria,Orville | A | 3/5/2007 | | JCK PL-2nd Debone 1 |
| Ramos,Claudia | A | 3/5/2007 | | JCK PL-2nd Debone 1 |
| Pintado,Andy | A | 3/5/2007 | | JCK PL-2nd Debone 1 |
| Vega,Efrancy | A | 3/5/2007 | | JCK PL-2nd Debone 1 |
| Garcia,Pablo | A | 3/5/2007 | | JCK PL-2nd Debone 1 |
| Salinas,Chrisitopher | A | 3/5/2007 | | JCK PL-2nd Debone 1 |

| | | | |
|---|---|---|---|
| Guerrero,Miguel A | A | 3/5/2007 | JCK PL-2nd Deboning 5 |
| Marin,Glorimar | A | 3/5/2007 | JCK PL-2nd Deboning 7 |
| Montelongo,Ray | A | 3/5/2007 | JCK PL-2nd Aging |
| Santiago,Ignacio | A | 3/5/2007 | JCK PL-2nd Leg Processing |
| Gomez,Laura P | A | 3/5/2007 | JCK PL-2nd DSI |

**JOBTITLE**

Rehangers
Trim Mirror
Inspector's Assistant
QA Tech I
Lead Person
Saw Operator
Chiller Operator
Rehangers
Trim Mirror
Salvage and Process
Lead Person
Lead Person
Lead Person
Trim Mirror
Saw Operator
QA Tech II
Trim Mirror
Product Clerk
Stock Pack-Off
Lead Person
Live Hanger
Laborer
Laborer
Laborer
Laborer
Lead Person
Supply Clerk
Killer
Laborer
Lead Person
Stock Pack-Off
Stock Pack-Off
Yield Checker
Lead Person
Laborer
Laborer
Laborer
QA Tech II
Laborer
Breast Inspector
QA Tech II
Laborer
Breast Inspector
Laborer
Lead Person
Truck Spotter
Lead Person
Pallett Jack Operator
Laborer
Process/Retent Coord
Saw Operator
Salvage and Process
Laborer
Janitor
Box Room Person
Lead Person
Shoulder Cutter

Laborer
QA Tech II
Laborer
Lab Technician
Salvage and Process
Laborer
Lead Person
Laborer
Laborer
Inspector's Assistant
Laborer
QA Tech II
Knife & Scissors Sharpener
Laborer
Shoulder Cutter
Laborer
Laborer
Laborer
Inspector's Assistant
Live Hanger
Laborer
Inspector's Assistant
Laborer
Laborer
Pallett Jack Operator
Laborer
Inspector's Assistant
QA Tech II
Laborer
Laborer
QA Tech I
Shoulder Cutter
Laborer
Laborer
Laborer
Trim Mirror
Laborer
Laborer
Live Hanger
Inspector's Assistant
Probationary Employee
Pallett Jack Operator
Laborer
Live Hanger
Trim Mirror
Laborer
Laborer
Probationary Employee
Live Hanger
Laborer
Inspector's Assistant
Laborer
Laborer
Shoulder Cutter
Shoulder Cutter
Lead Person
Process Coordinator
Lead Person

Wing Cutter
Laborer
Yield Availability Technician
Lead Person
Saw Operator
Laborer
QA Tech II
Fork Lift Receiving Dock
Lead Person
QA Tech II
Cooler Person
Stock Pack-Off
Janitor
Laborer
Shoulder Cutter
Lead Person
Weigher
Live Hanger
Inspector's Assistant
Live Hanger
QA Tech I
Truck Spotter
Laborer
Live Hanger
Process Coordinator
Live Hanger
Chiller Operator
Shoulder Cutter
Lead Person
Knife & Scissors Sharpener
Trim Mirror
Lead Person
Laborer
Live Hanger
Stock Pack-Off
Laborer
Lead Person
Live Hanger
Laborer
Process Coordinator
Laborer
Laborer
Yield Availability Technician
Drawhand
Live Hanger
Live Hanger
Lead Person
Killer
Laborer
QA Tech II
Probationary Employee
Inspector's Assistant
Saw Operator
Drawhand
Lead Person
Probationary Employee
Trim Mirror
Shoulder Cutter

Laborer
Drawhand
Lead Person
Stock Pack-Off
Stock Pack-Off
Drawhand
QA Tech II
Shoulder Cutter
Wing Cutter
Wing Cutter
Shoulder Cutter
Laborer
Process/Retent Coord
Laborer
Laborer
Shoulder Cutter
Stock Pack-Off
QA Tech II
Process Coordinator
Stock Pack-Off
Trim Mirror
Laborer
Shoulder Cutter
Lead Person
Stock Pack-Off
Laborer
Shoulder Cutter
Laborer
Laborer
Laborer
Laborer
Laborer
Killer
QA Tech II
QA Tech II
Drawhand
Laborer
Probationary Employee
Wing Cutter
Stock Pack-Off
Lead Person
Process Coordinator
Inspector's Assistant
Wing Cutter
Lead Person
Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Lead Person
Saw Operator
Probationary Employee
Wing Cutter
Wing Cutter
QA Tech II
Shoulder Cutter
Live Hanger
Pallett Jack Operator
Lead Person

Probationary Employee
Shoulder Cutter
Drawhand
Wing Cutter
Lead Person
Probationary Employee
Live Hanger
Lead Person
Probationary Employee
Laborer
Laborer
Laborer
Shoulder Cutter
Shoulder Cutter
Laborer
Laborer
Wing Cutter
Shoulder Cutter
Wing Cutter
Lead Person
Shoulder Cutter
Stock Pack-Off
Shoulder Cutter
Laborer
Laborer
Shoulder Cutter
QA Tech I
Live Hanger
Shoulder Cutter
Breast Inspector
Shoulder Cutter
Shoulder Cutter
Laborer
Laborer
Laborer
Wing Cutter
Wing Cutter
Shoulder Cutter
Shoulder Cutter
Probationary Employee
Shoulder Cutter
Trim Mirror
Shoulder Cutter
Laborer
Laborer
Process Coordinator
Live Hanger
Probationary Employee
Laborer
Shoulder Cutter
Inspector's Assistant
Lead Person
Shoulder Cutter
Laborer
Shoulder Cutter
Shoulder Cutter
Laborer
Laborer

Lead Person
Shoulder Cutter
Shoulder Cutter
Probationary Employee
Laborer
Saw Operator
Shoulder Cutter
Shoulder Cutter
Live Hanger
QA Tech I
Pallett Jack Operator
Shoulder Cutter
Drawhand
Shoulder Cutter
Floor Person
Shoulder Cutter
Probationary Employee
Yield Checker
Laborer
Lead Person
Laborer
Drawhand
Saw Operator
Laborer
Laborer
Shoulder Cutter
Wing Cutter
Shoulder Cutter
Stock Pack-Off
Laborer
QA Tech II
Stock Pack-Off
Stock Pack-Off
Laborer
Probationary Employee
Laborer
Live Hanger
Live Hanger
Shoulder Cutter
Laborer
Shoulder Cutter
Trim Mirror
Probationary Employee
Yield Checker
Live Hanger
Shoulder Cutter
Shoulder Cutter
Lead Person
Laborer
Stock Pack-Off
Yield Checker
QA Tech II
Laborer
Saw Operator
Stock Pack-Off
Laborer
Drawhand
Laborer

Laborer
Live Hanger
Lead Person
Saw Operator
Laborer
Saw Operator
Laborer
Wing Cutter
Shoulder Cutter
Wing Cutter
Saw Operator
Wing Cutter
Stock Pack-Off
Stock Pack-Off
Shoulder Cutter
Laborer
Process Coordinator
Shoulder Cutter
Pallett Jack Operator
Wing Cutter
Laborer
Probationary Employee
Shoulder Cutter
Shoulder Cutter
Laborer
Laborer
Stock Pack-Off
Drawhand
Laborer
Trim Mirror
Wing Cutter
Laborer
Wing Cutter
Laborer
Saw Operator
Wing Cutter
Drawhand
Laborer
Drawhand
Drawhand
Saw Operator
Stock Pack-Off
Laborer
Shoulder Cutter
Wing Cutter
Pallett Jack Operator
Live Hanger
Live Hanger
Wing Cutter
Shoulder Cutter
Ice Room Person
Shoulder Cutter
Drawhand
Laborer
Shoulder Cutter
Shoulder Cutter
Live Hanger
Laborer

Laborer
Wing Cutter
Shoulder Cutter
Laborer
Shoulder Cutter
Shoulder Cutter
Laborer
Laborer
Stock Pack-Off
Live Hanger
Inspector's Assistant
Shoulder Cutter
Shoulder Cutter
Stock Pack-Off
Stock Pack-Off
Trim Mirror
Live Hanger
Stock Pack-Off
Floor Person
Shoulder Cutter
Laborer
Shoulder Cutter
Laborer
Process Coordinator
Shoulder Cutter
Stock Pack-Off
Killer
Trainer
Wing Cutter
Lead Person
Shoulder Cutter
Wing Cutter
Lead Person
Laborer
Wing Cutter
Shoulder Cutter
Shoulder Cutter
Drawhand
Probationary Employee
Wing Cutter
Live Hanger
Wing Cutter
Wing Cutter
Lead Person
Pallett Jack Operator
Laborer
Shoulder Cutter
Wing Cutter
Shoulder Cutter
Laborer
Saw Operator
Shoulder Cutter
Saw Operator
Lead Person
Shoulder Cutter
Shoulder Cutter
Stock Pack-Off
Wing Cutter

Stock Pack-Off
Laborer
Shoulder Cutter
Laborer
Lead Person
Wing Cutter
Trainer
Shoulder Cutter
Laborer
Shoulder Cutter
Stock Pack-Off
Stock Pack-Off
Live Hanger
Wing Cutter
Wing Cutter
Stock Pack-Off
Stock Pack-Off
Shoulder Cutter
Shoulder Cutter
Trim Mirror
Laborer
Drawhand
Drawhand
Trim Mirror
Live Hanger
Live Hanger
QA Tech I
Laborer
Yield Checker
Laborer
Stock Pack-Off
Wing Cutter
Shoulder Cutter
Pallett Jack Operator
Laborer
Laborer
Process/Retent Coord
Probationary Employee
Wing Cutter
Stock Pack-Off
Stock Pack-Off
Laborer
Shoulder Cutter
Laborer
Pallett Jack Operator
Shoulder Cutter
Wing Cutter
Stock Pack-Off
Stock Pack-Off
Stock Pack-Off
Laborer
Laborer
Stock Pack-Off
Stock Pack-Off
Pallett Jack Operator
Laborer
Drawhand
Stock Pack-Off

Stock Pack-Off
Shoulder Cutter
Probationary Employee
Wing Cutter
Stock Pack-Off
Laborer
Laborer
Inspector's Assistant
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Lead Person
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Knife & Scissors Sharpener
Inspector's Assistant
Laborer
Shoulder Cutter
Drawhand
Probationary Employee
Pallett Jack Operator
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Probationary Employee
Probationary Employee
Laborer
Stock Pack-Off
Probationary Employee
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Stock Pack-Off
Wing Cutter
Laborer
Stock Pack-Off
Inspector's Assistant
Pallett Jack Operator
Probationary Employee
Shoulder Cutter
Wing Cutter
Shoulder Cutter
Salvage and Process
Probationary Employee
Probationary Employee
Laborer
Shoulder Cutter
Fork Lift Operator
Trim Mirror
Trim Mirror
Laborer
Laborer

Probationary Employee
Shoulder Cutter
Tender Scorer
Stock Pack-Off
Laborer
Inspector's Assistant
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Wing Cutter
Shoulder Cutter
Shoulder Cutter
Probationary Employee
Drawhand
Drawhand
Stock Pack-Off
Laborer
Probationary Employee
Stock Pack-Off
Shoulder Cutter
Wing Cutter
Saw Operator
Stock Pack-Off
Probationary Employee
Shoulder Cutter
Stock Pack-Off
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
QA Tech II
Probationary Employee
QA Tech
Probationary Employee
Probationary Employee
Stock Pack-Off
Shoulder Cutter
Stock Pack-Off
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Stock Pack-Off
Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Probationary Employee
Laborer
Shoulder Cutter
Inspector's Assistant
Probationary Employee
Shoulder Cutter
Laborer
Shoulder Cutter

Wing Cutter
Pallett Jack Operator
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Shoulder Cutter
Probationary Employee
Probationary Employee
Probationary Employee
Shoulder Cutter
Laborer
Saw Operator
Stock Pack-Off
Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Laborer
Pallett Jack Operator
Probationary Employee
Laborer
Shoulder Cutter
Probationary Employee
Wing Cutter
Stock Pack-Off
Stock Pack-Off
Trim Mirror
Laborer
Laborer
Laborer
Shoulder Cutter
Wing Cutter
Pallett Jack Operator
Shoulder Cutter
Probationary Employee
Probationary Employee
Lead Person
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Shoulder Cutter
Laborer
Laborer
Probationary Employee
Stock Pack-Off
Trim Mirror
Shoulder Cutter
Laborer
Stock Pack-Off
Shoulder Cutter
Probationary Employee
Probationary Employee
Stock Pack-Off
Stock Pack-Off
Laborer
Laborer

Probationary Employee
Laborer
Shoulder Cutter
Wing Cutter
Drawhand
Laborer
Drawhand
Laborer
Laborer
Wing Cutter
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Stock Pack-Off
Probationary Employee
Live Hanger
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Probationary Employee
Saw Operator
Stock Pack-Off
Laborer
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Shoulder Cutter
Stock Pack-Off
Stock Pack-Off
Laborer
Laborer
Live Hanger
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Shoulder Cutter
Shoulder Cutter
Wing Cutter
Laborer
Shoulder Cutter
Laborer
Probationary Employee

Probationary Employee
Shoulder Cutter
Laborer
Live Hanger
Trainer
Shoulder Cutter
Probationary Employee
Wing Cutter
Stock Pack-Off
Killer
Laborer
Saw Operator
Stock Pack-Off
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Laborer
Laborer
Laborer
Laborer
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Laborer
Inspector's Assistant
Laborer
Laborer
Stock Pack-Off
Saw Operator
Shoulder Cutter
Lead Person
Laborer
Drawhand
Live Hanger
Shoulder Cutter
Wing Cutter
Wing Cutter
Shoulder Cutter
Probationary Employee
Probationary Employee
Knife & Scissors Sharpener
Laborer
Shoulder Cutter
Pallett Jack Operator
Stock Pack-Off
Lead Person
Probationary Employee
Probationary Employee
Laborer
Laborer
Live Hanger
Drawhand

Shoulder Cutter
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Stock Pack-Off
Probationary Employee
Probationary Employee
Stock Pack-Off
Laborer
Knife & Scissors Sharpener
Saw Operator
Laborer
Wing Cutter
Laborer
Laborer
Probationary Employee
Probationary Employee
Shoulder Cutter
Trim Mirror
Live Hanger
Stock Pack-Off
Wing Cutter
Stock Pack-Off
Shoulder Cutter
Laborer
Trim Mirror
Shoulder Cutter
Saw Operator
Lead Person
Laborer
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
QA Tech I
Shoulder Cutter
Probationary Employee
Probationary Employee
Probationary Employee
Saw Operator
Shoulder Cutter
Stock Pack-Off
Probationary Employee
Probationary Employee
Laborer
QA Tech I
Inventory Coordinator
Probationary Employee
Probationary Employee
Saw Operator
Saw Operator
Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Stock Pack-Off
Laborer

Laborer
Laborer
Laborer
Shoulder Cutter
Live Hanger
Shoulder Cutter
Stock Pack-Off
Shoulder Cutter
Probationary Employee
Laborer
Probationary Employee
Stock Pack-Off
Process/Retent Coord
Laborer
Shoulder Cutter
Stock Pack-Off
Shoulder Cutter
Laborer
Saw Operator
Probationary Employee
Wing Cutter
Shoulder Cutter
Inspector's Assistant
Fork Lift Operator
Shoulder Cutter
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Drawhand
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Stock Pack-Off
Pallett Jack Operator
QA Tech II
Laborer
Laborer
Probationary Employee
Probationary Employee
Laborer
Laborer
Laborer
Probationary Employee
Stock Pack-Off
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Shoulder Cutter
Laborer
Rehangers
Shoulder Cutter
Wing Cutter
Stock Pack-Off

Stock Pack-Off
Probationary Employee
Probationary Employee
Probationary Employee
Wing Cutter
Stock Pack-Off
Probationary Employee
Live Hanger
Wing Cutter
Tender Scorer
Shoulder Cutter
Shoulder Cutter
Product Clerk
Probationary Employee
Wing Cutter
Shoulder Cutter
Probationary Employee
Probationary Employee
Stock Pack-Off
Shoulder Cutter
Inspector's Assistant
Laborer
Truck Spotter
Laborer
Shoulder Cutter
Stock Pack-Off
Probationary Employee
Probationary Employee
Wing Cutter
Stock Pack-Off
Stock Pack-Off
Stock Pack-Off
Laborer
QA Tech I
Probationary Employee
Probationary Employee
Probationary Employee
Stock Pack-Off
Stock Pack-Off
Laborer
Probationary Employee
Probationary Employee
Drawhand
Shoulder Cutter
Probationary Employee
Laborer
Laborer
Shoulder Cutter
Laborer
Laborer
Shoulder Cutter
Drawhand
Label Person
Probationary Employee
Shoulder Cutter
Laborer
Probationary Employee
Probationary Employee

Knife & Scissors Sharpener
Saw Operator
Shoulder Cutter
Shoulder Cutter
Inspector's Assistant
Live Hanger
Shoulder Cutter
Wing Cutter
Stock Pack-Off
Shoulder Cutter
Laborer
Shoulder Cutter
Probationary Employee
Live Hanger
Probationary Employee
Wing Cutter
Laborer
Stock Pack-Off
Laborer
Laborer
Laborer
Probationary Employee
Shoulder Cutter
Laborer
Live Hanger
Shoulder Cutter
Probationary Employee
Probationary Employee
Probationary Employee
Stock Pack-Off
Probationary Employee
Probationary Employee
Probationary Employee
Shoulder Cutter
Shoulder Cutter
Stock Pack-Off
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Shoulder Cutter
Shoulder Cutter
Laborer
Shoulder Cutter
Probationary Employee
Laborer
Stock Pack-Off
Laborer
Probationary Employee
Probationary Employee
Laborer
Drawhand
Shoulder Cutter
Probationary Employee
Probationary Employee
QA Tech I
Wing Cutter
Saw Operator

Probationary Employee
Shoulder Cutter
Laborer
Shoulder Cutter
Shoulder Cutter
Live Hanger
Probationary Employee
Drawhand
Wing Cutter
Pallett Jack Operator
Stock Pack-Off
Stock Pack-Off
Shoulder Cutter
Shoulder Cutter
Killer
Laborer
Truck Spotter
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Laborer
Live Hanger
Laborer
Laborer
Shoulder Cutter
Laborer
Stock Pack-Off
Stock Pack-Off
Stock Pack-Off
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Laborer
Probationary Employee
Shoulder Cutter
Stock Pack-Off
QA Tech I
Laborer
Laborer
Live Hanger
Wing Cutter
Laborer
Laborer
Laborer
Live Hanger
Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Laborer
Probationary Employee
Shoulder Cutter
Shoulder Cutter
Probationary Employee
Stock Pack-Off

Laborer
Laborer
Laborer
Wing Cutter
Stock Pack-Off
Live Hanger
Laborer
Truck Spotter
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Live Hanger
Knife & Scissors Sharpener
Shoulder Cutter
Shoulder Cutter
Laborer
Shoulder Cutter
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Live Hanger
Laborer
Laborer
Stock Pack-Off
Stock Pack-Off
Laborer
Laborer
Laborer
Shoulder Cutter
Probationary Employee
Probationary Employee
Laborer
Shoulder Cutter
Stock Pack-Off
Shoulder Cutter
Stock Pack-Off
Laborer
Probationary Employee
Probationary Employee
Stock Pack-Off
QA Tech II
Laborer
Laborer
Shoulder Cutter
Shoulder Cutter
Wing Cutter
Shoulder Cutter
Laborer
Stock Pack-Off
Laborer

Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Stock Pack-Off
Laborer
Wing Cutter
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Stock Pack-Off
Shoulder Cutter
Shoulder Cutter
Laborer
Probationary Employee
Laborer
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Live Hanger
Laborer
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Shoulder Cutter
Probationary Employee
Shoulder Cutter
Laborer
Laborer
Probationary Employee
Probationary Employee
Laborer
Lead Person
Probationary Employee
Laborer
Shoulder Cutter
Shoulder Cutter
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Stock Pack-Off
Laborer
Laborer
Shoulder Cutter
Laborer
Laborer
Laborer
Shoulder Cutter
Saw Operator
Shoulder Cutter
Laborer

Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Stock Pack-Off
Laborer
Laborer
Shoulder Cutter
Shoulder Cutter
Laborer
Probationary Employee
Laborer
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Stock Pack-Off
Laborer
Stock Pack-Off
Laborer
Laborer
Probationary Employee
QA Tech I
Laborer
Laborer
Probationary Employee
Laborer
Inspector's Assistant
Shoulder Cutter
Laborer
Probationary Employee
Probationary Employee
Laborer
Probationary Employee
Probationary Employee
Saw Operator
Shoulder Cutter
Wing Cutter
Shoulder Cutter
Wing Cutter
Laborer
Live Hanger
Lead Person
Shoulder Cutter
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Laborer

Laborer
Laborer
Laborer
Shoulder Cutter
Killer
Live Hanger
Saw Operator
Stock Pack-Off
Probationary Employee
Laborer
Stock Pack-Off
Stock Pack-Off
Live Hanger
Laborer
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Wing Cutter
Saw Operator
Laborer
QA Tech II
Laborer
Stock Pack-Off
Laborer
Probationary Employee
Probationary Employee
Live Hanger
Laborer
Laborer
QA Tech II
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Laborer
Laborer
Stock Pack-Off
Laborer
Wing Cutter
Shoulder Cutter
Laborer
Laborer
Laborer
Shoulder Cutter
Box Liner
QA Tech I
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee

Stock Pack-Off
Stock Pack-Off
Stock Pack-Off
Floor Person
Shoulder Cutter
Shoulder Cutter
Pallett Jack Operator
Laborer
Laborer
Laborer
Laborer
Saw Operator
Laborer
Shoulder Cutter
Laborer
Pallett Jack Operator
Shoulder Cutter
Dumper -Infusion
Stock Pack-Off
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Stock Pack-Off
Shoulder Cutter
Saw Operator
Laborer
Laborer
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Shoulder Cutter
Rehangers
Shoulder Cutter
Shoulder Cutter
Saw Operator
Stock Pack-Off
Stock Pack-Off
Probationary Employee
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Trainer
Stock Pack-Off
Laborer
Laborer
Shoulder Cutter
Pallett Jack Operator
Laborer
Probationary Employee
Probationary Employee
Laborer

Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Probationary Employee
Probationary Employee
Stock Pack-Off
Laborer
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Laborer
Rehangers
Shoulder Cutter
Saw Operator
Saw Operator
Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Wing Cutter
Wing Cutter
Probationary Employee
Probationary Employee
Probationary Employee
Shoulder Cutter
Live Hanger
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Stock Pack-Off
Shoulder Cutter
Live Hanger
Laborer
Laborer
Laborer
Stock Pack-Off
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Shoulder Cutter
Shoulder Cutter
Wing Cutter
Laborer
Saw Operator
Shoulder Cutter

Shoulder Cutter
Wing Cutter
Saw Operator
Shoulder Cutter
Shoulder Cutter
Stock Pack-Off
Wing Cutter
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Saw Operator
Box Liner
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Live Hanger
Knife & Scissors Sharpener
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Shoulder Cutter
Wing Cutter
Wing Cutter
Saw Operator
Saw Operator
Stock Pack-Off
Stock Pack-Off
Laborer
QA Tech I
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Saw Operator
Shoulder Cutter
Laborer
Pallett Jack Operator
Stock Pack-Off
Laborer
Probationary Employee
Probationary Employee
Stock Pack-Off
Wing Cutter
Wing Cutter
Shoulder Cutter
Wing Cutter
Live Hanger
Shoulder Cutter
Saw Operator
Wing Cutter

Probationary Employee
Probationary Employee
Probationary Employee
Shoulder Cutter
Lead Person
Laborer
Laborer
Laborer
Laborer
Probationary Employee
Probationary Employee
Saw Operator
Wing Cutter
Inspector's Assistant
Laborer
Stock Pack-Off
Probationary Employee
Truck Spotter
Shoulder Cutter
Laborer
Laborer
Laborer
Probationary Employee
Probationary Employee
Wing Cutter
Wing Cutter
Laborer
Laborer
Shoulder Cutter
Live Hanger
Shoulder Cutter
Wing Cutter
Laborer
Stock Pack-Off
Laborer
Rehangers
Shoulder Cutter
Probationary Employee
Probationary Employee
Live Hanger
Shoulder Cutter
Laborer
Shoulder Cutter
Laborer
Laborer
Lead Person
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Laborer
Probationary Employee
Shoulder Cutter
Laborer
Laborer
Live Hanger
Probationary Employee

Stock Pack-Off
Supply Clerk
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
QA Tech II
Shoulder Cutter
Laborer
Laborer
Laborer
Laborer
Stock Pack-Off
Laborer
Shoulder Cutter
Shoulder Cutter
Laborer
Wing Cutter
Shoulder Cutter
Laborer
Live Hanger
Live Hanger
Laborer
Laborer
Laborer
Probationary Employee
Laborer
Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Wing Cutter
Laborer
Laborer
Laborer
Laborer
Inspector's Assistant
Probationary Employee
Probationary Employee
Laborer
Laborer
Laborer
Probationary Employee
Shoulder Cutter
Wing Cutter
Shoulder Cutter
Shoulder Cutter
Wing Cutter
Laborer
Probationary Employee
Saw Operator
Laborer
Laborer
Laborer
Laborer
Probationary Employee
Probationary Employee

Probationary Employee
Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Wing Cutter
Stock Pack-Off
Stock Pack-Off
Live Hanger
Laborer
Saw Operator
Shoulder Cutter
Laborer
Tender Scorer
Wing Cutter
Stock Pack-Off
Laborer
Laborer
QA Tech I
Probationary Employee
Probationary Employee
Probationary Employee
Knife & Scissors Sharpener
Laborer
Wing Cutter
Shoulder Cutter
Stock Pack-Off
Rehangers
Laborer
Lead Person
Breast Inspector
Saw Operator
Saw Operator
Tender Scorer
Shoulder Cutter
Shoulder Cutter
Shoulder Cutter
Stock Pack-Off
Laborer
Laborer
Laborer
Laborer
Live Hanger
Probationary Employee
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Shoulder Cutter
Shoulder Cutter
Wing Cutter
Wing Cutter
Shoulder Cutter
Shoulder Cutter
Wing Cutter
Breast Inspector

Saw Operator
Laborer
Shoulder Cutter
Laborer
Shoulder Cutter
Shoulder Cutter
Wing Cutter
Stock Pack-Off
Shoulder Cutter
Laborer
Laborer
Laborer
Laborer
Laborer
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Live Hanger
Probationary Employee
Probationary Employee
Wing Cutter
Laborer
Laborer
Laborer
Shoulder Cutter
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Shoulder Cutter
Stock Pack-Off
Stock Pack-Off
Laborer
Probationary Employee
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Laborer
Probationary Employee
Probationary Employee

Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Shoulder Cutter
Laborer
Laborer
APV Operator
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Live Hanger
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Laborer
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee
Probationary Employee

Laborer
Laborer
Stock Pack-Off
Laborer
Laborer

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

SAMUEL ADAMS, et al.,           )
                                )
        Plaintiffs,             )
                                )
vs.                             )        CASE NO. 1:06-CV-00950-MEF
                                )
WAYNE FARMS LLC, etc.,          )
                                )
        Defendant.              )

RESPONSE TO PLAINTIFFS' MOTION FOR
AN ORDER PERMITTING COURT SUPERVISED NOTICE
TO EMPLOYEES OF THEIR OPT-IN RIGHTS (Doc. 50-1)


EXHIBIT 4

Summary of Snapshot of Plaintiff Payroll

And Personnel Information

Susan Butler, Paralegal B&B

Kristin Freeman  Phone number: 334-470-0900

| NAME | STATUS | EFFECTIVE | ORG HIRE DT | TERM DT | HIRE/REHIRE | DEPT/NAME | JOB TITLE | 1st Paid / Rejection(s) | Ages Transfer | Bankruptcy Y/N | Docket # | Chapter | File Date | Plan Conf. Date | Disch. Date | DOB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adams, Sonya P. | A | 11/1/2006 | 1/26/1998 | | 3/14/2006 | JCK Plt 1st Record Live Hang | Lead Person | 3/14/2006 | X | N | | | | | | |
| Adams, Teresa V. | A | 1/8/2007 | 9/21/1981 | | | JCK Plt 1st Aging | Laborer | 3/14/2005 | | N | | | | | | |
| Austin, Willie F. | A | 1/18/2007 | 2/12/1990 | | | JCK Plt 1st Perimeter | Product Clerk | | | N | | | | | | |
| Barnes, Sandra | A | 11/5/2000 | 2/4/1983 | | | JCK Plt 1st Perimeter | Stock Pack-Off | | | N | | | | | | |
| Benner, Melvin | A | 11/20/2006 | 9/22/2004 | | | JCK Plt 2nd Freezer & Warehouse | Freezer Billing Clerk | 9/28/04 - 11/2/2006 | X | N | | | | | | |
| Blair, Jacqueline B. | A | 1/8/2007 | 4/26/1997 | | | JCK Plt 1st Deboning 3 | Stock Pack-Off | | X | N | | | | | | |
| Booker, Linda R. | A | 11/5/2000 | 9/13/1998 | 11/21/1998 | 11/21/1998 | JCK Plt 1st DSI | Laborer | 11/1/2000 | | N | | | | | | |
| Byard, Darlene | A | 11/5/2000 | 10/28/2002 | | | JCK Plt 1st Leg Processing | Laborer | 9/26/2004 | | N | | | | | | |
| Clardy, Roneisha | A | 11/5/2000 | 9/13/1999 | | | JCK Plt 1st Perimeter | Laborer | | | N | MDAL 88-033385 | 7 | 11/3/1988 | | 3/14/1989 | |
| Daniels, Melissa | T | 3/2/2004 | 7/7/1998 | 3/2/2004 | | JCK Plt 1st Leg Processing | Lead Person | | X | N | | | | | | |
| Dowell, Michael R. | A | 3/2/2004 | 10/27/1998 | | | JCK Plt 1st Deboning | Inspector's Assistant | | X | N | | | | | | |
| Gray, Brenda A. | A | 11/5/2000 | 5/5/2001 | | | JCK Plt 2nd Eviscerating | Trim Miner | | Y | Y | MDAL 02-12205 | 7 | 9/26/2002 | | 2/6/2003 | |
| Harrell, Nadine B. | T | 2/22/2007 | 5/9/2001 | 2/22/2027 | | JCK Plt 2nd Eviscerating | Trim Miner | | | N | | | | | | |
| Hawkins, Charlie R. | A | 11/27/2006 | 11/1/1998 | 2/13/2001 | 2/13/2001 | JCK Plt 1st Record Live Hang | Live Hanger | 1/1/03 - 8/27/04, 3/14/05 | X | N | MDAL 04-11863 | 13 | 8/20/2004 | 12/14/2004 | | |
| Henderson, Cornelia (Michel) | A | 2/11/2000 | 10/12/1999 | 2/16/2000 | | JCK Plt 1st Deboning 7 | Lead Person | | | N | MDAL 02-12447 | 13 | 10/28/2002 | 1/14/2003 | | |
| Hodges, Irene F. | A | 9/30/2005 | 6/24/1993 | 9/30/2005 | | JCK Plt 1st Deboning 2 | Laborer | | | N | | | | | | |
| Irving, Paul L. | A | 11/5/2000 | 4/19/1995 | | | JCK Plt 1st Quality Assurance | Lab Technician | | X | N | | | | | | |
| Jackson, Kendra D. | T | 10/25/2006 | 2/19/2002 | 10/25/2006 | | JCK Plt 2nd Perimeter | Knife & Scissors Sharpener | | X | N | | | | | | |
| Jones, Mary E. | T | 10/27/2004 | 4/17/2004 | 10/27/2004 | | JCK Plt 1st DSI | Laborer | | X | N | | | | | | |
| Kier, Malachie | T | 11/1/2006 | 10/7/2002 | 11/1/2006 | | JCK Plt 1st Deboning 4 | Shoulder Cutter | | X | Y | MDAL 91-05651 | 7 | 12/5/1991 | | 3/17/1992 | |
| Martin, Mary Kaye O'Ferrell | T | 8/31/1998 | 8/17/1996 | 8/31/1998 | 8/31/1998 | JCK Plt 1st Perimeter | Laborer | | | Y | MDAL 96-01822 | 13 | 4/29/1996 | 6/12/1996 | 7/20/2001 | |
| McNabb, Marilyn | A | 11/5/2000 | 6/29/1993 | | | JCK Plt 1st Leg Processing | Laborer | | Y | N | | | | | | |
| Miller, Pamela | A | 11/5/2000 | 4/23/1992 | | | JCK Plt 1st Aging | Lead Person | 3/24/2001 | | N | MDAL 01-00639 | 7 | 2/1/2001 | | | |
| Mulkey, Clifton T. | A | 10/22/2006 | 5/20/2005 | 10/22/2006 | | JCK Plt 1st Deboning 5 | Stock Pack-Off | | | N | | | | | | |
| Mulkey, Stanley D. | A | 8/25/2006 | 4/24/2006 | 8/25/2006 | | JCK Plt 1st Perimeter | Stock Pack-Off | | | N | | | | | | |
| Riley, Tonie E. | A | 1/9/2007 | 9/19/1991 | | | JCK Plt 1st Reprocessing | Laborer | | X | N | | | | | | |
| Shorter, Barbara V. | A | 1/4/2007 | 3/6/1990 | | | JCK Plt 1st Quality Assurance | QA Tech II | 3/24/2001 | | Y | MDAL 02-32322 | 13 | 8/20/2002 | 9/25/2002 | | |
| Smith, Vernita L. | A | 1/24/2007 | 3/20/2001 | | | JCK Plt 1st Deboning 3 | Lead Person | 4/1/2005 | | Y | MDAL 97-03528 | 13 | 5/17/1997 | 6/23/1997 | 4/30/2001 | |
| Still, Francis Kiyes | A | 12/4/2007 | 11/7/1995 | | | JCK Plt 1st Deboning 3 | Laborer | | | Y | MDAL 99-21860 | 13 | 4/13/1999 | 6/23/1999 | 1/24/2001 | |
| Strickland, Valencia | A | 12/11/2006 | 4/21/2003 | | | JCK Plt 2nd Perimeter | Laborer | | | Y | MDAL 01-00639 | 7 | 2/1/2001 | | 3/18/2003 | |
| Tarver, Lavolia L. | A | 3/19/2007 | 3/24/2006 | | | JCK Plt 2-25 Sanitation | Sanitation Technician | | | Y | MDAL 02-10978 | 13 | 5/3/2002 | 7/3/2002 | 1/13/2004 | |
| Thomas, Eddie | A | 11/5/2006 | 5/27/1990 | | | JCK Plt 1st Perimeter | Lead Person | | | Y | MDAL 00-12151 | 13 | 9/26/2000 | 1/2/2000 | | |
| Thomas, Tameca Y. | A | 11/5/2006 | 1/19/2004 | 6/24/2006 | | JCK Plt 2-25 Sanitation | Sanitation Technician | | X | N | | | | | | |
| Vaughn, Melissa L. | A | 9/13/2005 | 7/20/1994 | 9/13/2005 | | JCK Plt 1st Eviscerating | Inspector's Assistant | | X | Y | MDAL 02-12830 | 7 | 12/20/2002 | 2/11/2004 | 6/5/2003 | |
| Whatley, Willie J. | L | 11/9/2006 | 6/24/2003 | | | JCK Plt 1st Aging | Wing Cutter | | X | Y | MDAL 05-12849 | 13 | 10/18/2003 | | 11/28/2006 | |
| Williams, Willie J. | A | 11/5/2006 | 9/20/1993 | | | JCK Plt 1st Reprocessing | Stock Pack-Off | | X | N | | | | | | |
| Williams, Frances M. | A | 1/4/2007 | 9/6/1999 | | | JCK Plt 1st Deboning 3 | Saw Operator | | X | N | | | | | | |

PACER