IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL ADAMS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cv-950-MEF |
| | ) | |
| WAYNE FARMS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

It is hereby ORDERED that:

1. Defendant shall provide to Plaintiffs a list of all hourly employees working for Defendant at the Enterprise facility within the past three years of the date of this order in 1st or 2nd processing.

2. Defendant shall provide to Plaintiffs a list of all hourly employees working for Defendant at the Enterprise facility within the past three years of the date of this order in 1st or 2nd processing who have worked past the 90-day probationary period.

DONE this the 18th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE