IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
DOTHAN DIVISION

| | |
|---|---|
| SAMUEL ADAMS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. |
| v. § | 1:06-cv-00950-MEF-WC |
| § | |
| WAYNE FARMS, LLC, § | |
| § | |
| Defendant. § | |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, FELICIA D. TONEY, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: July 18, 2007              Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT J. CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

– and –

Roman A. Shaul
Wilson D. Miles
**Beasley, Allen, Crow, Methvin,
Portis & Miles. P.C.**
P.O. 4160
Montgomery, Alabama 36103-4160

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on  July 18, 2007, electronically filed the foregoing  Notice with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

| | |
|---|---|
| Dorman Walker<br>dwalker@balch.com | Lance Harrison Swanner<br>lswanner@cochranfirm.com |
| Lisa J. Sharp<br>lsharp@balch.com | Bernard D. Nomberg<br>bnomberg@cochranfirm.com |
| Wendy A. Madden<br>wmadden@balch.com | Samuel A. Cherry, Jr.<br>scherry@cochranfirm.com |
| Pepper Crutcher, Jr.<br>pcrutcher@balch.com | Roman A. Shaul<br>roman.shaul@beasleyallen.com |
| Wilson D. Miles, II<br>Dee.miles@beasleyallen.com | William Hommel, Jr.<br>bhommel@hommelfirm.com |

/s/ Robert J. Camp
**ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Felicia D. Toney__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __WAYNE Farms Southland__ at [Name of plant] the facility located in __Jack Al.__ . I worked at this location from [City/State] __03-04-97__ to __01-22-05__ . [Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __WAYNE Farms Southland__ plant in __Jack Al.__ , and [Name of Plant] [City/State] possibly other plants owned by __WAYNE Farms Southland__ If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __7th__ day of __June__, 2007.

__Felicia D. Toney__                __Felicia D. Toney__
[PRINT NAME]                         [SIGN NAME]