A CERTIFIED TRUE COPY
ATTEST

Cz Nf ddb U pn qt po bu23;41 qn - Opw 13-3118

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 05 2007
J.T. NOBLIN, CLERK
BY _____ DEPUTY

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

23;35 qn - Opw 13- 3118

FILED
CLERK'S OFFICE

IN RE: WAYNE FARMS LLC FAIR LABOR
STANDARDS ACT LITIGATION

MDL No. 1872

### TRANSFER ORDER

**Before the entire Panel**: Common defendant Wayne Farms LLC (Wayne Farms) has moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation in the Southern District of Mississippi. Plaintiffs in all actions support the motion.

This litigation currently consists of twelve actions listed on Schedule A and pending in four districts as follows: four actions each in the Middle District of Alabama and the Northern District of Alabama, and two actions each in the Northern District of Georgia and the Southern District of Mississippi.

After considering all argument of counsel, we find that these twelve actions involve common questions of fact, and that centralization under Section 1407 in the Southern District of Mississippi will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions share factual questions arising out of similar allegations that certain Wayne Farms employees are entitled to compensation under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq*. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent rulings on pretrial motions, including those with respect to certification of collective actions; and conserve the resources of the parties, their counsel and the judiciary.

Given that the actions are pending in nearby federal judicial districts in Alabama, Georgia, and Mississippi, any of the involved districts would be convenient for the parties and witnesses. We are persuaded that the Southern District of Mississippi is an appropriate transferee forum for this litigation. The Southern District of Mississippi has been advancing the actions efficiently with a large number of potential claimants. Additionally, all parties support centralization in this district.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Southern District of Mississippi are transferred to the Southern District of Mississippi and, with the consent of that court, assigned to the Honorable Keith Starrett for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

-2-

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

D. Lowell Jensen        J. Frederick Motz
Robert L. Miller, Jr.   Kathryn H. Vratil
David R. Hansen         Anthony J. Scirica

A TRUE COPY, I HEREBY CERTIFY.
J. T. NOBLIN, CLERK
BY: _____
DEPUTY CLERK

IN RE: WAYNE FARMS LLC FAIR LABOR
STANDARDS ACT LITIGATION                     MDL No. 1872

### SCHEDULE A

Middle District of Alabama

Samuel Adams, et al. v. Wayne Farms LLC, C.A. No. 1:06-950
Sonya P. Adams, et al. v. Wayne Farms LLC, C.A. No. 1:07-296
Darren Anderson, et al. v. Wayne Farms LLC, C.A. No. 2:06-951
Amos Akings, et al. v. Wayne Farms LLC, C.A. No. 2:07-297

Northern District of Alabama

Jimmy W. Belue, et al. v. Wayne Farms LLC, C.A. No. 4:06-2095
Robert Thomas Dunn, et al. v. Wayne Farms LLC, C.A. No. 4:07-647
James E. Bolden, et al. v. Wayne Farms LLC, C.A. No. 5:06-2096
Pamela M. Allen, et al. v. Wayne Farms LLC, et al., C.A. No. 5:07-639

Northern District of Georgia

Christie Norman, et al. v. Wayne Farms LLC, C.A. No. 1:07-1154
Joey Tate, et al. v. Wayne Farms LLC, C.A. No. 2:07-55

Southern District of Mississippi

April Agee, et al. v. Wayne Farms LLC, et al., C.A. No. 2:06-268
Eula M. Keyes, et al. v. Wayne Farms LLC, C.A. No. 2:07-29

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

November 6, 2007

J. T. Noblin
CLERK

245 E. Capitol St., Suite 316
Jackson, MS 39201

TELEPHONE
(601) 965-4439

*RECEIVED*
*2007 NOV -9 A 9: 51*
*DEBRA P. HACKETT, C.*
*U.S. DISTRICT COURT*
*MIDDLE DISTRICT ALA*

DIVISIONS
SOUTHERN at Gulfport
2012 15th Street, Suite 403
Zip 39501

HATTIESBURG at Hattiesburg
701 Main St., Suite 200
Zip 39401

JACKSON at Jackson
245 E. Capitol, Suite 316
Zip 39201

EASTERN & WESTERN at Jackson
245 E. Capitol, Suite 316
Zip 39201

Debra P. Hackett, Clerk
U. S. District Court
Middle District of Alabama
P. O. Box 711
Montgomery, AL 36101-0711

RE: MDL No. 1872 -- IN RE: Wayne Farms LLC Fair Labor Standards Act Litigation

| Title Case(s): | Your Case Number(s): | New Case Number(s): |
|---|---|---|
| Samuel Adams, et al v. Wayne Farms | C.A. No. 1:06-950 | C.A. No. 2:07cv1000KS-MTP |
| Sonya P. Adams, et al v. Wayne Farms | C.A. No. 1:07-296 | C.A. No. 2:07cv1001KS-MTP |
| Darren Anderson, et al v. Wayne Farms | C.A. No. 2:06-951 | C.A. No. 2:07cv1002KS-MTP |
| Amos Akings, et al v. Wayne Farms | C.A. No. 2:07-297 | C.A. No. 2:07cv1003KS-MTP |

Dear Clerk:

Enclosed is a certified copy of the Transfer Order from the Judicial Panel on Multidistrict Litigation transferring the above entitled actions to the Southern District of Mississippi, Hattiesburg Division. The cases have been assigned to Honorable Keith Starrett for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

If the cases are electronically filed, please e-mail the PDF documents, as separate files, including a PDF copy of the docket sheet to **interdistricttransfer_mssd@mssd.uscourts.gov**. If cases were not electronically filed, please provide certified copies of the docket sheet, complaint with any amendments. We appreciate your prompt attention to this matter.

Sincerely yours,

J. T. NOBLIN, CLERK

By: _____
L. Regan
Deputy Clerk

Enclosure